UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

| | |
|---|---|
| In re: | Case No. 22-18303-RG |
| Alexandre J. Dacosta, Vivianne C. Antunes, | Chapter 13 |
| | Judge: Rosemary Gambardella |
| Debtors | |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of JPMorgan Chase Bank, National Association. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒  All documents and pleadings of any nature.

Date:  October 27, 2022         /s/ *Phillip Raymond*
                                Phillip Raymond

NOA