UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>     (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>     (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>     (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>     (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>      (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| | | |
|---|---|---|
| 131 Union Street LLC<br>131 Union St.<br>Newark, NJ 07105-1346 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 | American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 |
| Auction Credit Enterprises LLC<br>14951 Dallas Pkwy., Ste. 200<br>Dallas, TX 75254-6883 | Automotive Finance Corp. of NJ<br>200 N. Main Street<br>Manville, NJ 08835-1357 | Bank of America<br>PO Box 45144<br>Jacksonville, FL 32232-5144 |
| Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 | Donna L. Thompson, Esq.<br>1442 Lakewood Rd.<br>Manasquan, NJ 08736 | Marie Ann Greenberg<br>30 Two Bridges Rd.<br>Ste. 330<br>Fairfield, NJ 07004 |
| Peter D'Auria, Esq.<br>Office of the US Trustee<br>US Dept. of Justice<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102 | Steve D. Pertuz, Esq.<br>111 Northfield Avenue, Ste. 304<br>West Orange, NJ 07052 | Best Egg<br>PO Box 42912<br>Philadelphia, PA 19101 |
| Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | CFG Merchant Solutions, LLC<br>180 Maiden Ln, Fl 15<br>New York, NY 10038-4925 |
| Chase Amazon<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Clara Maas Medical Center<br>1 Clara Maass Dr.<br>Belleville, NJ 07109-3550 |
| Cloudfund LLC<br>400 Rella Blvd., Ste. 165-101<br>Suffern, NY 10901-4241 | Dealer Capital Group Inc.<br>67 Crystal St.<br>Avenel, NJ 07001-1125 | Discover Bank<br>PO Box 30939<br>Salt Lake City, UT 84130-0939 |
| Discover Personal Loans<br>PO Box 15316<br>Wilmington, DE 19850-5316 | Duane Morris LLP<br>1 Riverfront Plz., Ste. 1800<br>Newark, NJ 07102-5437 | Ernesto Gonzalez<br>361 S. Broad St.<br>Elizabeth, NJ 07202-3515 |
| Fox Business Funding<br>1920 E. Hallandale Beach Blvd., Ste. 503<br>Hallandale Beach, FL 33009-4723 | Jaclyn Sage<br>10333 N Meridian St., Ste. 400<br>Indianapolis, IN 46290-1112 | Jeremy Dunn, Esq.<br>11299 Illnois St.<br>Carmel, IN 46032-8887 |
| Jersey Express LLC<br>23 Lake Dr.<br>North Brunswick, NJ 08902-4828 | Jewelers Reserve/CBNA<br>5800 S. Corporate Pl.<br>Sioux Falls, SD 57108-5027 | Jose D. Echevarria, Esq.<br>11 Broadway, Ste. 615<br>New York, NU 10004-1490 |

| | | |
|---|---|---|
| JB Morgan Chase<br>700 Kansas Ln.<br>Monroe, LA 71203-4774 | JP Morgan Chase Bank<br>PO Box 15369<br>Wilmington, DE 19850-5369 | Juniper Mastercard<br>PO Box 13337<br>Philadelphia, PA 19101-3337 |
| Kinetic Advantage Inc.<br>10333 N. Meridian St.<br>Indianapolis, IN 46290-1150 | Lending Bank<br>595 Market St., Ste. 200<br>San Francisco, CA 94105-2802 | Lightstream<br>PO Box 849<br>Wilson, NC 27894-0849 |
| Manheim NY Metro Skyline Inc.<br>100 US Highway 46<br>Fairfield, NJ 07004-3217 | Nextgear Capital Inc.<br>11799 N. College Ave.<br>Carmel, IN 46032-5605 | Olympic Payroll Services<br>64 US Highway 46<br>Pine Brook, NJ 07058-9629 |
| Pressler and Pressler<br>7 Entin Rd.<br>Parsippany, NJ 07054-5020 | Prosperum Capital Partners LLC<br>dba Arsenal Funding<br>8 West 36th St. Fl 7<br>New York, NY 10018-9774 | Proventure Capital<br>99 Wall St. # 576<br>New York, NY 10005-4301 |
| River Capital Partner LLC<br>1 River Rd., Ste. 200<br>Cos Cob, CT 06807-2755 | Santander Bank<br>Mail Code 10-421-CN2<br>PO Box 12646<br>Reading, PA 19612-2646 | Shanna Kaminski, Esq.<br>160 W. Fort St., Fl 5<br>Detroit, MI 48226-3700 |
| SOFI Bank<br>2750 E. Cottonwood Pkwy. Ste. 300<br>Salt Lake City, UT 84121-7285 | Steven Zakharyayev, Esq.<br>PO Box 342<br>Marlboro, NJ 07746-0342 | SYNCB/Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| Thrift Investment Corp.<br>720 King Goerge Rd.<br>Fords, NJ 08863-1974 | Trinitas Regional Medical Center<br>225 Williamson St.<br>Elizabeth, NJ 07202-3625 | Vero Finance<br>dba Lever Auto Financing<br>287 Park Ave. S., Ste. 700<br>New York, NY 10010-5413 |
| Vero Finance Tecnologies Inc.<br>dba Lever<br>109 S. 5th St., Fl 6<br>Brooklyn, NY 11249-5869 | Westlake Flooring Services Inc.<br>4751 Wilshire Blvd. Ste. 100<br>Los Angeles, CA 90010-3847 | NJ Division of Motor Vehicles<br>Business Licensing Service Bureau PO<br>PO Box 170<br>Trenton, NJ 08666-0170 |
| NJ Division of Taxation<br>PO Box 283<br>Trenton, NJ 08646-0283 | Santander Collections<br>450 Penn St.<br>Reading, PA 19602-1011 | Arsenal Funding Corp.<br>8 W 36th St., Fl 7<br>New York, NY 10018-9774 |
| Drew S. MGehrin, Esq.<br>Duane Morris, LLP<br>30 S. 17th St.<br>Philadelphia, PA 19103-4001 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Lever Auto Financing<br>287 Park Ave. S., Ste. 700<br>New York, NY 10010-5413 |

Mark Politan, Esq.
Politan Law, LLC
88 E. Main St., #502
Mendham, NJ 07945-1832