UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

| | | |
|---|---|---|
| IN RE: § | | Chapter 13 |
| § | | |
| ALEXANDRE J. DACOSTA AND VIVIAANE C. ANTUNES, § § § | | CASE NO. 22-18303-RG |
| § | | |
| *Debtors*. § | | |

## APPLICATION TO APPEAR PRO HAC VICE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE JOHN K. SHERWOOD:

Comes now, Auction Credit Enterprises, LLC, through the undersigned counsel, and moves this Court to grant Christopher V. Arisco's ("Applicant") admission to the United States Bankruptcy Court for the District of New Jersey (Newark) *pro hac vice* to represent Auction Credit Enterprises, LLC in this case, and would respectfully show the Court as follows:

1.  Applicant is an attorney and Partner of the law firm of Padfield & Stout, LLP, with offices at:

> 420 Throckmorton Street, Suite 1210
> Fort Worth, Texas 76102
> Telephone: (817) 338-1616
> Facsimile: (817) 338-1610
> Email Address: carisco@padfieldstout.com

2.  Since November 7, 2008, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's Texas bar license number is 24064830.

3.  Applicant has been admitted to practice before the following state and federal courts:

| Court | Admission date |
|---|---|
| Supreme Court of the State of Texas and all state courts presiding in the State of Texas | November, 2008 |
| United States District Court for the Northern District of Texas | January, 2009 |

|  |  |
|---|---|
| United States District Court for the Eastern District of Texas | February, 2009 |
| United States District Court for the Southern District of Texas | October, 2011 |
| United States District Court for the Western District of Texas | October, 2011 |

4. Applicant is presently member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court. No disciplinary proceeding is currently proceeding, nor has discipline ever been imposed, against Applicant.

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while members of the bar of any state or federal court.

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and has familiarity with the Local Rules of the United States Bankruptcy Court for the District of New Jersey (Newark) and is also subject to all rules of practice of the United District Court for the District of New Jersey and will comply with the standards of practice set out therein.

8. Applicant has not requested admission *pro hac vice* in the Bankruptcy Court for the District of New Jersey (Newark) in the preceding twelve (12) months.

9. Applicant's admission *pro hac vice* is sponsored by Joseph H. Lemkin (056391994), *Shareholder*, Stark & Stark – Attorneys at Law, 993 Lenox Drive, Lawrenceville, New Jersey 08648.

Wherefore, Applicant prays that this Court enter an order permitting the admission of Christopher V. Arisco to the United States Bankruptcy Court for the District of New Jersey (Newark) *pro hac vice* for this case only.

**Respectfully Submitted,**

STARK & STARK
Attorneys at Law
993 Lenox Drive
Lawrenceville, New Jersey 08648
609-791-7022 – Phone
609-895-7395 – Fax

*/s/ Joseph H Lemkin*
Joseph H. Lemkin, Esq.
NJ Attorney I.D. #056391994
jlemkin@stark-stark.com

*Attorney for Auction Credit Enterprises, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2022, I served a true and correct copy of this application upon debtor(s), counsel for debtor(s), and the Trustee in this case via ECF:

| | |
|---|---|
| Alexandre J. Dacosta<br>80 Columbia Avenue<br>Kearny, New Jersey 07032<br>*Debtor* | John O'Boyle<br>Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>*Counsel for Debtors* |
| Vivianne C. Antunes<br>80 Columbia Avenue<br>Kearny, New Jersey 07032<br>*Debtor* | U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, New Jersey 07102<br>*U.S. Trustee* |
| Marie-Ann Greenberg<br>30 Two Bridges Road, Suite 330<br>Fairfield, New Jersey 07004<br>*Trustee* | |

*/s/ Joseph H Lemkin*
Joseph H. Lemkin, Esq.
NJ Attorney I.D. #056391994
jlemkin@stark-stark.com
