UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on November 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Alexandre J. Dacosta and
Vivianne C. Antunes

Case No.: 22-18303 (RG)

Adv. No.:

Judge: Rosemary Gambardella

Chapter: 13

# ORDER TRANSFERRING CASE(S)
# TO ANOTHER JUDGE WITHIN THE DISTRICT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 21, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☒ ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable _____John K. Sherwood_____ by the clerk:

_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____

and it is further

☐ ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable _____ by the clerk:

_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____

*Rev.6/1/06; jml*