UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on November 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Alexandre J. Dacosta and
Vivianne C. Antunes

Case No.: __22-18303 (RG)__

Adv. No.: _____

Judge: __Rosemary Gambardella__

Chapter: _____13_____

# ORDER TRANSFERRING CASE(S)
# TO ANOTHER JUDGE WITHIN THE DISTRICT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 21, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☒    ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable _____John K. Sherwood_____ by the clerk:

_____    _____    _____    _____
_____    _____    _____    _____
_____    _____    _____    _____

and it is further

☐    ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable _____ by the clerk:

_____    _____    _____    _____
_____    _____    _____    _____
_____    _____    _____    _____
_____    _____    _____    _____

*Rev.6/1/06; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-18303-JKS
Alexandre J. Dacosta  Chapter 13
Vivianne C. Antunes
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2
Date Rcvd: Nov 21, 2022        Form ID: pdf903        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Alexandre J. Dacosta, Vivianne C. Antunes, 80 Columbia Avenue, Kearny, NJ 07032-2948

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2022        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

**Name**      **Email Address**

John O'Boyle
     on behalf of Joint Debtor Vivianne C. Antunes joboyle@norgaardfirm.com
     sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
     on behalf of Debtor Alexandre J. Dacosta joboyle@norgaardfirm.com
     sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John R. Morton, Jr.
     on behalf of Creditor Thrift Investment Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Joseph H. Lemkin
     on behalf of Creditor Auction Credit Enterprises  LLC jlemkin@stark-stark.com

Marie-Ann Greenberg
     magecf@magtrustee.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 21, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Phillip Andrew Raymond
    on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7