Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br><br>Alexandre J. Dacosta,<br>Vivianne C. Antunes,<br><br><br><br>Debtors. | Chapter 13<br><br>Case No. 22-18303-RG<br><br>Hearing Date: December 7, 2022 at 8:30 a.m.<br><br>Judge: Rosemary Gambardella |
|---|---|

**CERTIFICATION OF SERVICE**

1. I, Alejandro Rodriguez:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for <u>McCalla Raymer Leibert Pierce, LLC</u> who represents the <u>Secured Creditor</u>.

    ☐ am the _____ in the above case and am representing myself.

2. On November 29, 2022, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below:

    Objection to Plan Confirmation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| 11/29/2022 | | /s/ Alejandro Rodriguez |
|---|---|---|
| Date | | Signature |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Standing Chapter 13 Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Alexandre J. Dacosta<br>80 Columbia Avenue<br>Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Vivianne C. Antunes<br>80 Columbia Avenue<br>Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| John O'Boyle<br>Norgaard O'Boyle<br>184 Grand Ave<br>Englewood, NJ 07631 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| U.S. Trustee<br>US Dept of Justice | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail |

| Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | | ☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other: NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.