# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>(973) 325-8800<br>File No.: 03-020838-B00<br>Douglas McDonough, Esq.<br>Attorney ID: DM0973<br>DMcDonough@flwlaw.com<br>Attorney for Bank of America, NA, Secured Creditor | Case No.: **22-18303-JKS**<br><br>Chapter 13<br><br>Judge John K. Sherwood |

In Re:

**Alexandre J. Dacosta and Vivianne C. Antunes**

                        Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of BANK OF AMERICA, NA, a Secured Creditor, regarding a lien on the personal property commonly known as a BMW X3. Request is made that all notices entered pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature filed in this case be served on the undersigned at the following address:

    BANK OF AMERICA, NA
    c/o Frenkel Lambert Weiss Weisman & Gordon, LLP
    80 Main Street, Suite 460
    West Orange, NJ 07052

                                                  **FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP**
                                                  Attorneys for Secured Creditor

Dated: December 1, 2022                                /s/ *Douglas McDonough*
                                                            Douglas McDonough, Esq.