**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
973- 325-8800
File No.: 03-020838-B00
Douglas McDonough, Esq.
Attorney ID: DM0973

DMcDonough@flwlaw.com
Attorney for Bank of America, NA, Secured Creditor

Case No.: **22-18303-JKS**

Chapter 13

Judge John K. Sherwood

In Re:

**Alexandre J. Dacosta and Vivianne C. Antunes**

Debtor(s).

## CERTIFICATION OF SERVICE

1. I, Douglas McDonough, am employed by FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, who represents BANK OF AMERICA, NA in this matter.

2. On December 1, 2022, I arranged to have the items set forth below served on the names and addresses shown as set forth in the following chart:

    a. Notice of Appearance

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 1, 2022        /s/ Douglas McDonough
                                                Douglas McDonough

1

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Esq.<br>30 Two Bridges Road<br>Fairfield, NJ 07004-1550 | **TRUSTEE** | Notice of electronic Filing (NEF) |
| Norgaard O'Boyle<br>Attn: John O'Boyle, Esq.<br>184 Grand Ave<br>Englewood, NJ 07631 | **DEBTOR'S ATTORNEY** | Notice of electronic Filing (NEF) |