Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−18303−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alexandre J. Dacosta | Vivianne C. Antunes |
| 80 Columbia Avenue | 80 Columbia Avenue |
| Kearny, NJ 07032 | Kearny, NJ 07032 |

Social Security No.:
  xxx−xx−2325                                                          xxx−xx−0411

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on December 20, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 40 − 16
Order Granting Motion To Convert Case to Chapter 11 (Related Doc # 16). Marie−Ann Greenberg removed from the case. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/20/2022. Chapter 11 Plan Subchapter V Due by 3/20/2023. (rah)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 20, 2022
JAN: rah

Jeanne Naughton
Clerk