# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:  
    ALEXANDRE J. DACOSTA  
    VIVIANNE C. ANTUNES  
        Debtor(s)

Case No. 22-18303

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marie-Ann Greenberg, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/19/2022.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/20/2022.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 2.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $138,300.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:    $5,037.00

### Attorney Fees:

| Payee Name | Payee Type | Paid Outside | Paid Via Plan |
|---|---|---:|---:|
| JOHN O'BOYLE | Attorney Fee | $5,037.00 | $0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 131 UNION STREET LLC | Unsecured | 400,000.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | 24,830.48 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | 18,000.00 | 19,000.00 | 19,000.00 | 0.00 | 0.00 |
| AUCTION CREDIT ENTERPISE LLC | Unsecured | 157,193.00 | NA | NA | 0.00 | 0.00 |
| AUTOMOTIVE FINANCE CORP OF NJ | Unsecured | 436,409.65 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| BANKERS HEALTHCARE GROUP | Unsecured | NA | 7,276.92 | 7,276.92 | 0.00 | 0.00 |
| BANKERS HEALTHCARE GROUP, LLC | Unsecured | NA | 67,800.61 | 67,800.61 | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 4,049.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 3,540.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 3,475.00 | 3,618.20 | 3,618.20 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| CFG MERCHANT SOLUTIONS LLC | Unsecured | 351,967.09 | 351,967.00 | 351,967.00 | 0.00 | 0.00 |
| CHASE CARD | Unsecured | 60,000.00 | NA | NA | 0.00 | 0.00 |
| CLARA MAASS MEDICAL CENTER | Unsecured | 1,550.00 | NA | NA | 0.00 | 0.00 |
| CLOUDFUND LLC | Unsecured | 90,000.00 | NA | NA | 0.00 | 0.00 |
| DEALER CAPITAL GROUP INC | Unsecured | 140,000.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 6,713.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK DISCOVER PRODU | Unsecured | 39,563.00 | 37,838.85 | 37,838.85 | 0.00 | 0.00 |
| DISCOVER PERSONAL LOANS | Unsecured | 21,826.00 | NA | NA | 0.00 | 0.00 |
| ERNESTO GONZALES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FOX BUSINESS FUNDING | Unsecured | 480,000.00 | NA | NA | 0.00 | 0.00 |
| JERSEY EXPRESS LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JEWELERS RESERVE/CBNA | Unsecured | 2,850.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JP MORGAN CHASE | Unsecured | 617.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BAN | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 14,958.00 | 18,233.25 | 18,233.25 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 5,262.93 | 5,262.93 | 5,262.93 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 1,692.57 | 1,652.50 | 1,652.50 | 0.00 | 0.00 |
| JUNIPER MASTERCARD | Unsecured | 7,618.52 | NA | NA | 0.00 | 0.00 |
| KINETIC ADVANTAGE INC | Unsecured | 180,611.66 | NA | NA | 0.00 | 0.00 |
| LENDINGCLUB BANK, NA | Unsecured | 40,341.00 | 39,082.61 | 39,082.61 | 0.00 | 0.00 |
| LIGHSTREAM | Unsecured | 13,238.00 | NA | NA | 0.00 | 0.00 |
| LIGHSTREAM | Unsecured | 97,499.00 | NA | NA | 0.00 | 0.00 |
| MANHEIM NY METRO SKYLINE INC | Unsecured | 62,180.00 | NA | NA | 0.00 | 0.00 |
| NEXTGEAR CAPITAL INC | Unsecured | 186,000.00 | 187,077.85 | 187,077.85 | 0.00 | 0.00 |
| OLYMPIC PAYROLL SERVICES | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| PROSPERUM CAITAL PARTNERS LLC | Unsecured | 84,895.00 | NA | NA | 0.00 | 0.00 |
| PROVENTURE CAPITAL | Unsecured | 150,000.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 22,465.00 | 22,125.61 | 22,125.61 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 39,681.16 | 39,681.16 | 0.00 | 0.00 |
| RIVER CAPITAL PARTNER LLC | Unsecured | 89,940.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER BANK, N.A. | Unsecured | NA | 8,195.84 | 8,195.84 | 0.00 | 0.00 |
| SANTANDER BANK-COMMERCIAL L | Unsecured | 93,000.00 | 98,790.30 | 98,790.30 | 0.00 | 0.00 |
| SOFI BANK | Unsecured | 40,000.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/CARE CREDIT | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/CARE CREDIT | Unsecured | 2,396.46 | NA | NA | 0.00 | 0.00 |
| THRIFT INVESTMENT CORP | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| THRIFT INVESTMENT CORP | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRINITAS REGIONAL MEDICAL CENT | Unsecured | 4,821.00 | 4,071.38 | 4,071.38 | 0.00 | 0.00 |
| VERO FINANCE TECHNOLIGIES INC. | Unsecured | 230,000.00 | NA | NA | 0.00 | 0.00 |
| VERO FINANCE TECHNOLOGIES, INC | Unsecured | 240,000.00 | 274,844.15 | 274,844.15 | 0.00 | 0.00 |
| WESTLAKE FLOORING SERVICING IN | Unsecured | 140,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$1,186,519.16** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/20/2022                              By: /s/ Marie-Ann Greenberg
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**