UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| Alexandre J. Dacosta and | : | |
| Vivianne C. Antunes, | : | Case No.: 22-18303 (JKS) |
| | : | |
| Debtors. | : | Honorable John K. Sherwood |
| | : | |

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Mark J. Politan, Esquire
Politan Law, LLC
88 East Main Street #502
Mendham, NJ 07945
(973) 768-6072 - cell
mpolitan@politanlaw.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9

By:  /s/ *Martha R. Hildebrandt*
        Martha R. Hildebrandt
        Assistant United States Trustee

Dated: December 21, 2022