UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Alexandre J. Dacosta and
Vivianne C. Antunes,

Debtors.

: Chapter 11
:
: Case No.: 22-18303 (JKS)
:
: Honorable John K. Sherwood
:

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)  am not a creditor, equity security holder or insider of the debtor;

(b)  am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor;

(c)  do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason; and,

(d)  have no connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as follows: **(If you have no connections, write "none".)**

— NONE, except for serving as Sub V trustee in the BAV Auto, LLC case which is owned & managed by the Debtors. —

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at a _hourly_ rate of $_400.00_, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as Subchapter V trustee in this case pursuant to FRBP 2008.

Dated: 12/20/22

_____
Mark J. Politan, Esq.