**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Alexandre J. Dacosta
Vivianne C. Antunes

Case No.: 22-18303

Hearing Date: February 7, 2023

Chapter: 11 (Small Business Subchapter V)

Judge: John K. Sherwood

## NOTICE OF STATUS HEARING

You are hereby notified of a hearing before the Honorable John K. Sherwood, United States Bankruptcy Judge.

**Reason for Hearing:** Status Conference

**NOTE:** **In accordance with 11 U.S.C. § 1188(c), a status report must be filed by the debtor not later than 14 days before the date of the initial status conference. Mandatory** *Local Form Subchapter V Status Report* **can be found at www.njb.uscourts.gov under the "forms" tab.**

**Location of Hearing:** Courtroom No. 3D
US BANKRUPTCY COURT
50 WALNUT STREET, 3RD FL
NEWARK, NJ 07102

**Date and Time:** February 7, 2023 @ 10:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES ARE REQUIRED**

DATE: December 27, 2022

JEANNE A. NAUGHTON, Clerk

By: Zelda L. Haywood
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on December 27, 20 22 this notice was served on the following:

Debtors, Debtors' Counsel, United States Trustee and Sub Chapter V Trustee

JEANNE A. NAUGHTON, Clerk

By: Zelda L. Haywood
Deputy Clerk

*new.2/19/2020*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-18303-JKS
Alexandre J. Dacosta  Chapter 11
Vivianne C. Antunes
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Dec 27, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Alexandre J. Dacosta, Vivianne C. Antunes, 80 Columbia Avenue, Kearny, NJ 07032-2948 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2022 at the address(es) listed below:

**Name**      **Email Address**

Douglas J. McDonough
    on behalf of Creditor Bank of America  NA dmcdonough@flwlaw.com

Drew S. McGehrin
    on behalf of Creditor Vero Finance Technologies  Inc. dsmcgehrin@duanemorris.com

John O'Boyle
    on behalf of Joint Debtor Vivianne C. Antunes joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Debtor Alexandre J. Dacosta joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John R. Morton, Jr.
    on behalf of Creditor Thrift Investment Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 27, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Joseph H. Lemkin
    on behalf of Creditor Auction Credit Enterprises  LLC jlemkin@stark-stark.com

Mark Politan
    mpolitan@politanlaw.com

Phillip Andrew Raymond
    on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Regina Cohen
    on behalf of Creditor Westlake Flooring Services rcohen@lavin-law.com  mmalone@lavin-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10