# EXHIBIT E

# Liquidation Analysis

**BAV Assets:**

| Property | Value |
|---|---|
| Bank Deposits | $ 500.00 |
| Accounts Receivable ($12,789 face amount; uncollectable) | $ 0.00 |
| Deposits with Floorplan Lenders | $ 54,000.00 |
| Less claims of Floorplan Lenders | ($ 54,000.00) |
| Office Equipment & Furniture | $ 1,000.00 |
| Vehicle Inventory | $111,150.00 |
| Less cost of sale | ($ 11,115.00) |
| Less claims of Floorplan Lenders | ($100,035.00) |
| NET VALUE | $ 1,500.00 |
| Less claims of other Secured Creditors | ($ 1,500.00) |
| AMOUNT AVAILABLE FOR DISTRIBUTION TO UNSECURED CREDITORS IN LIQUIDATION | $ 0.00 |

**Dacosta & Antunes Assets:**

| Property | Value |
|---|---|
| Residence | $435,000.00 |
| Less JP Morgan Chase Mortgage | ($182,285.97) |
| Less cost of liquidation | ($ 43,500.00) |
| Less exemptions | ($ 55,800.00) |
| Cash & Deposits | $143,900.00 |
| Less exemptions – Code Sec.522(d)(5) | ($ 2,950.00) |
| Less exemptions - Code Sec. 522(d)(11)(D) | ($ 27,900.00) |
| PI Settlement | $ 13,000.00 |
| Less exemptions – Code Sec. 522(d)(11)(D) | ($ 13,000.00) |
| Vehicle: 2020 BMW X3 | $ 50,000.00 |
| Less BOA Secured Claim | ($ 50,000.00) |
| Vehicle: 2008 Lamborghini | $ 95,000.00 |

| | |
|---|---|
| Less Thrift Investment Secured Claim | ($ 95,000.00) |
| Vehicle: 2013 Porsche Cayenne | $ 15,617.00 |
| Less Thrift Investment Secured Claim | ($ 15,617.00) |
| Vehicle: 1988 BMW 325i | $ 15,000.00 |
| Household furnishings | $ 3,000.00 |
| Less exemptions – Code Sec. 522(d)(3) | ($ 3,000.00) |
| TV & computer equipment | $ 1,000.00 |
| Less exemptions – Code Sec. 522(d)(3) | ($ 1,000.00) |
| Clothing | $ 500.00 |
| Less exemptions – Code Sec. 522(d)(3) | ($ 500.00) |
| NET VALUE | $ 281,464.03 |
| Less Chapter 7 Admin. Expenses - Code Sec. 326(a) | ($ 27,195.00) |
| Less other Chapter 7 Admin. Exp Code Sec. 330 (est) | ($ 30,000.00) |
| Less Chapter 11 Admin Exp Code Sec. 330 (est) | ($ 40,000.00) |
| Less Prioirity IRS Claim | ($ 20,075.33) |
| AMOUNT AVAILABLE FOR DISTRIBUTION TO UNSECURED CREDITORS IN LIQUIDATION | $ 164,193.70 |
| AMOUNT TO BE DISTRIBUTED TO UNSECURED CREDITORS UNDER PLAN | $ 200,000.00 |