**LAW OFFICES OF STEVEN D. PERTUZ, LLC**
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel:(973) 669-8600
Fax:(973) 669-8700
By: Steven D. Pertuz, Esq. (SDP-5632)
Attorneys for BAV AUTO L.L.C.
a/k/a COSTA'S AUTO GALLERY

| | |
|---|---|
| In re:<br><br>ALEXANDRE DACOSTA and<br>VIVIANNE ANTUNES,<br><br>                        Debtors. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter 11 (Subchapter V Small Business)<br><br>Case No.: 22-18303 (JKS) |

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES, AND PLEADINGS UNDER BANKRUPTCY RULES 2002 (g) AND 9010 (b)**

BAV AUTO L.L.C., interested party and co-debtor in the above case, hereby appears and requests, pursuant to Bankruptcy Rules 2002 (g) and 9010 (b), that (1) they receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

Dated: January 5, 2023                             By: /s/ Steven D. Pertuz
                                                                                           STEVEN D. PERTUZ, Esq.
                                                                                           111 Northfield Avenue, Suite 304
                                                                                           West Orange, NJ 07052
                                                                                           Tel: (973) 669-8600
                                                                                           Fax: (973) 669-8700