| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>50 Walnut Street<br>Newark, NJ 07102 | <br><br>Order Filed on January 5, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>   Alexandre J. Dacosta and Vivianne C. Antunes. | Case No.:    22-18303<br><br>Chapter:    11 (Small Business Subchapter V)<br><br>Judge:    John K. Sherwood |

# ORDER SETTING DEADLINES AND SCHEDULING CONFIRMATION HEARING ON MODIFIED PLAN AFTER CONFIRMATION

The relief set forth on the following page is **ORDERED**.

**DATED: January 5, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

1

This matter having been opened to the Court by ____Debtors____, Debtor, upon the filing of a Modified Plan pursuant to Subchapter V of Chapter 11; it is

**ORDERED**, and notice is hereby given, that:

A. Within 3 days after the entry of this Order, a Motion to approve the Modified Plan, the Modified Plan with a blacklined or similar document marked with the changes to the original pleading, a ballot conforming to Official Form 314, and a copy of this Order must be served on creditors, equity security holders, and other parties in interest by the Debtor, and shall be transmitted to the Subchapter V trustee, and to the United States Trustee.

B. __January 31, 2023__ is fixed as the last day for filing and serving written objections to the Motion and confirmation of the Modified Plan.

C. __January 31, 2023__ is fixed as the last day for voting to accept or reject the Modified Plan under D.N.J. LBR 3018-1(a).

D. A hearing will be scheduled for __February 7, 2023__ at __10:00 am__ for the Motion and confirmation of the Modified Plan before the Honorable __John K. Sherwood__, United States Bankruptcy Court, District of New Jersey, __50 Walnut Street, Newark, NJ 07102__, in Courtroom __3D__.

E. A blacklined Modified Plan or similar document marked with the changes to the original pleading must be filed with the court no later than seven (7) days before the confirmation hearing.

F. A Certificate of Service evidencing compliance with this Order must be filed no later than seven (7) days before the confirmation hearing.

*new.3/2022*