OUR FILE NO.: 53510-11
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Thrift Investment Corporation
JM5630_____

UNITED STATES
BANKRUPTCY COURT FOR
THE DISTRICT OF NEW
JERSEY

IN RE:
  ALEXANDRE J. DACOSTA
  VIVIANNE C. ANTUNES

CHAPTER 11
CASE NO: 22-18303(JKS)
HEARING DATE: 1-31-2023

NOTICE OF MOTION OF
THRIFT INVESTMENT
CORPORATION TO MODIFY
THE AUTOMATIC STAY

To:

Alexandre J. DaCosta and Vivianne C. Antunes
80 Columbia Avenue
Kearny, NJ 07032
Debtor

John O'Boyle, Esq.
184 Grand Avenue
Englewood, NJ 07631
Attorney for the debtor

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004-1550
Trustee

CONTINUED

U.S. Trustee, US Dept of Justice
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

CREDITORS:

| | |
|---|---|
| Santander Bank, N.A.<br>3 Huntington Quadrangle<br>Suite 101N<br>Melville, NY 11747 | Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 | Resurgent Capital Services as<br>servicing agent for<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Trinitas Regional Medcical Center<br>225 Williamson St<br>Elizabeth, NJ 07202-3625 | Banker's Healthcare Group c/o<br>Pinnacle Bank<br>150 3rd Ave S STE 900<br>Nashville, TN 37201 |
| CFG Merchant Solutions, LLC<br>180 Maiden Ln Fl 15<br>New York, NY 10038-4925 | Vero Finance Technologies, Inc. d/b/a<br>Lever Auto<br>Duane Morris LLP Attn: Drew S. McGehrin<br>30 S. 17th Street<br>Philadelphia, PA 19103 |
| Discover Bank/Discover Products Inc.<br>P.O. Box 3025<br>New Albany, Oh 43054-3025 | Santander Bank, N.A.<br>450 Penn Street<br>MC: PA-450-FB1<br>Reading, PA 19602 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Automotive Finance Corporation<br>11299 N. Illinois St.<br>Carmel, IN 46032 |
| JPMorgan Chase Bank, National Association<br>Chase Records Center, At: Correspondence<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203 | 131 Union Street LLC<br>131 Union St<br>Newark, NJ 07105-1346 |
| Pagaya Ai Debt Grantor Trust 2022-3<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 |

| | |
|---|---|
| Bankers Healthcare Group, LLC<br>201 Solar Street<br>Syracuse, NY 13204 | NextGear Capital, Inc.<br>11799 North College Avenue<br>Carmel, IN 46032 |
| LendingClub Bank, NA<br>P.O. BOX 884268<br>Los Angeles, CA 90088 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| Westlake Flooring Services Inc.<br>4751 Wilshire Blvd Ste 100<br>Los Angeles, CA 90010-3847 | |

John R. Morton, Jr., Esquire, attorney for Thrift Investment Corporation, has filed papers with the Court for relief from the automatic stay to permit Thrift Investment Corporation to repossess and sell the motor vehicle(s) described in the attached pleadings.  **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult with one.**  If you do not want the Court to grant the relief sought, or if you want the Court to consider your views on the motion, then no later than seven (7) days before the hearing date, you or your attorney must:

File with the Court a written request for a hearing (or, if the Court requires a written response, an answer, explaining your position) at:

United States Bankruptcy Court
50 Walnut Street
PO Box 1352
Newark, NJ 07101-1352

If you mail your (request) (response) to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

TAKE FURTHER NOTICE that the facts movant relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion, and TAKE FURTHER NOTICE that oral argument is hereby not requested.

**Attend the hearing scheduled to be held on January 31, 2023 at 10 a.m. in Courtroom #3E, United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order.

Date:   1-5-2023                                       /s/ John R. Morton, Jr., Esquire
                                                      John R. Morton, Jr., Esquire
                                                      Attorney for Thrift Investment
                                                      Corporation