# CERTIFICATE OF TITLE

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| 2 | ZHWGU 22T98 LA068 91 | Z | 2008 | LAM | GAL | CON. |

| TYPE OF TITLE | DUPLICATE NO. | GVW/WCLGTH. | COLOR/MTL/HP | DEALER I.D. | AXLES/PROP | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | 01 | 8 | WH | | 2 | |

| FEE | ISSUE DATE | VIN-REPLACEMENT | MILEAGE | | STATUS |
|---|---|---|---|---|---|
| 85.00 | 11-26-2022 | | 25500 A | | |

OWNER(S)

ALEXANDRE J DACOSTA
80 COLUMBIA AVE
KEARNY          NJ 07032 2948

F-FLOOD                 S-SALVAGE
P-POLICE                T-TAXI
L-LEMON LAW
A-ACTUAL MILEAGE
N-NOT THE ACTUAL MILEAGE
M-MILEAGE EXCEEDS THE
    MECHANICAL LIMITS

NUMBER OF OWNERS: 1

NUMBER OF LIENHOLDERS: 1

## OWNER

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP, IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED.

SIGNATURE

CONTROL NUMBER **BF001975**

### State of New Jersey
MOTOR VEHICLE COMMISSION

DATE

SECOND LIENHOLDER

LIEN RELEASED BY:

SECOND RELEASE

SIGNATURE_____

TITLE_____  DATE_____

DATE 11-26-2022

FIRST LIENHOLDER

THRIFT INVESTMENT CORP
720 KING GEORGES POST RD
FORDS          NJ 08863

LIEN RELEASED BY:

FIRST RELEASE

SIGNATURE_____

TITLE_____  DATE_____

ISM/SS-1X (R4/18)

**ALTERATION OR ERASURE VOIDS THIS TITLE.          KEEP IN SAFE PLACE**

**VOID IF ALTERED**

HOLD TO LIGHT TO VIEW NEW JERSEY WATERMARK