UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

50 Walnut Street
Newark, NJ 07102

**Order Filed on January 5, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Alexandre J. Dacosta and Vivianne C. Antunes.

Case No.: 22-18303

Chapter: 11 (Small Business Subchapter V)

Judge: John K. Sherwood

# ORDER SETTING DEADLINES AND SCHEDULING CONFIRMATION HEARING ON MODIFIED PLAN AFTER CONFIRMATION

The relief set forth on the following page is **ORDERED**.

**DATED: January 5, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

1

This matter having been opened to the Court by_____Debtors_____, Debtor, upon the filing of a Modified Plan pursuant to Subchapter V of Chapter 11; it is

**ORDERED**, and notice is hereby given, that:

A. Within 3 days after the entry of this Order, a Motion to approve the Modified Plan, the Modified Plan with a blacklined or similar document marked with the changes to the original pleading, a ballot conforming to Official Form 314, and a copy of this Order must be served on creditors, equity security holders, and other parties in interest by the Debtor, and shall be transmitted to the Subchapter V trustee, and to the United States Trustee.

B. January 31, 2023 is fixed as the last day for filing and serving written objections to the Motion and confirmation of the Modified Plan.

C. January 31, 2023 is fixed as the last day for voting to accept or reject the Modified Plan under D.N.J. LBR 3018-1(a).

D. A hearing will be scheduled for February 7, 2023 at 10:00 am for the Motion and confirmation of the Modified Plan before the Honorable John K. Sherwood, United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, NJ 07102, in Courtroom 3D.

E. A blacklined Modified Plan or similar document marked with the changes to the original pleading must be filed with the court no later than seven (7) days before the confirmation hearing.

F. A Certificate of Service evidencing compliance with this Order must be filed no later than seven (7) days before the confirmation hearing.

*new.3/2022*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18303-JKS |
| Alexandre J. Dacosta | Chapter 11 |
| Vivianne C. Antunes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 05, 2023 | Form ID: pdf903 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexandre J. Dacosta, 80 Columbia Avenue, Kearny, NJ 07032-2948 |
| db | + | BAV AUTO, L.L.C., 80 Columbia Avenue, Kearny, NJ 07032-2948 |
| jdb | + | Vivianne C. Antunes, 80 Columbia Avenue, Kearny, NJ 07032-2948 |
| aty | + | Norgaard O'Boyle & Hannon, Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Douglas J. McDonough | on behalf of Creditor Bank of America NA dmcdonough@flwlaw.com |
| Drew S. McGehrin | on behalf of Creditor Vero Finance Technologies Inc. dsmcgehrin@duanemorris.com |
| John O'Boyle | on behalf of Debtor BAV AUTO L.L.C. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| John O'Boyle | on behalf of Joint Debtor Vivianne C. Antunes joboyle@norgaardfirm.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 05, 2023 | Form ID: pdf903 | Total Noticed: 4

sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
on behalf of Debtor Alexandre J. Dacosta joboyle@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John R. Morton, Jr.
on behalf of Creditor Thrift Investment Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Joseph H. Lemkin
on behalf of Creditor Auction Credit Enterprises  LLC jlemkin@stark-stark.com

Mark Politan
mpolitan@politanlaw.com

Phillip Andrew Raymond
on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Regina Cohen
on behalf of Creditor Westlake Flooring Services rcohen@lavin-law.com mmalone@lavin-law.com

Steven D. Pertuz
on behalf of Debtor BAV AUTO  L.L.C. pertuzlaw@verizon.net, G16461@notify.cincompass.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12