UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Attorney for Debtors-in-Possession
By: John O'Boyle, Esq. (6337)
joboyle@norgaardfirm.com

In Re:

ALEXANDRE DACOSTA and
VIVIANNE ANTUNES,

Case No.:            22-18303

Chapter:             11

Adv. No.:            _____

Hearing Date:        January 20, 2023 @ 10am

Judge John K. Sherwood

## NOTICE RE TELEPHONIC §341 MEETING

**PLEASE TAKE NOTICE** that the Chapter 11 §341 creditors meeting is scheduled for
Friday, January 20, 2023, at 10:00 a.m. and shall be conducted via conference call.  If you wish to
participate in the call, please email Debtors' counsel at joboyle@norgaardfirm.com no later than
the end of business day on Thursday, January 19, 2023, and you will receive dial-in instructions.
YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

NORGAARD, O'BOYLE & HANNON
Attorneys for Debtor-in-Possession

By/s/ *John O'Boyle, Esq.*

Dated: January 10, 2023          John O'Boyle, ESQ.