UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>     (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

**SERVICE LIST**

131 Union Street LLC
131 Union St
Newark, NJ 07105-1346

Ally Financial
PO Box 380901
Bloomington, MN 55438-0901

American Express
PO Box 981535
El Paso, TX 79998-1535

Auction Credit Enterprise LLC
14951 Dallas Pkwy Ste 200
Dallas, TX 75254-6883

Automotive Finance Corp. of NJ
200 N Main St
Manville, NJ 08835-1357

Bank of America
PO Box 45144
Jacksonville, FL 32232-5144

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Best Egg
PO Box 42912
Philadelphia, PA 19101

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130-0281

CFG Merchant Solutions, LLC
180 Maiden Ln Fl 15
New York, NY 10038-4925

Chase Amazon
PO Box 15298
Wilmington, DE 19850-5298

Chase Card
PO Box 15298
Wilmington, DE 19850-5298

Clara Maas Medical Center
1 Clara Maass Dr
Belleville, NJ 07109-3550

Cloudfund LLC
400 Rella Blvd Ste 165-101
Suffern, NY 10901-4241

Dealer Capital Group INc.
67 Crystal St
Avenel, NJ 07001-1125

Discover Bank
PO Box 30939
Salt Lake City, UT 84130-0939

Discover Personal Loans
PO Box 15316
Wilmington, DE 19850-5316

Duane Morris LLP
30 S 17th St # S
Philadelphia, PA 19103-4001

Ernesto Gonzalez
361 S Broad St
Elizabeth, NJ 07202-3515

Fox Business Funding
1920 E Hallandale Beach Blvd Ste 503
Hallandale Beach, FL 33009-4723

Jaclyn Sage
10333 N Meridian St Ste 400
Indianapolis, IN 46290-1112

Jeremy Dunn Esq.
11299 Illnois St
Carmel, IN 46032-8887

Jersey Express LLC
23 Lake Dr
North Brunswick, NJ 08902-4828

Jewelers Reserve/CBNA
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Jose D. Echevarria, Esq.
11 Broadway Ste 615
New York, NY 10004-1490

JP Morgan Chase
700 Kansas Ln
Monroe, LA 71203-4774

JP Morgan Chase Ban
PO Box 15369
Wilmington, DE 19850-5369

Juniper Mastercard
PO Box 13337
Philadelphia, PA 19101-3337

Kinetic Advantage Inc.
10333 N Meridian St
Indianapolis, IN 46290-1150

Lending Bank
595 Market St Ste 200
San Francisco, CA 94105-2802

Lightstream
PO Box 849
Wilson, NC 27894-0849

Manheim NY Metro Skyline Inc.
100 US Highway 46
Fairfield, NJ 07004-3217

Nextgear Capital INc.
11799 N College Ave
Carmel, IN 46032-5605

Olympic Payroll Services
64 US Highway 46
Pine Brook, NJ 07058-9629

Pressler and Pressler
7 Entin Rd
Parsippany, NJ 07054-5020

Prosperum Capital Partners LLC
dba Arsenal Funding
8 West 36th Street Fl 7
New York, NY 10018-9774

Proventure Capital
99 Wall St # 576
New York, NY 10005-4301

River Capital Partner LLC
1 River Rd Ste 200
Cos Cob, CT 06807-2755

Santander Bank
Mail Code 10-421-CN2
PO Box 12646
Reading, PA 19612-2646

Shanna Kaminski, Esq.
160 W Fort St Fl 5
Detroit, MI 48226-3700

SOFI Bank
2750 E Cottonwood Pkwy Ste 300
Salt Lake City, UT 84121-7285

Steven Zakharyayev, Esq.
PO Box 342
Marlboro, NJ 07746-0342

SYNCB/Care Credit
PO Box 965036
Orlando, FL 32896-5036

Thrift Investment Corp.
720 King George Rd
Fords, NJ 08863-1974

Trinitas Regional Medcical Center
225 Williamson St
Elizabeth, NJ 07202-3625

Vero Finance dba Lever Auto Financing
287 Park Ave S Ste 700
New York, NY 10010-5413

Westlake Flooring Services Inc.
4751 Wilshire Blvd Ste 100
Los Angeles, CA 90010-3847


Joseph H. Lemkin, Esq.
STARK & STARK
PO Box 5315
Princeton, NJ 08543

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830

Synchrony Bank c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541