| AFC Stock No. | Year | Make | Model | VIN | Balance |
|---|---|---|---|---|---|
| 1121 | 2019 | BMW | 4-SERIES | WBA4J3C57KBL08276 | $14,082.06 |
| 1124 | 2003 | PORSCHE | 911 CARRERA 2 | WP0CA29963S650712 | $12,522.70 |
| 1127 | 2015 | BMW | 4-SERIES | WBA3R5C52FK189347 | $15,399.76 |
| 1129 | 2012 | BMW | 5-SERIES | WBAXH5C53CDW11744 | $7,017.89 |
| 1131 | 2015 | CHEVROLET | SILVERADO 2500 | 1GC2KVEG5FZ128843 | $23,090.69 |
| 1136 | 2013 | INFINITI | G37 | JN1CV6AR3DM756079 | $10,925.76 |
| 1137 | 2016 | NISSAN | ROGUE | KNMAT2MV1GP621293 | $10,925.76 |
| 1140 | 2013 | HYUNDAI | GENESIS COUPE | KMHHT6KD9DU109709 | $8,463.34 |
| 1142 | 2015 | TOYOTA | CAMRY | 4T1BF1FK1FU970894 | $13,667.25 |
| 1145 | 2016 | NISSAN | ROGUE | 5N1AT2MV9GC815220 | $16,217.23 |
| 1147 | 2008 | MASERATI | QUATTROPORTE | ZAMFE39A280033629 | $8,838.77 |
| 1150 | 2016 | TOYOTA | COROLLA | 2T1BURHEXGC567642 | $11,271.86 |
| 1151 | 2010 | JAGUAR | XK | SAJWA4GB1ALB36681 | $7,680.35 |
| 1152 | 2005 | FORD | EXCURSION | 1FMNU41L15EB23743 | $5,649.86 |
| 1153 | 2016 | PORSCHE | MACAN | WP1AB2A54GLB49913 | $25,652.02 |
| 1154 | 2011 | AUDI | A5 | WAULFAFR5BA086276 | $8,285.34 |
| 1155 | 2009 | CHEVROLET | TRAVERSE | 1GNEV23D59S103943 | $3,397.63 |
| 1156 | 2011 | INFINITI | M37 | JN1BY1AR1BM370943 | $9,556.14 |
| 1157 | 2014 | MERCEDES-BENZ | GL CLASS | 4JGDF7DE9EA311390 | $28,728.82 |
| 1161 | 2012 | HONDA | ACCORD | 1HGCP2F39CA114343 | $10,169.61 |
| 1162 | 2013 | PORSCHE | CAYENNE | WP1AD2A25DLA79625 | $24,601.83 |
| 1163 | 2008 | PORSCHE | CAYENNE | WP1AB29P48LA44408 | $8,023.85 |
| 1164 | 2012 | HYUNDAI | ELANTRA | 5NPDH4AE0CH110176 | $8,506.37 |
| 1166 | 2015 | HONDA | CIVIC | 19XFB2F58FE252498 | $10,056.14 |
| 1169 | 2004 | FORD | F150 | 1FTRX14W04NA08079 | $4,650.79 |
| 1170 | 2010 | FORD | EDGE | 2FMDK3GC7ABA49091 | $6,377.37 |
| 1171 | 2018 | BMW | X5 | 5UXKS4C59J0Y20014 | $39,404.60 |
| 1173 | 2011 | BMW | 3-SERIES | WBAPK7C54BA972932 | $7,909.14 |
| 1174 | 2012 | JEEP | GRAND CHEROKEE | 1C4RJFAG5CC154757 | $12,466.87 |
| 1176 | 2008 | HARLEY-DAVIDSON | FLHTCU ULTRA CLASSIC EG | 1HD1FC4128Y696332 | $9,428.23 |
| TOTAL | | | | | $382,968.03 |

**Exhibit 3**