| AFC Stock No. | Year | Make | Model | VIN | Balance |
|---|---|---|---|---|---|
| 1120 | 2010 | BMW | X5 | 5UXFF0C59ALT75514 | $5,096.76 |
| 1123 | 2011 | GMC | TERRAIN | 2CTALMEC8B6211497 | $3,860.67 |
| 1141 | 2015 | DODGE | GRAND CARAVAN | 2C4RDGBG2FR711485 | $8,407.61 |
| 1144 | 2014 | NISSAN | ALTIMA | 1N4AL3AP9EN373479 | $6,198.14 |
| 1146 | 2012 | BMW | X5 | 5UXZV4C50CL889715 | $12,909.37 |
| 1158 | 2012 | DODGE | GRAND CARAVAN | 2C4RDGCG8CR140787 | $5,830.13 |
| 1159 | 2007 | BMW | 7-SERIES | WBAHN83587DT65181 | $4,760.44 |
| 1165 | 2015 | NISSAN | NV 1500 | 1N6BF0KL2FN807076 | $15,071.33 |
| 1172 | 2012 | HONDA | ACCORD | 1HGCP2F46CA147535 | $7,319.77 |
| 1175 | 2012 | VOLKSWAGEN | JETTA | 3VWDP7AJ6CM353628 | $5,249.60 |
| TOTAL | | | | | $74,703.82 |

**Exhibit 4**