## **Exhibit D**

Lever Inventory List

| Vehicle | VIN |
| --- | --- |
| 2003 PORSCHE 911 - gray | WP0CA29963S650712 |
| 2018 MERCEDES-BENZ GLE-Class - White | 4JGDA5HB5JB161429 |
| 2014 PORSCHE Cayenne - silver | WP1AF2A2XELA34417 |
| 2007 AUDI Q7 - Gray | WA1AV74L47D011390 |
| 2009 BMW 750i - Black | WBAKA83589CY33372 |
| 2013 DODGE Dart - Black | 1C3CDFBH8DD134877 |
| 2008 MERCEDES-BENZ E-Class - Black | WDBUF87X28B303751 |
| 2016 PORSCHE Macan - Gray | WP1AB2A54GLB49913 |
| 2004 PORSCHE 911 - Green | WP0CB29944S676238 |
| 2016 DODGE Durango - Black | 1C4SDJCT7GC363073 |
| 2014 PORSCHE 911 - White | WP0AC2A90ES183500 |
| 2018 BMW M3 - Gray | WBS8M9C58J5J80182 |