# Exhibit E

Screenshot

