UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Attorneys for Debtor-in-Possession
By: John O'Boyle (JO -6337)
joboyle@norgaardfirm.com

In Re:

ALEXANDRE DACOSTA &
VIVIANNE ANTUNES

Debtors.

Case No.: 22-18303
Adv. Pro. No.: N/A
Chapter: 11
Subchapter V: ☒ Yes  ☐ No
Hearing Date: Jan. 17, 2023
Judge: Sherwood

## ADJOURNMENT REQUEST

1. I, John O'Boyle, Esq.,

    ☒ am the attorney for: Debtors,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Continued Hearing on Motion for Joint Adminsitration (ECF No. 40)

    Current hearing date and time: January 17, 2023 at 10 AM

    New date requested: February 7, 2023

    Reason for adjournment request: To address concerns of US Trustee and so hearing conicides with hearing on confirmation of plan

2. Consent to adjournment:

    ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 1/13/2023                                          /s/ John O'Boyle
                                                         Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: February 7, 2023 @ 10:00      ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____         ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*