B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:  
ALEXANDRE J DACOSTA

VIVIANNE C ANTUNES

Case No.  2218303

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC  
-------------------------------------------  
Name of Transferee

LendingClub Bank  
-------------------------------------------  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 17  
Amount of Claim: $39,082.61  
Date Claim Filed: 12/14/2022

Phone: (877)829-8298  
Last Four Digits of Acct #:  7660

Phone:  
Last Four Digits of Acct #: 7660

Name and Address where transferee payments should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
LENDINGCLUB CORPORATION AS SERVICER  
FOR LENDINGCLUB BANK  
595 MARKET STREET  
SUITE 200  
SAN FRANCISCO CA 94105

Phone: (877)829-8298  
Last Four Digits of Acct #: 7660

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ MaKayla Reaves                                             Date: 1/20/2023  
     --------------------------------------------  
     Transferee/Transferee's Agent  
Email: Bankruptcy_Info@prareceivables.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## BILL OF SALE

LendingClub Corporation, a Delaware corporation ("**LendingClub**") and Portfolio Recovery Associates, LLC, a Delaware limited liability company ("**Buyer**") executed a Chapter 13 Account Purchase Agreement – Forward Flow dated as of June 18, 2020 ("Agreement"). The terms of the Agreement will govern this Bill of Sale and any capitalized but undefined terms herein will have the meanings given to such terms in the Agreement.

For value received and in further consideration of the mutual covenants and conditions set forth in the Agreement, the Investors referenced in the data file named Lot22-1206_LendingClub_FinalData.xlsx hereby transfer(s), sell(s), conveys(s), grant(s), and deliver(s) to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Account Schedule attached hereto as Exhibit I delivered by Seller to Buyer on the Closing Date, and as further described in the Agreement.

Pursuant to the Agreement, on December 23, 2022, the Closing Date, each Investor will sell (or cause to be sold) a pool of Accounts held by such Investors and described in the Account Schedule attached to this Bill of Sale.

LendingClub represents and warrants that each of the undersigned (other than LendingClub) has authorized LendingClub to execute this Bill of Sale on their behalf and take any action and execute any instruments or documents that LendingClub may deem reasonably necessary or advisable in connection with the transfers contemplated thereby.

Lot Number:            22-1206

Total Unpaid Balance:  ■

Number of Accounts:    ■

DATED: December 23, 2022

SELLER: LC Trust I

By: LENDINGCLUB CORPORATION, as Administrator

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Corporation

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

LC Legal Reviewed

SELLER: BankNewport

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Callune Participations s.a.r.l.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: CML Borrower Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Commercial Bank of California

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Congressional Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (Club) Certificate Issuer Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: CONSUMER LOAN UNDERLYING
BOND (CLUB) CREDIT TRUST 2020-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: CONSUMER LOAN UNDERLYING
BOND (CLUB) GRANTOR TRUST 2017-P2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: CONSUMER LOAN UNDERLYING
BOND (CLUB) GRANTOR TRUST 2018-NP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: CONSUMER LOAN UNDERLYING
BOND (CLUB) GRANTOR TRUST 2018-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: CONSUMER LOAN UNDERLYING
BOND (CLUB) GRANTOR TRUST 2018-P2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: CONSUMER LOAN UNDERLYING BOND (CLUB) GRANTOR TRUST 2019-HP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: CONSUMER LOAN UNDERLYING BOND (CLUB) GRANTOR TRUST 2019-P2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: COPPER CANYON TRUST

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Crescent Sky Lending Facility -1 LLC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Deerwood Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: DL Investment Sarl, Compartment Moonstone 1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Edge Focus High Yield Fund, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Fasanara Apex I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: FRANKLIN INVESTORS SECURITIES TRUST - FRANKLIN LOW DURATION TOTAL RETURN FUND

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: HCG Consumer Credit II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: HCG CONSUMER CREDIT IV, LLC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: HCL Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: IBI Consumer Credit, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: ILA CAPITAL TRUST

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Jonesboro State Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer Trust Series 2022-NP5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-LCX2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificates Issuer Trust, Series 2021-NP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificates Issuer Trust, Series 2022-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Receivables Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Leo Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Leo Acquisitions OV Trust Prime

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Libra Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Loan Asset Holdings Trust 2021 M-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Loan Asset Holdings Trust II 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LOAN ASSET ISSUER II LLC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LOAN ASSET ISSUER LLC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: MPLI CAPITAL HOLDINGS

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: NBSF 2018-2, SERIES 2020-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: NBSF Canada 2021 Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: NBSF II 2021 Trust, Series 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: NBSF II 2021 Trust, Series 2021-1 LCX

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: NBT Bank, National Association

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Oceanview LC Acquisition Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Grantor Trust 2021-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: PAGAYA AI DEBT SELECTION GRANTOR TRUST 2019-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: PAGAYA AI DEBT SELECTION GRANTOR TRUST 2019-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: PAGAYA AI DEBT SELECTION GRANTOR TRUST 2020-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: PAGAYA AI DEBT SELECTION GRANTOR TRUST 2020-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2020-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-HG1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: PAGAYA FUNDING TRUST

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: PAGAYA FUNDING TRUST II

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Santander Bank, NA

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Sierra Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Solar Grey Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Sound Point Discovery Fund LLC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: SPC Receivables Funding II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Stone Ridge Diversified Alternatives Fund US Holdings I LLC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem Grantor Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem Grantor Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem Grantor Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem Grantor Trust 2022-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: THEOREM MAIN FUND TRUST I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem Short Duration Liquidity Fund

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: UMB Bank, National Association, not in its individual capacity, but solely as trustee for PML Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Union Bank & Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Webster Bank, N.A.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society FSB D/B/A Christiana Trust Ttee of Alternative Lending Holdings Trust PLEP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: WILMINGTON SAVINGS FUND SOCIETY FSB Trustee of ALTERNATIVE LENDING HOLDINGS TRUST V

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer