# **EXHIBIT A**

to

OBJECTION OF THE UNITED STATES TRUSTEE TO
SMALL BUSINESS DEBTORS' PLAN OF REORGANIZATION

# NJ MOTOR VEHICLE COMMISSION PRE-HEARING CONFERENCE REPORT

| Date: | Time: | Business Type: | License #: |
|---|---|---|---|

| **Name of Business:** | **Business Address:** |
|---|---|
| | |

| **; Proposed Administrative Action:** | **Mitigating / Aggravating Circumstances:** |
|---|---|
| | |

| **Current Pending Complaint (s):** <br> See: | **Prior Complaints / Administrative Action:** |
|---|---|

**Conference Settlement**

**After explaining to the licensee his or her OAL rights, a thorough discussion of the violation(s) occurred. Upon completion of the discussion, the licensee _____ with the terms of this pre-hearing conference which are listed below. In addition, by signing this agreement, the licensee _____ that he or she violated the regulation(s) listed on the notice.**

Comments:

---

**The New Jersey Motor Vehicle Commission ("Commission") and Dealer hereby stipulate that this agreement shall fully dispose of all issues in controversy with regard to this matter, and disposes of Dealer's request for a hearing in this matter. Dealer further acknowledges and understands that if Dealer does not satisfy each and every requirement of this settlement agreement, Dealer's motor vehicle dealer license is subject, immediately, to the administrative action set forth in the Notice of Proposed Suspension that is the subject of this matter. Dealer acknowledges and agrees that, as consideration for the Commission entering into this settlement agreement, _Dealer waives any right to a hearing in the event Dealer does not comply with all terms of this settlement agreement._ Dealer further agrees that, pursuant to N.J.A.C. 13:21-15.5(b), upon suspension or revocation of Dealer's motor vehicle dealer license, Dealer shall return in person, all Commission property, including, but not limited to, the dealer wall license, dealer plates, dealer reassignments and temporary registrations, and shall account for all those not returned without refund for unused stock.**

Comments: *Continued*

**I hereby:**

    **REFUSE** the proposed administrative action / conference settlement offered resulting from this pre-hearing conference and request that matter be transmitted to the Office of Administrative Law as a contested case for a hearing to be conducted by an Administrative Law Judge.

    **ACCEPT** and understand this conference settlement offer noted above and waive my rights to a hearing before an Administrative Law Judge.

    The license suspension period to be proposed as part of this settlement agreement shall commence on _____ and end on _____.
                  mm/dd/yy                                   mm/dd/yy

    The temporary tag suspension period to be proposed as part of this settlement agreement shall commence on _____ and end on _____.
                    mm/dd/yy                                   mm/dd/yy

I acknowledge that on or before the suspension date noted above, I MUST surrender all Motor Vehicle Commission issued dealer documents; including, but not limited to, the dealer wall license, dealer plates, dealer reassignments and temporary registrations, and shall account for all those not returned without refund for unused stock to:

                                      Business Licensing Services Bureau
                                      225 East State Street, 2nd Floor East
                                      P.O. BOX 171
                                      Trenton, New Jersey 08666
                                      609-292-6500 ext.5014

If you fail to surrender all Commission issued documents by the above cited effective suspension date, the Commission will process with the suspension of your dealer license, however the suspension period above will be extended one day for each day after the suspension date that you delay in surrendering your dealer documents.

_____  _____  _____
   Date              Print Name – Business Owner/ Principal              Signature

I certify that I have the authority to bind the Dealer.

_____  _____  _____
   Date              Print Name – Representative, Title                  Signature

_____  _____  _____
   Date             Print Name – Hearing Officer                        Signature

    [ ]   **APPROVED**

    [ ]   **DENIED**

_____  _____  _____
  By                                           Title                        Date