Certificate Number: 02998-NJ-DE-037098891

Bankruptcy Case Number: 22-18303



02998-NJ-DE-037098891

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 11, 2023</u>, at <u>1:40</u> o'clock <u>AM EST</u>, <u>Alexandre Da Costa</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>January 11, 2023</u>         By:   <u>/s/Geaneen  Herbin</u>

                                       Name:  <u>Geaneen  Herbin</u>

                                       Title:  <u>Counselor</u>