Certificate Number: 02998-NJ-DE-037098890

Bankruptcy Case Number: 22-18303



02998-NJ-DE-037098890

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 11, 2023, at 1:40 o'clock AM EST, Vivianne Antunes completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  January 11, 2023            By:  /s/Geaneen Herbin

Name:  Geaneen Herbin

Title:  Counselor