## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| BAV Auto LLC | : | |
| | : | BANKRUPTCY NO. 22-17933(JKS) |
| Debtor | : | |
| | : | |
| | : | |
| IN RE: | : | CHAPTER 11 |
| Alexandre Dacosta and Viviane Antunes | : | |
| Debtors | : | BANKRUPTCY NO. 22-18303(JKS) |
| | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Objections of Westlake Flooring Services to Confirmation of Debtors' Joint Plan of Reorganization was served upon all counsel of record via ECF notification and upon the individual debtors by first class mail on January 31, 2023, per the below:

TO:    John O'Boyle, Esquire                          U.S. Trustee
Norgaard O'Boyle & Hannon                US Dept of Justice
184 Grand Avenue                               Office of the US Trustee
Englewood, NJ 07631                           One Newark Center Ste 2100
(Via ECF Only)                                    Newark, NJ 07102
(Via ECF Only)

Steven D. Pertuz                                  Mark Politan - Trustee
Law Offices of Steven D. Pertuz, LLC    Politan Law, LLC
111 Northfield Avenue                         88 East Main Street #502
Suite 304                                            Mendham, NJ 07945
(Via ECF Only)                                    (Via ECF Only)

Alexandre J. Dacosta                           Vivianne C. Antunes
80 Columbia Avenue                            80 Columbia Avenue
Kearny, NJ 07032                               Kearny, NJ 07032

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED:    January 31, 2023                      /S/ REGINA COHEN
Regina Cohen, Esquire
Attorney for Westlake Services

2214935v1