UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

NORGAARD O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Attorneys for Debtor-in-Possession
By: John O'Boyle (JO    6337)
    joboyle@norgaardfirm.com

In Re:

BAV Auto, LLC

Ir Re:

Alexandre Dacosta & Vivianne Antunes

Case No.: 22-17933

Adv. Pro. No.: & 22-18303

Chapter: 11

Subchapter V: ☒ Yes  ☐ No

Hearing Date: 2/7/2023

Judge: Sherwood

## ADJOURNMENT REQUEST

1. I, __John O'Boyle, Esq.__,

    ☒ am the attorney for: __Debtors, Alexandre Dacosta & Vivianne Antunes__,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Confirmation Hearing for Proposed Joint Plan of Reorganization.

    Current hearing date and time: February 7, 2023 at 10 AM

    New date requested: March 14, 2023

    Reason for adjournment request: Additional time is requested to address objections to confirmation.

2. Consent to adjournment:

    ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: February 1, 2023                          /s/ John O'Boyle
                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: March 14, 2023 @ 10:00          ❏ Peremptory

❏ Granted over objection(s)   New hearing date: _____      ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2