| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>MORTON & CRAIG, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057   (856)866-0100<br>Attorney for : Thrift Investment Corporation<br>Our File No.: 53511<br>JM-5630 | Order Filed on February 2, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Alexandre J. DaCosta<br>Vivianne C. Antunes | Case No.: 22-18303<br><br>Hearing Date: 1-31-2023<br><br>Judge: RG<br><br>Chapter: 11 |

Recommended Local Form:   ☑ Followed   ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 2, 2023

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____Thrift Investment Corporation_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and no opposition to the motion having been filed, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏    Real property more fully described as:

☑    Personal property more fully described as:

  2013 Porsche Cayenne GTS
  Vehicle Identification Number
  WP1AD2A25DLA79625

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 22-18303-JKS

Alexandre J. Dacosta   Chapter 11

Vivianne C. Antunes

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2

Date Rcvd: Feb 02, 2023     Form ID: pdf903     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexandre J. Dacosta, 80 Columbia Avenue, Kearny, NJ 07032-2948 |
| db | + | BAV AUTO, L.L.C., 80 Columbia Avenue, Kearny, NJ 07032-2948 |
| jdb | + | Vivianne C. Antunes, 80 Columbia Avenue, Kearny, NJ 07032-2948 |
| aty | + | Norgaard O'Boyle & Hannon, Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Donna L. Thompson
     on behalf of Creditor Automotive Finance Corporation donna.thompson@dlthompsonlaw.com  dlthompsonlaw@aol.com

Donna L. Thompson
     on behalf of Plaintiff Automotive Finance Corporation donna.thompson@dlthompsonlaw.com  dlthompsonlaw@aol.com

Douglas J. McDonough
     on behalf of Creditor Bank of America NA dmcdonough@flwlaw.com

Drew S. McGehrin
     on behalf of Creditor Vero Finance Technologies Inc. dsmcgehrin@duanemorris.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 02, 2023 | Form ID: pdf903 | Total Noticed: 4

Drew S. McGehrin
    on behalf of Plaintiff Vero Finance Technologies Inc. d/b/a Lever Auto dsmcgehrin@duanemorris.com

John O'Boyle
    on behalf of Debtor Alexandre J. Dacosta joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Debtor BAV AUTO L.L.C. joboyle@norgaardfirm.com,
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Joint Debtor Vivianne C. Antunes joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John R. Morton, Jr.
    on behalf of Creditor Thrift Investment Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Joseph H. Lemkin
    on behalf of Creditor XL Funding LLC dba Axle Funding, LLC fka Auction Credit Enterprises, LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff XL Funding LLC dba Axle Funding, LLC f/k/a Auction Credit Enterprises, LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Auction Credit Enterprises LLC jlemkin@stark-stark.com

Mark Politan
    mpolitan@politanlaw.com

Phillip Andrew Raymond
    on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com,
    mccallaecf@ecf.courtdrive.com

Regina Cohen
    on behalf of Creditor Westlake Flooring Company LLC d/b/a Westlake Flooring Services rcohen@lavin-law.com,
    mmalone@lavin-law.com

Regina Cohen
    on behalf of Creditor Westlake Flooring Services rcohen@lavin-law.com mmalone@lavin-law.com

Steven D. Pertuz
    on behalf of Debtor BAV AUTO L.L.C. pertuzlaw@verizon.net, G16461@notify.cincompass.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 18