UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ  07631
(201) 871-1333
Attorneys for Debtor-in-Possession
*By:  John O'Boyle (JO -6337)*
     *joboyle@norgaardfirm.com*

Order Filed on February 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11 (Small Business Subchapter V)

In re:

**BAV AUTO, L.L.C.**

                    Debtor.

Case No.: 22-17933

In re:

**ALEXANDRE DACOSTA &
VIVIANNE ANTUNES**

                    Debtors.

Case No.: 22-18303

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES
OF BAV AUTO, LLC AND ALEXANDRE DACOSTA & VIVIANNE ANTUNES**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 13, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER came to the attention of the court upon the motion of the Debtors, Alexandre Dacosta and Vivianne Antunes, for an order directing the joint administration of their Case with the Chapter 11 case of BAV Auto, L.L.C.  The Court is satisfied that the relief requested in the Motion is in the best interests of both of the Debtors, the estates, their creditors and other parties in interest, and that notice of the Motion is good and sufficient.

**IT IS HEREBY ORDERED that:**

1.      The motion is granted.  The bankruptcy cases of Alexandre Dacosta & Vivianne Antunes and BAV Auto, L.L.C. shall be jointly administered.

2.      The jointly administered Debtors' cases are consolidated for procedural purposes only, and shall be jointly administered under the caption and case number of Alexandre Dacosta & Vivianne Antunes.  The caption for the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
_____

In re:                                          :

                                                :       Case No. 22-18303 JKS
ALEXANDRE DACOSTA
& VIVIANNE ANTUNES,              :
                                                        (Jointly Administered)[1]
            Debtors.               :
_____:

3.      The individual debtors Alexandre Dacosta & Vivianne Antunes and the debtor BAV Auto, L.L.C. shall each file their own separate monthly operating reports in the jointly administered case.

4.      This order shall be filed on the docket of each of the jointly administered cases.

_____

1 The jointly administered Debtors are Alexandre Dacosta and Vivianne Antunes, having SSNs with the last four digits of 2325 and 0411, respectively, and BAV Auto, L.L.C., having a TIN with the last four digits 7479.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18303-JKS |
| Alexandre J. Dacosta | Chapter 11 |
| Vivianne C. Antunes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 14, 2023 | Form ID: pdf903 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexandre J. Dacosta, 80 Columbia Avenue, Kearny, NJ 07032-2948 |
| db | + | BAV AUTO, L.L.C., 80 Columbia Avenue, Kearny, NJ 07032-2948 |
| jdb | + | Vivianne C. Antunes, 80 Columbia Avenue, Kearny, NJ 07032-2948 |
| aty | + | Norgaard O'Boyle & Hannon, Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2023                 Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donna L. Thompson | |
| | on behalf of Creditor Automotive Finance Corporation donna.thompson@dlthompsonlaw.com  dlthompsonlaw@aol.com |
| Donna L. Thompson | |
| | on behalf of Plaintiff Automotive Finance Corporation donna.thompson@dlthompsonlaw.com  dlthompsonlaw@aol.com |
| Douglas J. McDonough | |
| | on behalf of Creditor Bank of America  NA dmcdonough@flwlaw.com |
| Drew S. McGehrin | |
| | on behalf of Creditor Vero Finance Technologies  Inc. dsmcgehrin@duanemorris.com |

District/off: 0312-2                    User: admin                                                Page 2 of 2
Date Rcvd: Feb 14, 2023                 Form ID: pdf903                                      Total Noticed: 4

Drew S. McGehrin
    on behalf of Plaintiff Vero Finance Technologies  Inc. d/b/a Lever Auto dsmcgehrin@duanemorris.com

John O'Boyle
    on behalf of Debtor Alexandre J. Dacosta joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Debtor BAV AUTO  L.L.C. joboyle@norgaardfirm.com,
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Debtor BAV AUTO L.L.C. joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Joint Debtor Vivianne C. Antunes joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John R. Morton, Jr.
    on behalf of Creditor Thrift Investment Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Joseph H. Lemkin
    on behalf of Creditor XL Funding  LLC dba Axle Funding, LLC fka Auction Credit Enterprises, LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff XL Funding  LLC dba Axle Funding, LLC f/k/a Auction Credit Enterprises, LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Auction Credit Enterprises  LLC jlemkin@stark-stark.com

Mark Politan
    mpolitan@politanlaw.com

Mark Politan
    on behalf of Trustee Mark Politan mpolitan@politanlaw.com

Phillip Andrew Raymond
    on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com,
    mccallaecf@ecf.courtdrive.com

Regina Cohen
    on behalf of Creditor Westlake Flooring Company  LLC d/b/a Westlake Flooring Services rcohen@lavin-law.com,
    mmalone@lavin-law.com

Regina Cohen
    on behalf of Creditor Westlake Flooring Services rcohen@lavin-law.com  mmalone@lavin-law.com

Steven D. Pertuz
    on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes pertuzlaw@verizon.net  G16461@notify.cincompass.com

Steven D. Pertuz
    on behalf of Debtor BAV AUTO  L.L.C. pertuzlaw@verizon.net, G16461@notify.cincompass.com

Steven D. Pertuz
    on behalf of Debtor BAV AUTO L.L.C. pertuzlaw@verizon.net  G16461@notify.cincompass.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 23