**BAV AUTO, LLC, CHAPTER 11, SUBCHAPTER V CASE NO. 22-17933 (JKS)**

**COMBINED EXHIBITS A AND F FOR FORM 425C SMALL BUSINESS MONTHLY OPERATING REPORT**

**RE: EXHIBIT A**

There have been no business operations since the petition date and during the period of the operating report. There are no employees since the petition date and no tax liabilities have accrued post-petition. The Debtor intends on paying the required quarterly fees to the United States Trustee to stay in compliance within ten (10) days of filing the reports

**RE: EXHIBIT F**

The disclosed total receivables are amounts listed in the Debtor's filed Schedule B. To date, they have not been collectable. They are the same receivables that were owed pre-petition.