| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| JOSEPH H. LEMKIN, ESQ. STARK & STARK Attorneys at Law 993 Lenox Drive Lawrenceville, New Jersey 08648 (609) 791-7022 – Telephone (609) 895-7395 – Facsimile Attorney for Secured Creditor XL Funding, LLC d/b/a Axle Funding, LLC f/k/a Auction Credit Enterprises, LLC |

IN RE:                                                    CASE NO. 22-17933-JKS

BAV AUTO, L.L.C.                                HON. JOHN K. SHERWOOD, USBJ
a/k/a COSTA'S AUTO  GALLERY

CHAPTER 11


**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362(d)**

**The relief set forth on the following pages numbered two is hereby ORDERED.**

(Page 2)

IN RE:          BAV AUTO, L.L.C. a/k/a COSTA'S AUTO GALLERY
CASE NO:        22-17933- JKS
RE:             ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
                PURSUANT TO 11 U.S.C. § 362(d)

---

This matter having been brought before the Court upon the motion of **XL Funding, LLC d/b/a Axle Funding, LLC f/k/a Auction Credit Enterprises, LLC** (the "Movant"), by and through its counsel, **Joseph H. Lemkin, Esq**., for an order granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d) (the "Motion"); and it further appearing that all interested parties have been duly served; and the Court having considered all of the papers submitted in support of the Motion, together with all opposition submitted thereto (if any) and the arguments of counsel (if any); and for good cause shown, it is hereby

**ORDERED** that the automatic stay afforded by 11 U.S.C. § 362 (a) be and hereby is vacated to permit Movant recover the following collateral, along with all accounts, deposit accounts, general intangibles, documents, instruments, investment property, chattel paper (including without limitation letters of credit, retail installment sales contracts, bills of sale, documents of title, books and records), inventory (as defined in the Note), whether now existing or acquired and wherever located, and all additions, accessions, accessories, replacements, and proceeds, thereof, which are to then be sold by Movant and the sales proceeds applied to the outstanding balance owed by BAV Auto, L.L.C. to Movant:

| Stock # | Year | Make | Model | Last 6 of VIN |
|---------|------|------|-------|---------------|
| 84 | 2015 | Toyota | Camry | 560305 |
| 86 | 2007 | Toyota | RAV-4 | 060040 |
| 92 | 2011 | Chevrolet | Cruz | 241979 |
| 98 | 2010 | Chevrolet | Equinox | 200502 |
| 99 | 2010 | Audi | A-4 | 015200 |
| 100 | 2019 | Chevrolet | Trax | 233682 |
| 101 | 2012 | Subaru | Impreza | 222834 |

**IT IS FURTHER ORDERED** that the Movant shall serve this Order on the Debtors, the

Trustee, and any other party who entered an appearance on the within motion.

[END OF ORDER]