# EXHIBIT A

≡ **HAGERTY.**

Login

Find a value   Value watchlist   Market articles

Quote ›

1988 BMW 325i

Valuation   Photos   Past sales   Model overview   Other models

← Find more models

# 1988 BMW 325i

4dr Sedan    6-cyl. 2495cc/168hp FI

☆ Watch    ↗ Share    🔔

**#1 Concours** ⓘ
Join for free to view

**#2 Excellent** ⓘ
Join for free to view

**#3 Good** ⓘ
**$15,800\***
↘ -6.5%

**#4 Fair** ⓘ
Join for free to view

$15k

$10k

$5k

1Y   3Y 🔒   5Y 🔒   All 🔒

04/22            07/22            10/22

## Pricing adjustments

**-10%** for auto.

**Unlock your free account**                                                                                             ✕
Access more Hagerty Price Guide values in a few simple steps.
Get Started

Home > Markets > BMW > 3 Series > E30 > 325i > 1988

SHARE

MARKET PRICES
# 1988 BMW 325i - E30

FOLLOW MARKET

Model years for BMW 325i - E30

| 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1' |

| | |
|---|---|
| For Sale | 0 |
| Avg | $16,249 |
| Sales Count | 46 |
| Dollar Volume | $747,443 |
| Lowest Sale | $4,994 |
| Top Sale | $55,000 |
| Most Recent | $10,000 |

Market trends for 1988 BMW 325i - E30 - reflects sales in USD only.

SALES    SUBMARKETS    LOCATIONS

Zoom
1m  3m  6m  YTD  1y  **5y**

Sell your car with a CLASSIC.COM Pro. Get started.



Jul '18   Jan '19   Jul '19   Jan '20   Jul '

• Sold

## CLASSIC.COM PRO™

EXPERTISE   MARKETING   PEACE OF MIND

We know the market so you don't have to. Sell your car with a CLASSIC.COM Pro.

**GET** STARTED

Default

ALL LISTINGS



$10,000 SOLD

**1988 BMW 325i Touring**

287,000 km (178,333 mi) · Automatic · Restored-Original
Auction · 1 month ago
Salinas, CA, USA