| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br><br><br><br><br><br>In Re: |

Case No.:        _____

Chapter:         _____

Hearing Date:  _____

Judge:           _____

## APPLICATION FOR ORDER SHORTENING TIME

The applicant _____, on behalf of _____ requests that the time period to/for _____ as required by _____ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:

2. State the hearing dates requested:

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: _____          _____
                                                              Signature

*rev.8/1/15*