UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631
Telephone No. (201) 871-1333
Counsel to Debtors
By: John O'Boyle, Esq. (6337)
    joboyle@norgaardfirm.com

Order Filed on March 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALEXANDRE DACOSTA and
VIVIANNE ANTUNES
                        Debtor(s).

Case No.:         22-18303

Chapter:          11

Judge:            Sherwood

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: March 15, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of _____ the Debtors _____ for the reduction of time for a hearing on Motion for Authority to Sell Automobile, for payment of Allowed Exemptions for Waiver of Stay under Rule 6004(h) _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ Tuesday, March 28, 2023 _____ at 10:00 a.m. in the United States Bankruptcy Court, _____ 50 Walnut Street, Newark, New Jersey  07102 _____, Courtroom No. ___ 3D ___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: All secured credtiors (or, if represented, the creditor's counsel), all parties that have filed notices

of appearance, the United States Trustee and the Subchapter V Trustee.

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.
to the extent email addresses are known

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All creditors who or which filed proof of claims (who are not included in Item No. 2 above)

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.
to the extent email addresses are known

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within  one (1)  day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____,

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail

     four (4)    day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

X - Movant's Counsel and any individual/party objecting to the motion must appear at the hearing either in-person or *via* Court Solutions (by registering for the hearing on Court Solutions by noon on the day prior to the hearing).

X - Other individuals/parties/counsel may attend the hearing in-person or *via* Court Solutions (by registering for the hearing on Court Solutions by noon on the day prior to the hearing).

*rev.1/12/22*