UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____     _____
                                                                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

**SERVICE LIST**

131 Union Street LLC
131 Union St
Newark, NJ 07105-1346

Ally Financial
PO Box 380901
Bloomington, MN 55438-0901

American Express
c/o Becket Lee
PO Box 3001
Malvern, PA 19355-0701

Auction Credit Enterprise LLC
14951 Dallas Pkwy Ste 200
Dallas, TX 75254-6883

Automotive Finance Corp. of NJ
11299 N. Illinois Street
Carmel, IN 46032

Arsenal Capital Funding Corp.
8 west 36th Street 7th Floor
Newark, NY 10018-9774

Bank of America
PO Box 31785
Tampa FL 33631-3785

Bankers Healthcare Group
c/o Pinnacle Bank
150 3rd Avenue South Suite 900
Nashville, TN 37201

Bankers Healthcare Group LLC
201 Solar Street
Syracuse, NY 13204

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Resurgent Capital Services
As servicer for Best Egg
PO Box 10587
Greenville, SC 29603-0587

Camila Quintero
721 6th Street
Elizabeth, NJ 07202-3515

Capital One NA
American InfoSource as Agent
4515 Santa Fe Avenue
Oklahoma City, OK 73118

CFG Merchant Solutions, LLC
180 Maiden Ln Fl 15
New York, NY 10038-4925

CFG Merchant Solutions, LLC
c/o Law Offices of Steven Zakaryayev
8 South Main Street
PO Box 342
Marlboro, NJ 07746

Clara Maas Medical Center
1 Clara Maass Dr
Belleville, NJ 07109-3550

Cloudfund LLC
400 Rella Blvd Ste 165-101
Suffern, NY 10901-4241

Dealer Capital Group INc.
67 Crystal St
Avenel, NJ 07001-1125

Discover Bank
PO Box 30939
Salt Lake City, UT 84130-0939

Discover Personal Loans
PO Box 15316
Wilmington, DE 19850-5316

Discover Bank/Discover Products
PO Box 3025
New Albany, OH 43054

Donna Thompson, Esq,
PO Box 679
Allenwood, NJ 08724

Douglas McDonough, Esq.
Frenkel Lambert Weiss Weisman & Gordon
80 Main Street Suite 460
West Orange, NJ 07052

Drew McGehrin, Esq.
Duane Morris
30 S. 17th Street
Philadelphia, PA 19103

Dylan Kemper
c/o Stephen Goldberg PC
917 North Washington Avenue
Green Brook, NJ 08812

Ernesto Gonzalez
361 S Broad St
Elizabeth, NJ 07202-3515

Fox Business Funding
1920 E Hallandale Beach Blvd Ste 503
Hallandale Beach, FL 33009-4723

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

Jersey Express LLC
23 Lake Dr
North Brunswick, NJ 08902-4828

Jewelers Reserve/CBNA
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Joseph H. Lemkin, Esq.
Stark & Stark
PO Box 5315
Princeton, NJ 08543

JP Morgan Chase
Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
Monroe LA 7103

John Morton, Jr. Esq.
Morton & Craig
110 Marter Avenue Suite 301
Moorestown, NJ 08057

JP Morgan Chase
s/b/m/t Chase Bank
c/o Robertson, Anshultz, Schneid, et al
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Juniper Mastercard
PO Box 13337
Philadelphia, PA 19101-3337

Kinetic Advantage Inc.
10333 N Meridian St
Indianapolis, IN 46290-1150

Lending Club Bank
595 Market St Ste 200
San Francisco, CA 94105-2802

Lending Club NA
PO Box 884268
Los Angeles, CA 90088

Lightstream, a Division of Truist Bank
PO Box 1847
Wilson, NC 27894-0849

Manheim NY Metro Skyline Inc.
100 US Highway 46
Fairfield, NJ 07004-3217

Manheim Remarketing Inc.
6205 Peachtree Dunwoody Road
Atlanta, GA 30328

Nextgear Capital Inc.
11799 N College Ave
Carmel, IN 46032-5605

Olympic Payroll Services
64 US Highway 46
Pine Brook, NJ 07058-9629

Papaya Ai Debt Grantor Trust
c/o Resurgent Capital Service
PO Box 10587
Greenville, SC 29604-0587

Phillip Raymond, Esq.
MCCalla Raymer Leibert et all
1544 Old Alabama Road
Rosewell, GA 30076

Phillip Raymond, Esq.
McCalla Raymer Leibert et al
485 F US Highway 1 South Suite 300
Iselin, NJ 08830

Prosperum Capital Partners LLC
dba Arsenal Funding
c/o Jose Echevaria, Esq.
11 Broadway Suite 615
New York, NY 10004

Proventure Capital
99 Wall St # 576
New York, NY 10005-4301

Regina Cohen, Esq.
Lavin Cedrone Graver Boyd & DiSipio
190 North Independence Mall West Suite 500
Philadelphia, PA 19106

River Capital Partner LLC
36 Airport Road Suite 204
Lakewood, NJ 08701

Santander Bank
Mail Code 10-421-CN2
PO Box 12646
Reading, PA 19612-2646

Santander Bank
450 Penn Street
MC: PA-450-FBI
Reading, PA 19602

Shanna Kaminski, Esq.
160 W Fort St Fl 5
Detroit, MI 48226-3700

Shanna Kaminski, Esq.
Kaminski Law
PO Box 247
Grass Lake, MI 49240

SOFI Bank
2750 E Cottonwood Pkwy Ste 300
Salt Lake City, UT 84121-7285

Steven Pereira
415 Clarkson Avenue
Elizabeth, NJ 07202-3619

Steven Zakharyayev, Esq.
PO Box 342
Marlboro, NJ 07746-0342

SYNCB/Care Credit
PO Box 965036
Orlando, FL 32896-5036

Thrift Investment Corp.
720 King George Rd
Fords, NJ 08863-1974

Trinitas Regional Medcical Center
225 Williamson St
Elizabeth, NJ 07202-3625

Trinitas Regional Medical Center
c/o Pressler Felt Warshaw
7 Entin Road
Parsipanny, NJ 07054

Vero Finance dba Lever Auto Financing
287 Park Ave S Ste 700
New York, NY 10010-5413

Vero Finance Technologies Inc.
dba Lever
109 S. 5th Street Floor 6
Brooklyn, NY 11249-5869

Westlake Flooring Services Inc.
4751 Wilshire Blvd Ste 100
Los Angeles, CA 90010-3847

Peter J. D'Auria, Esq.
Office Of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Mark Politan
Politan Law, LLC
88 East Main Street #502
Mendham, NJ 07945