Form oresadoc − oresadocv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−18303−JKS
Chapter:  11
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alexandre J. Dacosta
80 Columbia Avenue
Kearny, NJ 07032

Vivianne C. Antunes
80 Columbia Avenue
Kearny, NJ 07032

Social Security No.:
  xxx−xx−2325

  xxx−xx−0411

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

The Court having noted that the debtor filed an Amendment to Schedule E/F on 03/23/2023 or to the List of Creditors on , and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

1.   A copy of the applicable Notice of Chapter 11 Bankruptcy Case, and

2.   In a Chapter 11 case:

   a)   a copy of the last modified plan and disclosure statement, if any, and

   b)   a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3.   In a Chapter 12 or Chapter 13 case:

   a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

   b)   a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the added creditors or parties have

1.   until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

2.   until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3.    until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: March 24, 2023
JAN: dlr

John K. Sherwood
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 22-18303-JKS

Alexandre J. Dacosta                                                                                    Chapter 11

Vivianne C. Antunes

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 24, 2023 | Form ID: oresadoc | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alexandre J. Dacosta, Vivianne C. Antunes, 80 Columbia Avenue, Kearny, NJ 07032-2948 |
| aty | + | Norgaard O'Boyle & Hannon, Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2023                                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donna L. Thompson | on behalf of Creditor Automotive Finance Corporation donna.thompson@dlthompsonlaw.com  dlthompsonlaw@aol.com |
| Donna L. Thompson | on behalf of Plaintiff Automotive Finance Corporation donna.thompson@dlthompsonlaw.com  dlthompsonlaw@aol.com |

District/off: 0312-2
Date Rcvd: Mar 24, 2023

User: admin
Form ID: oresadoc

Page 2 of 3
Total Noticed: 3

Douglas J. McDonough
> on behalf of Creditor Bank of America  NA dmcdonough@flwlaw.com

Drew S. McGehrin
> on behalf of Creditor Vero Finance Technologies  Inc. dsmcgehrin@duanemorris.com

Drew S. McGehrin
> on behalf of Plaintiff Vero Finance Technologies  Inc. d/b/a Lever Auto dsmcgehrin@duanemorris.com

John O'Boyle
> on behalf of Debtor Alexandre J. Dacosta joboyle@norgaardfirm.com
> sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
> on behalf of Defendant Alexandre J. Dacosta joboyle@norgaardfirm.com
> sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
> on behalf of Defendant Vivianne C. Antunes joboyle@norgaardfirm.com
> sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
> on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes joboyle@norgaardfirm.com
> sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
> on behalf of Interested Party BAV AUTO  L.L.C. joboyle@norgaardfirm.com,
> sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
> on behalf of Plaintiff XL Funding  LLC dba Axle Funding, LLC f/k/a Auction Credit Enterprises, LLC
> joboyle@norgaardfirm.com,
> sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
> on behalf of Debtor BAV AUTO L.L.C. joboyle@norgaardfirm.com
> sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
> on behalf of Joint Debtor Vivianne C. Antunes joboyle@norgaardfirm.com
> sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John R. Morton, Jr.
> on behalf of Creditor Thrift Investment Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Joseph H. Lemkin
> on behalf of Creditor XL Funding  LLC dba Axle Funding, LLC fka Auction Credit Enterprises, LLC jlemkin@stark-stark.com

Joseph H. Lemkin
> on behalf of Plaintiff XL Funding  LLC dba Axle Funding, LLC f/k/a Auction Credit Enterprises, LLC jlemkin@stark-stark.com

Joseph H. Lemkin
> on behalf of Creditor Auction Credit Enterprises  LLC jlemkin@stark-stark.com

Mark Politan
> mpolitan@politanlaw.com

Mark Politan
> on behalf of Trustee Mark Politan mpolitan@politanlaw.com

Phillip Andrew Raymond
> on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com,
> mccallaecf@ecf.courtdrive.com

Regina Cohen
> on behalf of Creditor Westlake Flooring Company  LLC d/b/a Westlake Flooring Services rcohen@lavin-law.com,
> mmalone@lavin-law.com

Regina Cohen
> on behalf of Creditor Westlake Flooring Services rcohen@lavin-law.com  mmalone@lavin-law.com

Steven D. Pertuz
> on behalf of Interested Party BAV AUTO  L.L.C. pertuzlaw@verizon.net, G16461@notify.cincompass.com

Steven D. Pertuz
> on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes pertuzlaw@verizon.net  G16461@notify.cincompass.com

Steven D. Pertuz
> on behalf of Joint Debtor Vivianne C. Antunes pertuzlaw@verizon.net  G16461@notify.cincompass.com

Steven D. Pertuz
> on behalf of Debtor Alexandre J. Dacosta pertuzlaw@verizon.net  G16461@notify.cincompass.com

District/off: 0312-2                        User: admin                                    Page 3 of 3
Date Rcvd: Mar 24, 2023                      Form ID: oresadoc                          Total Noticed: 3

Steven D. Pertuz

on behalf of Debtor BAV AUTO L.L.C. pertuzlaw@verizon.net  G16461@notify.cincompass.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 28