**Fill in this information to identify the case:**

Debtor Name: Alexandre Da Costa & Vivianne Antunes

United States Bankruptcy Court for the: District of New Jersey

Case number: 22-18303

☐ Check if this is an amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11                12/17

Month: January                                           Date report filed: 02/20/2023
                                                                           MM / DD / YYYY
Line of business: _____                        NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                            Vivianne Antunes & Alexandre Da Costa
Original signature of responsible party       /s/ Vivianne Antunes
Printed name of responsible party             Vivianne Antunes & Alexandre Da Costa

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. Have you paid all of your bills on time? | ☐ | ☐ | ☑ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☐ | ☑ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

Official Form 425C            Monthly Operating Report for Small Business Under Chapter 11            page **1**

Debtor Name  Alexandre Da Costa & Vivianne Antunes          Case number 22-18303

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 171,954.40

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.          $ 2,230.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.          − $ 11,015.29

    Report the total from *Exhibit D* here.

22. **Net cash flow**          + $ 8,785.29

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.          = $ 163,169.11

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ 0.00

    (Exhibit E)

Debtor Name  Alexandre Da Costa & Vivianne Antunes     Case number 22-18303

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ 0.00

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?     0
27. What is the number of employees as of the date of this monthly report?     0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ 0.00
30. How much have you paid this month in other professional fees?     $ 0.00
31. How much have you paid in total other professional fees since filing the case?     $ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected** | | Column B<br>**Actual** | | Column C<br>**Difference** |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. | − | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | − | $ 2,251.31 | = | $ 2,251.31 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 10,918.37 | = | $ 10,918.38 |
| 34. **Net cash flow** | $ 0.00 | − | $ 8,785.29 | = | $ 8,785.29 |

35. Total projected cash receipts for the next month:     $ 4,453.17
36. Total projected cash disbursements for the next month:   − $ 10,000.00
37. Total projected net cash flow for the next month:        = $ −5,546.83

Debtor Name  Alexandre Da Costa & Vivianne Antunes          Case number 22-18303

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



# TD Bank
America's Most Convenient Bank®

T    **STATEMENT OF ACCOUNT**

ALEXANDRE J DACOSTA
VIVIANNE ANTUNES
PERSONAL BANKRUPTCY CASE2218303
80 COLUMBIA AVE
KEARNY NJ  07032

Page:  1 of 2
Statement Period:  Jan 23 2023-Feb 07 2023
Cust Ref #:  4422065593-630-T-###
Primary Account #:  442-2065593

## TD Convenience Checking

ALEXANDRE J DACOSTA
VIVIANNE ANTUNES
PERSONAL BANKRUPTCY CASE2218303

Account # 442-2065593

### More currencies. More convenience.

TD Bank offers international wire transfers in more than 65 currency conversions.
Sending wires in foreign currency may save you time and money.
Learn more about the benefits and currencies we offer at td.com/fxwires.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 145,318.75 |
| Deposits | 155,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 155,000.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 16 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/23 | DEPOSIT | 155,000.00 |
| | Subtotal: | 155,000.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/23 | 0.00 | 01/23 | 155,000.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 2

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    155,000.00

❷ Total Deposits    +

❸ Sub Total

❹ Total Withdrawals    -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**855-iBank4U (855.422.6548)**
investorsbank.com
Investors Bank is a division of Citizens Bank, N.A.

VIVIANNE C ANTUNES
131 UNION ST APT 1
NEWARK NJ 07105-1346

**Investors Bank will transition to Citizens during the weekend of Feb. 17**

✵ Citizens

## YOURSTYLE CHECKING

| | | | |
|---|---|---|---|
| Account # | XXXXXXX1981 | Beginning Balance | $16,151.41 |
| Statement Period | | Deposits/Credits | $5,021.31 |
| From | 12/16/22 | Interest Paid | $0.00 |
| Through | 01/16/23 | Checks/Debits | -$9,729.42 |
| Average Balance | $12,439.26 | Service Charges | $0.00 |
| Earned Interest This Period | $0.00 | Ending Balance | $11,443.30 |
| | | # Deposits/Credits | 2 |
| Annual Percentage Yield Earned (APYE) | 0.00% | # Checks/Debits | 55 |
| | | YTD Interest | $0.00 |
| | | YTD Withholding | $0.00 |

### ACCOUNT ACTIVITY DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 12/16 | BEGINNING BALANCE | | | $16,151.41 |
| 12/16 | DC#5363 SIG PUR SPEEDWAY 0 SPEEDWAY 03443 HARRISON NJ 096470 | | $56.75- | $16,094.66 |
| 12/19 | DC#5363 SIG PUR APPLE.COM/ APPLE.COM/BILL 866-712-7753 CA 030205 | | $13.85- | $16,080.81 |



✵ Citizens

**Investors Bank will transition to Citizens during the weekend of Feb. 17**

Stay up to date on the transition of your accounts.
Your Welcome package was mailed.
It includes key dates and actions to take.

You can also scan here for the latest information on our Resource Center.

citizensbank.com/investorsbank

Page 1 of 8

PLEASE EXAMINE YOUR STATEMENT AT ONCE. IF NO ERRORS ARE REPORTED WITHIN 10 DAYS, THE ACCOUNT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Please contact us at 855.iBank4U (855.422.6548) or write to us at Investors Bank ATTN: Deposit Operations, 101 Wood Ave South, Iselin, NJ 08830 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt or if you believe a transfer was made using information from your check without your permission. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will credit any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

### LOST OR STOLEN ATM OR VISA CHECK CARD

Contact us immediately if your Investors ATM or VISA Check Card is lost or stolen. During normal business hours, Monday through Friday, call 855-iBank4U. After hours, call 1-800-472-3272.

---

**THIS SECTION IS DESIGNED TO HELP YOU BALANCE YOUR STATEMENT**

| LIST CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT | |
|---|---|
| CHECK NUMBER | $ AMOUNT |
| | |

ENTER FINAL BALANCE AS PER STATEMENT    $ _____

ADD DEPOSITS YOU HAVE MADE SINCE THE DATE ON THIS STATEMENT    $ _____

TOTAL    $ _____

SUBTRACT CHECKS OUTSTANDING    _____

BALANCE    $ _____

BALANCE SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER YOU RECORD ALL ITEMS PRINTED ON THIS STATEMENT THAT WERE NOT ENTERED IN YOUR CHECKBOOK.

---

**FINANCE CHARGE**

We figure the **FINANCE CHARGE** on your account by applying the applicable **DAILY PERIODIC RATE** to the **BALANCE SUBJECT TO FINANCE CHARGE** in your account at the end of each day. We get the BALANCE SUBJECT TO FINANCE CHARGE by taking the balance you owed at the end of the previous billing cycle (shown on the statement as the **PREV. BALANCE**). We then reduce that **PREV. BALANCE** by the amount of any unpaid FINANCE CHARGES or other charges included in it and any payments or other credits applied to your account prior to the end of the day in question. We then increase this amount by the amount of any loan advances and adjustments charged to your account prior to the end of the day in question.

**BILLING RIGHTS SUMMARY**

In case of errors or questions about your bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at our address shown on the face of the statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information: (1) Your name and account number. (2) The dollar amount of the suspected error. (3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**HOW TO MAKE PAYMENT**

Payments received prior to 5:00 p.m. at the Bank address shown on the face of your statement will be credited as of day of receipt. Payments made at other locations of the Bank may result in a delay in crediting your payments (but not more than 5 days)



**Investors Bank is a Division of Citizens Bank, N.A.**



**855-iBank4U (855.422.6548)**
investorsbank.com
Investors Bank is a division of Citizens Bank, N.A.

## ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 12/19 | DC#5363 SIG PUR UBER  EAT<br>UBER  EATS<br>HELP.UBER.COM CA  072485 | | $24.25- | $16,056.56 |
| 12/19 | DC#5363 PIN PUR SHOPRITE K<br>SHOPRITE KEARNY S1<br>KEARNY NJ  949154 | | $77.03- | $15,979.53 |
| 12/19 | DC#5363 PIN PUR BJS WHOLES<br>BJS WHOLESALE #0 18<br>KEARNY NJ  655779 | | $61.31- | $15,918.22 |
| 12/19 | DC#5363 REC POS NETFLIX CO<br>NETFLIX COM<br>LOS GATOS CA  235208452864 | | $16.52- | $15,901.70 |
| 12/19 | DC#5363 REC POS VERIZON*ON<br>VERIZON*ONETIMEPAY<br>VERIZON.COM FL  087526 | | $267.19- | $15,634.51 |
| 12/20 | PLYMOUTH ROCK   P&CMONTHLY<br>HPAXXXXXXX4043 | | $568.27- | $15,066.24 |
| 12/20 | PUBLIC SERVICE   PSEG<br>XXXXXXXX5105 | | $188.63- | $14,877.61 |
| 12/20 | DC#5363 SIG PUR UBER   TRI<br>UBER   TRIP<br>HELP.UBER.COM CA  070355 | | $13.01- | $14,864.60 |
| 12/20 | DC#5363 SIG PUR UBER   TRI<br>UBER   TRIP<br>HELP.UBER.COM CA  038399 | | $12.43- | $14,852.17 |
| 12/22 | ADT SECURITY SER ADTPAPACH<br>XXXXX9551 | | $31.98- | $14,820.19 |
| 12/22 | DC#5363 SIG PUR APPLE COM<br>ONE APPLE PARK WAY<br>CUPERTINO CA  235522144630 | | $7.45- | $14,812.74 |
| 12/23 | DC#5363 SIG PUR DUNKIN' MO<br>DUNKIN' MOBILE<br>800-447-0013 MA  000108 | | $15.00- | $14,797.74 |
| 12/27 | BANK OF AMERICA  PAYMENT<br>SCWEP148X | | $894.44- | $13,903.30 |
| 12/27 | DC#5363 PIN PUR SHOPRITE K<br>SHOPRITE KEARNY S1<br>KEARNY NJ  250836 | | $92.51- | $13,810.79 |
| 12/27 | DC#5363 SIG PUR APPLE.COM/<br>APPLE.COM/BILL<br>866-712-7753 CA  061393 | | $6.39- | $13,804.40 |
| 12/27 | DC#5363 SIG PUR AMAZON.COM<br>AMAZON.COM*GP7S57RH<br>AMZN.COM/BILL WA  013305 | | $57.61- | $13,746.79 |



**InvestorsBank**
101 Wood Avenue South · Iselin, NJ 08830

855-iBank4U (855.422.6548)
investorsbank.com
Investors Bank is a division of Citizens Bank, N.A.

### ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 12/27 | DC#5363 REC POS RING YEARL<br>RING YEARLY PLAN<br>HTTPSRING.COM CA 024855 | | $39.99- | $13,706.80 |
| 12/28 | PRUDENTIAL     INS PREM<br>3LXXXXXXXXX2358 | | $220.64- | $13,486.16 |
| 12/28 | PRUDENTIAL     INS PREM<br>3LXXXXXXXXX2358 | | $183.03- | $13,303.13 |
| 12/29 | DC#5363 SIG PUR AMAZON.COM<br>AMAZON.COM*QF6YB8NT<br>AMZN.COM/BILL WA 069671 | | $11.29- | $13,291.84 |
| 12/29 | DC#5363 SIG PUR AMZN MKTP<br>AMZN MKTP US*OW5DK0<br>AMZN.COM/BILL WA 057823 | | $33.99- | $13,257.85 |
| 12/29 | DC#5363 SIG PUR AMAZON.COM<br>AMAZON.COM*JX3I48TJ<br>AMZN.COM/BILL WA 041675 | | $15.90- | $13,241.95 |
| 12/29 | DC#5363 SIG PUR AMZN MKTP<br>AMZN MKTP US*8H4JG2<br>AMZN.COM/BILL WA 073775 | | $8.49- | $13,233.46 |
| 12/30 | DC#5363 SIG PUR AMAZON.COM<br>AMAZON.COM*SY9WO1KO<br>AMZN.COM/BILL WA 008023 | | $14.16- | $13,219.30 |
| 12/30 | DC#5363 SIG PUR AMAZON.COM<br>AMAZON.COM*AI2OL1TL<br>AMZN.COM/BILL WA 015658 | | $9.39- | $13,209.91 |
| 12/30 | DC#5363 SIG PUR EXXONMOBIL<br>EXXONMOBIL   47968<br>KEARNY NJ 098654 | | $65.30- | $13,144.61 |
| 12/30 | DC#5363 SIG PUR AMZN MKTP<br>AMZN MKTP US*2267Y5<br>AMZN.COM/BILL WA 057122 | | $29.44- | $13,115.17 |
| 12/30 | DC#5363 SIG PUR AMAZON.COM<br>AMAZON.COM*1647Y4L6<br>AMZN.COM/BILL WA 030856 | | $10.74- | $13,104.43 |
| 12/30 | CHECK #392 | | $2,500.00- | $10,604.43 |
| 01/03 | DC#5363 SIG PUR UBER  EAT<br>UBER  EATS<br>HELP.UBER.COM CA 022776 | | $30.01- | $10,574.42 |
| 01/03 | DC#5363 SIG PUR HORIZON BL<br>HORIZON BLUE CROSS<br>800-355-2583 NJ 058712 | | $50.70- | $10,523.72 |
| 01/03 | DC#5363 SIG PUR CHEWY.COM<br>CHEWY.COM<br>800-672-4399 FL 069159 | | $53.23- | $10,470.49 |



**855-iBank4U (855.422.6548)**
investorsbank.com
Investors Bank is a division of Citizens Bank, N.A.

## ACCOUNT ACTIVITY DETAIL (continued)

| Date  | Description | Deposits | Withdrawals | Balance |
|-------|-------------|----------|-------------|---------|
| 01/03 | DC#5363 SIG PUR A & J SEAB<br>A & J SEABRA SUPERM<br>KEARNY NJ  092257 | | $16.28- | $10,454.21 |
| 01/03 | DC#5363 SIG PUR SPRINGFIEL<br>SPRINGFIELD HOT BAG<br>SPRINGFIELD NJ  043132 | | $12.18- | $10,442.03 |
| 01/03 | DC#5363 SIG PUR CVS/PHARMA<br>CVS/PHARMACY #03136<br>N. ARLINGTON NJ  069470 | | $20.77- | $10,421.26 |
| 01/03 | DC#5363 REC POS CHEWY.COM<br>CHEWY.COM<br>800-672-4399 FL  044641 | | $46.39- | $10,374.87 |
| 01/04 | DC#5363 SIG PUR UBER   EAT<br>UBER   EATS<br>HELP.UBER.COM CA  062451 | | $38.55- | $10,336.32 |
| 01/05 | DC#5363 SIG PUR BELLA BABY<br>BELLA BABY PHOTOGRA<br>8008630805 MA  001167 | | $329.67- | $10,006.65 |
| 01/05 | DC#5363 REC POS UBER   PAS<br>UBER   PASS<br>HELP.UBER.COM CA  029277 | | $9.99- | $9,996.66 |
| 01/06 | DC#5363 SIG PUR CBR*CORDBL<br>CBR*CORDBLOOD REGIS<br>800-588-6377 MA  056530 | | $675.00- | $9,321.66 |
| 01/09 | DC#5363 PIN PUR TARGET T-1<br>632 ROUTE 46 E<br>FAIRFIELD NJ  163147 | | $36.76- | $9,284.90 |
| 01/09 | DC#5363 PIN PUR WALGREENS<br>WALGREENS STORE 465<br>KEARNY NJ  804408 | | $37.47- | $9,247.43 |
| 01/09 | DC#5363 SIG PUR DHAR PEDIA<br>DHAR PEDIATRICS LLC<br>NEWARK NJ  070005 | | $30.00- | $9,217.43 |
| 01/09 | DC#5363 PIN PUR BJS WHOLES<br>BJS WHOLESALE #0 18<br>KEARNY NJ  400213 | | $113.36- | $9,104.07 |
| 01/09 | DC#5363 PIN PUR SHOPRITE K<br>SHOPRITE KEARNY S1<br>KEARNY NJ  182478 | | $1.02- | $9,103.05 |
| 01/09 | DC#5363 PIN PUR SHOPRITE K<br>SHOPRITE KEARNY S1<br>KEARNY NJ  559226 | | $31.34- | $9,071.71 |
| 01/09 | DC#5363 SIG PUR DUNKIN' MO<br>DUNKIN' MOBILE<br>800-447-0013 MA  006203 | | $10.00- | $9,061.71 |



**855-iBank4U (855.422.6548)**
investorsbank.com
Investors Bank is a division of Citizens Bank, N.A.

## ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 01/09 | DC#5363 SIG PUR EXXONMOBIL<br>EXXONMOBIL   47973<br>KEARNY NJ  020185 | | $50.00- | $9,011.71 |
| 01/10 | DC#5363 DDA RTN AMZN MKTP<br>AMZN MKTP US<br>AMZN.COM/BILL WA  029698 | $21.31 | | $9,033.02 |
| 01/11 | ATT          PAYMENT<br>XXXXX6004EPAYP | | $88.12- | $8,944.90 |
| 01/11 | DEPOSIT | $5,000.00 | | $13,944.90 |
| 01/11 | DC#5363 SIG PUR AT&T PAYME<br>AT&T PAYMENT<br>800-331-0500 TX  092110 | | $110.25- | $13,834.65 |
| 01/12 | CHASEHOMEFINANCE LN PMT<br>XXXXXX2163 | | $2,369.36- | $11,465.29 |
| 01/12 | DC#5363 SIG PUR CONSUMER E<br>CONSUMER EDUCATION<br>877-271-6178 NC  046002 | | $21.99- | $11,443.30 |
| 01/16 | ENDING BALANCE | | | $11,443.30 |

## CHECK REGISTER

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 0 | 12/22 | $31.98# | 0* | 01/12 | $2,369.36# | | | |
| 0* | 12/27 | $894.44# | 392* | 12/30 | $2,500.00 | | | |

*(# AFTER THE CHECK AMOUNT INDICATES ACH CHECK - * INDICATES NON-CONSECUTIVE CHECK NUMBER(S))*

## FEE SUMMARY

| Description | Cycle to Date | Year to Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| RETURNED ITEM FEES | $0.00 | $0.00 |





*Statement From:* 12/16/22
*Statement To:* 01/16/23
*Account:* XXXXXXX1981

#0392    12/30/2022    $2,500.00     #0392    12/30/2022    $2,500.00

THIS PAGE LEFT INTENTIONALLY BLANK

**Checking**

**Account Number** [redacted]

**Statement Date** 03/09/2023    Page 1

| Date | Transaction Description | Amount | Ending Balance |
|---|---|---|---|
| 01/03/2023 | Direct Deposit - UI UEMPLOYMEN 230104 PPD | 446.00 | 3,206.23 |
| 01/10/2023 | Direct Deposit - UI UEMPLOYMEN 230111 PPD | 446.00 | 3,652.23 |
| 01/10/2023 | Debit POS/SIG Withdrawal - PROGRESSIVE *INS 800-776-4737  OH US POS  547540 ************9850 71958185 | 383.18 | 3,269.05 |
| 01/17/2023 | Direct Deposit - UI UEMPLOYMEN 230118 PPD | 446.00 | 3,715.05 |
| 01/17/2023 | Debit POS/SIG Withdrawal - UBER* TRIP SAN FRANCISCO CA US POS 531007 ************9850 00631972 | 37.93 | 3,677.12 |
| 01/17/2023 | ACH Withdrawal - EZPASS8882886865 AUTO REPL PPD | 130.00 | 3,547.12 |
| 01/18/2023 | Debit POS/SIG Withdrawal - UBER 8005928996 CA US POS  441964 ************9850 15323561 | 31.92 | 3,515.20 |
| 01/24/2023 | Direct Deposit - UI UEMPLOYMEN 230125 PPD | 446.00 | 3,961.20 |
| 01/31/2023 | Direct Deposit - UI UEMPLOYMEN 230201 PPD | 446.00 | 4,407.20 |
| 02/03/2023 | Debit POS/SIG Withdrawal - UBER 8005928996 CA US POS  908479 ************9850 20249930 | 28.96 | 4,378.24 |
| 02/06/2023 | ACH Withdrawal - EZPASS8882886865 AUTO REPL PPD | 130.00 | 4,248.24 |
| 02/07/2023 | Direct Deposit - UI UEMPLOYMEN 230208 PPD | 446.00 | 4,694.24 |
| 02/13/2023 | Debit POS/SIG Withdrawal - PROGRESSIVE *INS 800-776-4737  OH US POS  917070 ************9850 05962037 | 333.53 | 4,360.71 |
| 02/14/2023 | Direct Deposit - UI UEMPLOYMEN 230215 PPD | 446.00 | 4,806.71 |
| 02/15/2023 | Direct Deposit - VENMO CASHOUT 230214 PPD | 40.00 | 4,846.71 |
| 02/21/2023 | Direct Deposit - UI UEMPLOYMEN 230222 PPD | 446.00 | 5,292.71 |
| 02/23/2023 | ACH Withdrawal - EZPASS8882886865 AUTO REPL PPD | 130.00 | 5,162.71 |
| 02/28/2023 | Direct Deposit - UI UEMPLOYMEN 230301 PPD | 446.00 | 5,608.71 |
| 03/07/2023 | Direct Deposit - UI UEMPLOYMEN 230308 PPD | 446.00 | 6,054.71 |

VIVIANNE C ANTUNES
ALEXANDRE DA COSTA
80 COLUMBIA AVE
KEARNY NJ 07032-2948

LUSITANIA SAVINGS BANK
302 FRANK E. RODGERS BLVD N.
HARRISON, NJ 07029

**Savings**

**Account Number** 0010026586

**Statement Date** 03/09/2023      **Page**

| Date | Transaction Description | Amount | Ending Balance |
|---|---|---|---|
| 01/11/2023 | Cash Withdrawal | 5,000.00 | 153,581.51 |
| 01/20/2023 | Check Withdrawal | 150,000.00 | 3,581.51 |
| 01/20/2023 | Cash Withdrawal | 3,581.51 | 0.00 |

VIVIANNE C ANTUNES
ALEXANDRE DA COSTA
80 COLUMBIA AVE
KEARNY NJ 07032-2948

LUSITANIA SAVINGS BANK
402 FRANK E. RODGERS BLVD N.
HARRISON, NJ 07029