**Fill in this information to identify the case:**

Debtor Name  Alexandre Da Costa & Vivianne Antunes

United States Bankruptcy Court for the: District of New Jersey

Case number: 22-18303

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month:  **February**

Line of business: _____

Date report filed:  02/20/2023
MM / DD / YYYY

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                    Vivianne Antunes & Alexandre Da Costa

Original signature of responsible party   /S/ Vivianne Antunes

Printed name of responsible party      Vivianne Antunes & Alexandre Da Costa

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
|  | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☑ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |
|  | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

Debtor Name  Alexandre Da Costa & Vivianne Antunes                Case number  22-18303

17.  Have you paid any bills you owed before you filed bankruptcy?                      ☐  ☑  ☐
18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                                **$ 163,169.11**

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                    $    4,453.17

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                                  − $    8,919.99

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.                      + $    4,466.82
This amount may be different from what you may have calculated as *net profit*.

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                              = $ 158,702.29

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                                                    $    0.00

   *(Exhibit E)*

Debtor Name  Alexandre Da Costa & Vivianne Antunes                    Case number 22-18303

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                    $ _____0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?              _____0

27. What is the number of employees as of the date of this monthly report?  _____0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ _____0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____0.00

30. How much have you paid this month in other professional fees?                                      $ _____0.00

31. How much have you paid in total other professional fees since filing the case?                     $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 4,453.17 | — | $ 4,453.17 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 10,000.00 | — | $ 8,919.99 | = | $ 1,080.01 |
| 34. **Net cash flow** | $ -5,546.83 | — | $ -4,466.82 | = | $ -1,080.01 |

35. Total projected cash receipts for the next month:                        $ 6,676.34

36. Total projected cash disbursements for the next month:                  - $ 9,000.00

37. Total projected net cash flow for the next month:                       = $ -2,323.66

Debtor Name <u>Alexandre Da Costa & Vivianne Antunes</u>          Case number <u>22-18303</u>

---

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

 **Bank**

America's Most Convenient Bank®

T   STATEMENT OF ACCOUNT



ALEXANDRE J DACOSTA
VIVIANNE ANTUNES
PERSONAL BANKRUPTCY CASE2218303
80 COLUMBIA AVE
KEARNY NJ 07032

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Feb 08 2023-Mar 07 2023 |
| Cust Ref #: | 442-2065593-630-1-### |
| Primary Account #: | 442-2065593 |

## TD Convenience Checking

ALEXANDRE J DACOSTA
VIVIANNE ANTUNES
PERSONAL BANKRUPTCY CASE2218303

Account # 442-2065593

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 155,000.00 | Average Collected Balance | 152,780.94 |
| Electronic Deposits | 2,223.17 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 5,696.91 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 151,526.26 | Days in Period | 28 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | ACH DEPOSIT, ATLAS REFINERY I PAYROLL ****7100024493X | 2,223.17 |
| | Subtotal: | 2,223.17 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/08 | ELECTRONIC PMT-WEB, BCBSNJ PRIMARY 1 ONLINE ****01507802900 | 88.54 |
| 02/08 | DEBIT POS, *****30143978310, AUT 020823 DDA PURCHASE<br>BJS WHOLESALE  0 180 PAS   KEARNY       * NJ | 115.94 |
| 02/15 | ELECTRONIC PMT-TEL, CHASEHOMEFINANCE LN PMT ****782163 | 2,369.36 |
| 02/16 | DEBIT POS, *****30143978310, AUT 021623 DDA PURCHASE<br>SHOPRITE KEARNY S1     KEARNY       * NJ | 101.73 |
| 02/16 | DEBIT POS, *****30143978310, AUT 021623 DDA PURCHASE<br>BJS WHOLESALE  0 180 PAS   KEARNY       * NJ | 66.30 |
| 02/21 | DEBIT CARD PURCHASE, *****30143978310, AUT 021723 VISA DDA PUR<br>QUICK CHEK FOOD STORES    RAHWAY       * NJ | 55.42 |
| 02/21 | ACH DEBIT, PUBLIC SERVICE PSEG ****94775105 | 243.11 |
| 02/21 | ELECTRONIC PMT-WEB, VERIZON VZ BILLPAY ****104850001 | 267.99 |
| 02/21 | ACH DEBIT, PLYMOUTH ROCK P&CMONTHLY HPA****2574043 | 307.76 |
| 02/23 | DEBIT POS, *****30143978310, AUT 022323 DDA PURCHASE<br>SHOPRITE LYNDHURST S1     LYNDHURST    * NJ | 25.95 |
| 02/27 | DEBIT POS, *****30143978310, AUT 022623 DDA PURCHASE<br>BJS WHOLESALE  0 180 PAS   KEARNY       * NJ | 83.82 |
| 02/28 | ELECTRONIC PMT-TEL, PRUDENTIAL INS PREM *L***7498023056 | 183.03 |
| 02/28 | ELECTRONIC PMT-TEL, PRUDENTIAL INS PREM *L***7496023056 | 220.64 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ **Ending Balance**            151,526.26

❷ **Total Deposits**        +

❸ **Sub Total**

❹ **Total Withdrawals**      -

❺ **Adjusted Balance**

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ALEXANDRE J DACOSTA
VIVIANNE ANTUNES
PERSONAL BANKRUPTCY CASE2218303

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Feb 08 2023-Mar 07 2023 |
| Cust Ref #: |  |
| Primary Account #: | 442-2065593 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | DEBIT CARD PURCHASE, *****30143978310, AUT 022823 VISA DDA PUR AMAZON COM HD7C41PK1 AMZ   AMZN COM BILL * WA | 59.68 |
| 03/01 | DEBIT CARD PURCHASE, *****30143978310, AUT 022823 VISA DDA PUR AMAZON COM HD81D7XD1 AMZ   AMZN COM BILL * WA | 23.45 |
| 03/02 | DEBIT CARD PURCHASE, *****30143978310, AUT 022823 VISA DDA PUR DCU YOUR CHECK ORDER     800 844 2843 * MN | 16.15 |
| 03/03 | DEBIT CARD PURCHASE, *****30143978310, AUT 030223 VISA DDA PUR NJ BUSINES SERVICES     EGOV COM    * NJ | 37.00 |
| 03/03 | DEBIT CARD PURCHASE, *****30143978310, AUT 030223 VISA DDA PUR UBER  EATS          HELP UBER COM * CA | 21.06 |
| 03/06 | DEBIT CARD PURCHASE, *****30143978310, AUT 030323 VISA DDA PUR DHAR PEDIATRICS LLC     NEWARK      * NJ | 16.00 |
| 03/06 | DEBIT CARD PURCHASE, *****30143978310, AUT 030423 VISA DDA PUR AMZN MKTP US H52EX3270 A   AMZN COM BILL * WA | 34.12 |
| 03/06 | DEBIT CARD PURCHASE, *****30143985281, AUT 030423 VISA DDA PUR PROGRESSIVE  INSURANCE   800 776 4737 * OH | 233.16 |
| 03/06 | DEBIT CARD PURCHASE, *****30143978310, AUT 030523 VISA DDA PUR DJ S SERVICE STATION INC   KEARNY     * NJ | 62.39 |
| 03/06 | DEBIT POS, *****30143978310, AUT 030623 DDA PURCHASE VCA ANIMAL HOSP  4015     RUTHERFORD   * NJ | 916.15 |
| 03/07 | DEBIT CARD PURCHASE, *****30143978310, AUT 030623 VISA DDA PUR AMZN MKTP US HG1O22OS0    AMZN COM BILL * WA | 12.78 |
| 03/07 | DEBIT CARD PURCHASE, *****30143978310, AUT 030623 VISA DDA PUR AMZN MKTP US HG0DE4OF0    AMZN COM BILL * WA | 25.16 |
| 03/07 | ACH DEBIT, ATT PAYMENT ****07002EPAYS | 110.22 |
| | Subtotal: | 5,696.91 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/07 | 155,000.00 | 02/28 | 153,093.58 |
| 02/08 | 154,795.52 | 03/01 | 153,010.45 |
| 02/15 | 152,426.16 | 03/02 | 152,994.30 |
| 02/16 | 152,258.13 | 03/03 | 152,936.24 |
| 02/21 | 151,383.85 | 03/06 | 151,674.42 |
| 02/23 | 151,357.90 | 03/07 | 151,526.26 |
| 02/27 | 151,274.08 | | |

**Investors**Bank
101 Wood Avenue South • Iselin, NJ 08830

**855-iBank4U (855.422.6548)**
investorsbank.com
Investors Bank is a division of Citizens Bank, N.A.

>005887 3005588 0002 092233 20Z

VIVIANNE C ANTUNES
131 UNION ST APT 1
NEWARK NJ 07105-1346



The transition to
**Citizens is
complete.**

✕ Citizens

| YOURSTYLE CHECKING | | | |
|---|---|---|---|
| *Account #* | XXXXXXX1981 | *Beginning Balance* | $11,443.30 |
| *Statement Period* | | *Deposits/Credits* | $0.00 |
| From | 01/17/23 | *Interest Paid* | $0.00 |
| Through | 02/20/23 | *Checks/Debits* | -$11,443.30 |
| *Average Balance* | $2,923.56 | *Service Charges* | $0.00 |
| *Earned Interest This Period* | $0.00 | *Ending Balance* | $0.00 |
| | | *# Deposits/Credits* | 0 |
| *Annual Percentage Yield Earned (APYE)* | 0.00% | *# Checks/Debits* | 68 |
| | | *YTD Interest* | $0.00 |
| | | *YTD Withholding* | $0.00 |

| ACCOUNT ACTIVITY DETAIL | | | | |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 01/17 | BEGINNING BALANCE | | | $11,443.30 |
| 01/17 | DC#5363 SIG PUR DHAR PEDIA | | $15.00- | $11,428.30 |
| | DHAR PEDIATRICS LLC | | | |
| | NEWARK NJ 010002 | | | |
| 01/17 | DC#5363 SIG PUR LITTOS LIQ | | $95.00- | $11,333.30 |
| | LITTOS LIQUOR | | | |
| | HARRISON NJ 060147 | | | |

✕ Citizens

# The transition of your Investors Bank accounts to Citizens is complete.

This is your final statement from Investors Bank which may not be for a full statement period. You will receive all future statements from Citizens. The end date of your Citizens statements may change.



You can also scan here for the latest information on our Resource Center.

citizensbank.com/investorsbank

05887 3005568 038935 03976A9 0001/0005

PLEASE EXAMINE YOUR STATEMENT AT ONCE. IF NO ERRORS ARE REPORTED WITHIN 10 DAYS, THE ACCOUNT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Please contact us at 855.iBank4U (855.422.6548) or write to us at Investors Bank ATTN: Deposit Operations, 101 Wood Ave South, Iselin, NJ 08830 as soon as you can if you think your statement or receipt is wrong or if you need information about a transfer listed on the statement or receipt or if you believe a transfer was made using information from your check without your permission. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will credit any error promptly. If we need more time. however. we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

### LOST OR STOLEN ATM OR VISA CHECK CARD

Contact us immediately if your Investors ATM or VISA Check Card is lost or stolen. During normal business hours, Monday through Friday, call 855-iBank4U. After hours, call 1-800-472-3272.

---

**THIS SECTION IS DESIGNED TO HELP YOU BALANCE YOUR STATEMENT**

LIST
CHECKS OUTSTANDING
NOT CHARGED TO ACCOUNT

| CHECK NUMBER | $ AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

ENTER
FINAL BALANCE
AS PER STATEMENT          $ _____

ADD
DEPOSITS YOU HAVE
MADE SINCE THE DATE
ON THIS STATEMENT          $ _____

_____

_____

TOTAL   $ _____

SUBTRACT
CHECKS OUTSTANDING

BALANCE   $ _____

BALANCE SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER YOU RECORD ALL ITEMS PRINTED ON THIS STATEMENT THAT WERE NOT ENTERED IN YOUR CHECKBOOK.

---

**FINANCE CHARGE**

We figure the **FINANCE CHARGE** on your account by applying the applicable **DAILY PERIODIC RATE** to the **BALANCE SUBJECT TO FINANCE CHARGE** in your account at the end of each day. We get the BALANCE SUBJECT TO FINANCE CHARGE by taking the balance you owed at the end of the previous billing cycle (shown on the statement as the **PREV. BALANCE**). We then reduce that **PREV. BALANCE** by the amount of any unpaid FINANCE CHARGES or other charges included in it and any payments or other credits applied to your account prior to the end of the day in question. We then increase this amount by the amount of any loan advances and adjustments charged to your account prior to the end of the day in question.

**BILLING RIGHTS SUMMARY**

In case of errors or questions about your bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at our address shown on the face of the statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information: (1) Your name and account number. (2) The dollar amount of the suspected error. (3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**HOW TO MAKE PAYMENT**

Payments received prior to 5:00 p.m. at the Bank address shown on the face of your statement will be credited as of day of receipt. Payments made at other locations of the Bank may result in a delay in crediting your payments (but not more than 5 days)

**Investors Bank is a Division of Citizens Bank, N.A.**



**InvestorsBank**
101 Wood Avenue South • Iselin, NJ 08830

855-iBank4U (855.422.6548)
investorsbank.com
Investors Bank is a division of Citizens Bank, N.A.

## ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 01/17 | DC#5363 PIN PUR SHOPRITE K<br>SHOPRITE KEARNY S1<br>KEARNY NJ 053403 | | $45.95- | $11,287.35 |
| 01/17 | DC#5363 SIG PUR CHIPOTLE 3<br>CHIPOTLE 3071<br>KEARNY NJ 000298 | | $41.16- | $11,246.19 |
| 01/18 | PUBLIC SERVICE  PSEG<br>XXXXXXXX5105 | | $266.20- | $10,979.99 |
| 01/18 | DC#5363 SIG PUR WAWA 8318<br>WAWA 8318<br>KEARNY NJ 043381 | | $50.00- | $10,929.99 |
| 01/18 | DC#5363 REC POS NETFLIX CO<br>NETFLIX COM<br>LOS GATOS CA  301807079386 | | $16.52- | $10,913.47 |
| 01/18 | DC#5363 REC POS VERIZON*ON<br>VERIZON*ONETIMEPAY<br>VERIZON.COM FL  036826 | | $267.19- | $10,646.28 |
| 01/20 | WITHDRAWAL | | $5,000.00- | $5,646.28 |
| 01/20 | DC#5363 SIG PUR AMZN MKTP<br>AMZN MKTP US*ZQ3S26<br>AMZN.COM/BILL WA  081248 | | $21.26- | $5,625.02 |
| 01/20 | DC#5363 SIG PUR AMZN MKTP<br>AMZN MKTP US*IT8WH8<br>AMZN.COM/BILL WA  054006 | | $103.17- | $5,521.85 |
| 01/20 | DC#5363 PIN PUR SHOPRITE K<br>SHOPRITE KEARNY S1<br>KEARNY NJ  774584 | | $50.03- | $5,471.82 |
| 01/23 | ADT SECURITY SER ADTPAPACH<br>XXXXX9551 | | $31.98- | $5,439.84 |
| 01/23 | DC#5363 SIG PUR MIDTOWN PH<br>MIDTOWN PHARMACY<br>KEARNY NJ  055542 | | $16.37- | $5,423.47 |
| 01/23 | DC#5363 PIN PUR BJS WHOLES<br>BJS WHOLESALE #0 30<br>ERUTHFORD NJ  142496 | | $57.97- | $5,365.50 |
| 01/23 | DC#5363 PIN PUR SHOPRITE L<br>SHOPRITE LYNDHURST<br>LYNDHURST NJ  964786 | | $10.91- | $5,354.59 |
| 01/23 | DC#5363 SIG PUR DUNKIN' MO<br>DUNKIN' MOBILE<br>800-447-0013 MA  040852 | | $10.00- | $5,344.59 |
| 01/24 | PLYMOUTH ROCK    P&CMONTHLY<br>HPAXXXXXXX4043 | | $285.05- | $5,059.54 |
| 01/26 | DC#5363 SIG PUR APPLE.COM/<br>APPLE.COM/BILL<br>866-712-7753 CA  019302 | | $7.45- | $5,052.09 |



855-iBank4U (855.422.6548)
investorsbank.com
Investors Bank is a division of Citizens Bank, N.A.

## ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 01/26 | DC#5363 PIN PUR SHOPRITE K SHOPRITE KEARNY S1 KEARNY NJ 750490 | | $18.89- | $5,033.20 |
| 01/26 | DC#5363 PIN PUR BJS WHOLES BJS WHOLESALE #0 18 KEARNY NJ 409339 | | $24.26- | $5,008.94 |
| 01/26 | DC#5363 PIN PUR BJS WHOLES BJS WHOLESALE #0 18 KEARNY NJ 413669 | | $5.29- | $5,003.65 |
| 01/27 | DC#5363 SIG PUR EXXONMOBIL EXXONMOBIL   47968 KEARNY NJ 099896 | | $67.93- | $4,935.72 |
| 01/27 | DC#5363 SIG PUR LIVINGSTON 357 SOUTH LIVINGSTO LIVINGSTON NJ 302779372470 | | $50.00- | $4,885.72 |
| 01/30 | PRUDENTIAL      INS PREM 3LXXXXXXXXX3027 | | $220.64- | $4,665.08 |
| 01/30 | PRUDENTIAL      INS PREM 3LXXXXXXXXX3027 | | $183.03- | $4,482.05 |
| 01/30 | DC#5363 SIG PUR DHAR PEDIA DHAR PEDIATRICS LLC NEWARK NJ 000003 | | $15.00- | $4,467.05 |
| 01/30 | DC#5363 SIG PUR AMAZON.COM AMAZON.COM*JB0110BO AMZN.COM/BILL WA 069813 | | $12.68- | $4,454.37 |
| 01/30 | DC#5363 SIG PUR AMAZON.COM AMAZON.COM*UX2A47F4 AMZN.COM/BILL WA 015316 | | $36.65- | $4,417.72 |
| 01/30 | DC#5363 SIG PUR AMAZON.COM AMAZON.COM*H17TP093 AMZN.COM/BILL WA 005739 | | $6.91- | $4,410.81 |
| 01/30 | DC#5363 SIG PUR AMAZON.COM AMAZON.COM*MZ0FH1RV AMZN.COM/BILL WA 086570 | | $15.90- | $4,394.91 |
| 01/30 | DC#5363 SIG PUR AMZN MKTP AMZN MKTP US*3N7L57 AMZN.COM/BILL WA 051568 | | $29.44- | $4,365.47 |
| 01/30 | DC#5363 SIG PUR AMZN MKTP AMZN MKTP US*260GJ0 AMZN.COM/BILL WA 099579 | | $33.99- | $4,331.48 |
| 01/30 | DC#5363 SIG PUR AMAZON.COM AMAZON.COM*YB10Y0S1 AMZN.COM/BILL WA 073378 | | $9.39- | $4,322.09 |
| 01/30 | DC#5363 SIG PUR AMAZON.COM AMAZON.COM*VG0H3444 AMZN.COM/BILL WA 033186 | | $11.77- | $4,310.32 |



**InvestorsBank**
101 Wood Avenue South • Iselin, NJ 08830

**855-iBank4U (855.422.6548)**
investorsbank.com
Investors Bank is a division of Citizens Bank, N.A.

## ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 01/30 | DC#5363 SIG PUR DUNKIN' MO DUNKIN' MOBILE 800-447-0013 MA  047738 | | $25.00- | $4,285.32 |
| 01/30 | DC#5363 SIG PUR AMZN MKTP AMZN MKTP US*CX36N6 AMZN.COM/BILL WA  055557 | | $152.48- | $4,132.84 |
| 01/30 | DC#5363 PIN PUR BJS WHOLES BJS WHOLESALE #0 18 KEARNY NJ  604180 | | $95.25- | $4,037.59 |
| 01/31 | DC#5363 PIN PUR SHOPRITE K SHOPRITE KEARNY S1 KEARNY NJ  053403 | | $275.68- | $3,761.91 |
| 02/01 | DC#5363 PIN PUR WALGREENS WALGREENS STORE 465 KEARNY NJ  540838 | | $16.51- | $3,745.40 |
| 02/01 | DC#5363 PIN PUR SHOPRITE L SHOPRITE LYNDHURST LYNDHURST NJ  531634 | | $63.43- | $3,681.97 |
| 02/01 | DC#5363 PIN PUR SHOPRITE L SHOPRITE LYNDHURST LYNDHURST NJ  045513 | | $54.27- | $3,627.70 |
| 02/01 | DC#5363 SIG PUR AMAZON.COM AMAZON.COM*NM2DW9EZ AMZN.COM/BILL WA  022289 | | $31.26- | $3,596.44 |
| 02/02 | DC#5363 PIN PUR SHOPRITE K SHOPRITE KEARNY S1 KEARNY NJ  053403 | | $26.14 | $3,570.30 |
| 02/02 | DC#5363 SIG PUR AMZN MKTP AMZN MKTP US*3Y2NR2 AMZN.COM/BILL WA  036921 | | $31.34- | $3,538.96 |
| 02/02 | DC#5363 SIG PUR AMAZON.COM AMAZON.COM*6H0QU95V AMZN.COM/BILL WA  063055 | | $29.80- | $3,509.16 |
| 02/02 | DC#5363 SIG PUR WALMART.CO WALMART.COM BENTONVILLE AR  020312159335 | | $95.93- | $3,413.23 |
| 02/03 | DC#5363 SIG PUR CHEWY.COM CHEWY.COM 800-672-4399 FL  044127 | | $54.82- | $3,358.41 |
| 02/03 | DC#5363 SIG PUR CVS/PHARMA CVS/PHARMACY #00360 NORTH ARLINGT NJ  080672 | | $77.05- | $3,281.36 |
| 02/03 | DC#5363 SIG PUR WALMART.CO WALMART.COM BENTONVILLE AR  020312159335 | | $93.98- | $3,187.38 |
| 02/06 | DC#5363 SIG PUR DHAR PEDIA DHAR PEDIATRICS LLC NEWARK NJ  040003 | | $15.00- | $3,172.38 |



855-iBank4U (855.422.6548)
investorsbank.com
Investors Bank is a division of Citizens Bank, N.A.

## ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 02/06 | DC#5363 SIG PUR AMZN MKTP<br>AMZN MKTP US*LA6Y29<br>AMZN.COM/BILL WA  058468 | | $109.10- | $3,063.28 |
| 02/06 | DC#5363 SIG PUR EXXONMOBIL<br>EXXONMOBIL   47968<br>KEARNY NJ  068502 | | $83.17- | $2,980.11 |
| 02/06 | DC#5363 REC POS UBER  PAS<br>UBER  PASS<br>HELP.UBER.COM CA  027017 | | $9.99- | $2,970.12 |
| 02/08 | DC#5363 SIG PUR UBER  EAT<br>UBER  EATS<br>HELP.UBER.COM CA  025117 | | $23.67- | $2,946.45 |
| 02/08 | DC#5363 PIN PUR SHOPRITE K<br>SHOPRITE KEARNY S1<br>KEARNY NJ  969176 | | $98.29- | $2,848.16 |
| 02/09 | BANK OF AMERICA  PAYMENT<br>43BNGIMAK | | $894.44- | $1,953.72 |
| 02/09 | DC#5363 SIG PUR AMZN MKTP<br>AMZN MKTP US*UC3PD7<br>AMZN.COM/BILL WA  029201 | | $12.00- | $1,941.72 |
| 02/10 | ATT        PAYMENT<br>XXXXX7001EPAYU | | $88.18- | $1,853.54 |
| 02/13 | DC#5363 SIG PUR AT&T PAYME<br>AT&T PAYMENT<br>800-331-0500 TX  069444 | | $110.32- | $1,743.22 |
| 02/14 | CHECK #393 | | $80.00- | $1,663.22 |
| 02/15 | DC#5363 PIN PUR SHOPRITE K<br>SHOPRITE KEARNY S1<br>KEARNY NJ  978549 | | $223.18- | $1,440.04 |
| 02/16 | DC#5363 SIG PUR UBER  EAT<br>UBER  EATS<br>HELP.UBER.COM CA  096489 | | $19.59- | $1,420.45 |
| 02/16 | DC#5363 SIG PUR AMZN MKTP<br>AMZN MKTP US*HE8XX6<br>AMZN.COM/BILL WA  035346 | | $65.96- | $1,354.49 |
| 02/16 | DC#5363 SIG PUR PAPA JOHNS<br>PAPA JOHNS 3592<br>215-791-3953 NJ  006288 | | $43.43- | $1,311.06 |
| 02/17 | DC#5363 PIN PUR WALGREENS<br>WALGREENS STORE 17<br>WOODBRIDGE NJ  762376 | | $47.99- | $1,263.07 |
| 02/17 | DC#5363 PIN PUR USPS PO 33<br>USPS PO 33036004 10<br>AVENEL NJ  325717 | | $135.00- | $1,128.07 |



**InvestorsBank**
101 Wood Avenue South • Iselin, NJ 08830

**855-iBank4U (855.422.6548)**
**investorsbank.com**
Investors Bank is a division of Citizens Bank, N.A.

## ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | | Deposits | Withdrawals | Balance |
|------|-------------|---|----------|-------------|---------|
| 02/17 | WITHDRAWAL | | | $1,128.07- | $0.00 |
| 02/20 | ENDING BALANCE | | | | $0.00 |

## CHECK REGISTER

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 0 | 01/23 | $31.98# | 0* | 02/09 | $894.44# | 393* | 02/14 | $80.00 |

*(# AFTER THE CHECK AMOUNT INDICATES ACH CHECK - * INDICATES NON-CONSECUTIVE CHECK NUMBER(S))*

## FEE SUMMARY

| Description | Cycle to Date | Year to Date |
|-------------|---------------|--------------|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| RETURNED ITEM FEES | $0.00 | $0.00 |

05667 3C055A6 016V136 037275 000V/0005

THIS PAGE LEFT INTENTIONALLY BLANK



**Statement From:**    01/17/23
**Statement To:**    02/20/23
**Account:**    XXXXXX 





| #0393 | 02/14/2023 | $80.00 |
| #0393 | 02/14/2023 | $80.00 |

THIS PAGE LEFT INTENTIONALLY BLANK

**Checking**

**Account Number**

**Statement Date**       03/09/2023       **Page       1**

| Date | Transaction Description | Amount | Ending Balance |
|------|-------------------------|--------|----------------|
| 01/03/2023 | Direct Deposit - UI UEMPLOYMEN 230104 PPD | 446.00 | 3,206.23 |
| 01/10/2023 | Direct Deposit - UI UEMPLOYMEN 230111 PPD | 446.00 | 3,652.23 |
| 01/10/2023 | Debit POS/SIG Withdrawal - PROGRESSIVE *INS 800-776-4737  OH US POS  547540 ************9850 71958185 | 383.18 | 3,269.05 |
| 01/17/2023 | Direct Deposit - UI UEMPLOYMEN 230118 PPD | 446.00 | 3,715.05 |
| 01/17/2023 | Debit POS/SIG Withdrawal - UBER* TRIP SAN FRANCISCO CA US POS 531007 ************9850 00631972 | 37.93 | 3,677.12 |
| 01/17/2023 | ACH Withdrawal - EZPASS8882886865 AUTO REPL PPD | 130.00 | 3,547.12 |
| 01/18/2023 | Debit POS/SIG Withdrawal - UBER 8005928996 CA US POS  441964 ************9850 15323561 | 31.92 | 3,515.20 |
| 01/24/2023 | Direct Deposit - UI UEMPLOYMEN 230125 PPD | 446.00 | 3,961.20 |
| 01/31/2023 | Direct Deposit - UI UEMPLOYMEN 230201 PPD | 446.00 | 4,407.20 |
| 02/03/2023 | Debit POS/SIG Withdrawal - UBER 8005928996 CA US POS  908479 ************9850 20249930 | 28.96 | 4,378.24 |
| 02/06/2023 | ACH Withdrawal - EZPASS8882886865 AUTO REPL PPD | 130.00 | 4,248.24 |
| 02/07/2023 | Direct Deposit - UI UEMPLOYMEN 230208 PPD | 446.00 | 4,694.24 |
| 02/13/2023 | Debit POS/SIG Withdrawal - PROGRESSIVE *INS 800-776-4737  OH US POS  917070 ************9850 05962037 | 333.53 | 4,360.71 |
| 02/14/2023 | Direct Deposit - UI UEMPLOYMEN 230215 PPD | 446.00 | 4,806.71 |
| 02/15/2023 | Direct Deposit - VENMO CASHOUT 230214 PPD | 40.00 | 4,846.71 |
| 02/21/2023 | Direct Deposit - UI UEMPLOYMEN 230222 PPD | 446.00 | 5,292.71 |
| 02/23/2023 | ACH Withdrawal - EZPASS8882886865 AUTO REPL PPD | 130.00 | 5,162.71 |
| 02/28/2023 | Direct Deposit - UI UEMPLOYMEN 230301 PPD | 446.00 | 5,608.71 |
| 03/07/2023 | Direct Deposit - UI UEMPLOYMEN 230308 PPD | 446.00 | 6,054.71 |

VIVIANNE C ANTUNES
ALEXANDRE DA COSTA
80 COLUMBIA AVE
KEARNY NJ 07032-2948

LUSITANIA SAVINGS BANK
202 FRANK E. RODGERS BLVD N.
HARRISON, NJ 07029