| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>NORGAARD, O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>Telephone No. (201) 871-1333<br>Counsel to Debtors, Alexandre Dacosta<br>And Vivianne Antunes<br>By:  John O'Boyle, Esq. (6337)<br>     *joboyle@norgaardfirm.com* | Chapter 11<br><br>Subchapter V |
| **In re:**<br><br>   **ALEXANDRE DACOSTA and<br>    VIVIANNE ANTUNES,**<br><br>                              **Debtors.** | Case No. 22-18303 JKS<br><br>(Jointly Administered)[1]<br><br>Hearing Date:  TBD |

Order Filed on March 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER AUTHORIZING DEBTORS TO SELL AUTOMOBILE FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO BANKRUPTCY CODE SEC. 363(b), FOR PAYMENT OF ALLOWED EXEMPTIONS, AND FOR RELIEF FROM THE 14-DAY STAY OF FED. R. BANKR. P. 6004(h)

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: March 29, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The jointly administered Debtors are Alexandre Dacosta and Vivianne Antunes, having SSNs with the last four digits of 2325 and 0411, respectively, and BAV Auto, L.L.C., having a TIN with the last four digits 7479.

Debtor:  Alexandre Dacosta and Vivianne Antunes
Case No.  22-18303 JKS
Order Authorizing Debtors to Sell Automobile Free and Clear of Liens and Interests Pursuant to Bankruptcy Code Sec. 363(b); for Payment of Allowed Exemptions; and for Relief from the 14-Day Stay of Fed. R. Bankr. P. 6004(h)
_____

THIS MATTER has come to the attention of the Court upon the motion of the Debtors Alexandre Dacosta and Vivianne Antunes (the "Debtors"), the individual debtors in the above-captioned jointly-administered case, for an order authorizing the sale of their 1988 BMW 325i automobile, for payment of their allowed exemptions in the automobile, and for relief from the 14-day stay of Fed. R. Bankr. P. 6004(h).  Notice of the motion and hearing was provided to all creditors and parties-in-interest, and no objections were filed to the motion. The Court finds good cause to make the following order.

IT IS ORDERED as follows:

1. Pursuant to Bankruptcy Code Sec. 363(b) and (f) and (m), the Debtors are authorized to sell their 1988 BMW 325i automobile for the price of $15,000.00 to the purchaser Filipe Santos.

2. Pursuant to Bankruptcy Code Sec. 363(f), the sale of the Property shall be free and clear of all liens, claims, encumbrances, and interests of any kind or nature, whether arising before or after the commencement of this case, and whether imposed by agreement, understanding, law, equity, or otherwise, with valid liens or security interests to attach to the sale proceeds in the same order of priority as they existed before the sale of the Property.

3. The sale of the Property authorized herein is an arms-length transaction, and the purchaser Filipe Santos is deemed to be a "good faith purchaser" entitled to the protections of Bankruptcy Code Sec. 363(m).

4. The fourteen-day stay provisions of Fed. R. Bankr. P. 6004(h) are hereby waived.

5. The Debtors and the Purchaser are authorized to execute and/or endorse all contracts, agreements, amendments, certificates of title, and/or other documents and to take such other actions that may be necessary to fulfill the terms and provisions of the sale.

6. After completion of the sale, the individual Debtors shall retain their allowed exemptions of $2,200.00 each from the sales proceeds, and shall deposit and maintain the balance of the sales proceeds in their DIP account pending confirmation of a Chapter 11 Plan and/or further order of this court.

7. This Court shall retain jurisdiction to interpret, implement and/or enforce this order.