|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>NORGAARD, O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>Telephone No. (201) 871-1333<br>Counsel to Debtors, Alexandre Dacosta<br>And Vivianne Antunes<br>By:  John O'Boyle, Esq. (6337)<br>         *joboyle@norgaardfirm.com* | Chapter 11<br><br>Subchapter V |
| **In re:**<br><br>**ALEXANDRE DACOSTA and<br>VIVIANNE ANTUNES,**<br><br>                    **Debtors.** | Case No. 22-18303 JKS<br><br>(Jointly Administered)[1]<br><br>Hearing Date:  TBD |

Order Filed on March 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER AUTHORIZING DEBTORS TO SELL AUTOMOBILE FREE AND CLEAR
OF LIENS AND INTERESTS PURSUANT TO BANKRUPTCY CODE SEC. 363(b),
FOR PAYMENT OF ALLOWED EXEMPTIONS, AND FOR RELIEF FROM
THE 14-DAY STAY OF FED. R. BANKR. P. 6004(h)**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: March 29, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The jointly administered Debtors are Alexandre Dacosta and Vivianne Antunes, having SSNs with the last four digits of 2325 and 0411, respectively, and BAV Auto, L.L.C., having a TIN with the last four digits 7479.

Debtor: Alexandre Dacosta and Vivianne Antunes
Case No. 22-18303 JKS
Order Authorizing Debtors to Sell Automobile Free and Clear of Liens and Interests
Pursuant to Bankruptcy Code Sec. 363(b); for Payment of Allowed Exemptions; and for
Relief from the 14-Day Stay of Fed. R. Bankr. P. 6004(h)
_____

THIS MATTER has come to the attention of the Court upon the motion of the Debtors Alexandre Dacosta and Vivianne Antunes (the "Debtors"), the individual debtors in the above-captioned jointly-administered case, for an order authorizing the sale of their 1988 BMW 325i automobile, for payment of their allowed exemptions in the automobile, and for relief from the 14-day stay of Fed. R. Bankr. P. 6004(h). Notice of the motion and hearing was provided to all creditors and parties-in-interest, and no objections were filed to the motion. The Court finds good cause to make the following order.

IT IS ORDERED as follows:

1.	Pursuant to Bankruptcy Code Sec. 363(b) and (f) and (m), the Debtors are authorized to sell their 1988 BMW 325i automobile for the price of $15,000.00 to the purchaser Filipe Santos.

2.	Pursuant to Bankruptcy Code Sec. 363(f), the sale of the Property shall be free and clear of all liens, claims, encumbrances, and interests of any kind or nature, whether arising before or after the commencement of this case, and whether imposed by agreement, understanding, law, equity, or otherwise, with valid liens or security interests to attach to the sale proceeds in the same order of priority as they existed before the sale of the Property.

3.	The sale of the Property authorized herein is an arms-length transaction, and the purchaser Filipe Santos is deemed to be a "good faith purchaser" entitled to the protections of Bankruptcy Code Sec. 363(m).

2

4.  The fourteen-day stay provisions of Fed. R. Bankr. P. 6004(h) are hereby waived.

5.  The Debtors and the Purchaser are authorized to execute and/or endorse all contracts, agreements, amendments, certificates of title, and/or other documents and to take such other actions that may be necessary to fulfill the terms and provisions of the sale.

6.  After completion of the sale, the individual Debtors shall retain their allowed exemptions of $2,200.00 each from the sales proceeds, and shall deposit and maintain the balance of the sales proceeds in their DIP account pending confirmation of a Chapter 11 Plan and/or further order of this court.

7.  This Court shall retain jurisdiction to interpret, implement and/or enforce this order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18303-JKS |
| Alexandre J. Dacosta | Chapter 11 |
| Vivianne C. Antunes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 30, 2023 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alexandre J. Dacosta, Vivianne C. Antunes, 80 Columbia Avenue, Kearny, NJ 07032-2948 |
| aty | + | Norgaard O'Boyle & Hannon, Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 01, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donna L. Thompson | |
| | on behalf of Creditor Automotive Finance Corporation donna.thompson@dlthompsonlaw.com  dlthompsonlaw@aol.com |
| Donna L. Thompson | |
| | on behalf of Plaintiff Automotive Finance Corporation donna.thompson@dlthompsonlaw.com  dlthompsonlaw@aol.com |
| Douglas J. McDonough | |
| | on behalf of Creditor Bank of America  NA dmcdonough@flwlaw.com |
| Drew S. McGehrin | |
| | on behalf of Creditor Vero Finance Technologies  Inc. dsmcgehrin@duanemorris.com |
| Drew S. McGehrin | |
| | on behalf of Plaintiff Vero Finance Technologies  Inc. d/b/a Lever Auto dsmcgehrin@duanemorris.com |

Case 22-18303-JKS    Doc 104    Filed 04/01/23    Entered 04/02/23 00:11:44    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 30, 2023 | Form ID: pdf903 | Total Noticed: 2 |

Eamonn O'Hagan
    on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

John O'Boyle
    on behalf of Defendant Alexandre J. Dacosta joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Defendant Vivianne C. Antunes joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Interested Party BAV AUTO  L.L.C. joboyle@norgaardfirm.com,
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Plaintiff XL Funding  LLC dba Axle Funding, LLC f/k/a Auction Credit Enterprises, LLC
    joboyle@norgaardfirm.com,
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Debtor BAV AUTO L.L.C. joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Joint Debtor Vivianne C. Antunes joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Debtor Alexandre J. Dacosta joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John R. Morton, Jr.
    on behalf of Creditor Thrift Investment Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Joseph H. Lemkin
    on behalf of Creditor XL Funding  LLC dba Axle Funding, LLC fka Auction Credit Enterprises, LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff XL Funding  LLC dba Axle Funding, LLC f/k/a Auction Credit Enterprises, LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Auction Credit Enterprises  LLC jlemkin@stark-stark.com

Mark Politan
    mpolitan@politanlaw.com

Mark Politan
    on behalf of Trustee Mark Politan mpolitan@politanlaw.com

Phillip Andrew Raymond
    on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com,
    mccallaecf@ecf.courtdrive.com

Regina Cohen
    on behalf of Creditor Westlake Flooring Company  LLC d/b/a Westlake Flooring Services rcohen@lavin-law.com,
    mmalone@lavin-law.com

Regina Cohen
    on behalf of Creditor Westlake Flooring Services rcohen@lavin-law.com  mmalone@lavin-law.com

Steven D. Pertuz
    on behalf of Interested Party BAV AUTO  L.L.C. pertuzlaw@verizon.net, G16461@notify.cincompass.com

Steven D. Pertuz
    on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes pertuzlaw@verizon.net  G16461@notify.cincompass.com

Steven D. Pertuz
    on behalf of Joint Debtor Vivianne C. Antunes pertuzlaw@verizon.net  G16461@notify.cincompass.com

Steven D. Pertuz
    on behalf of Debtor Alexandre J. Dacosta pertuzlaw@verizon.net  G16461@notify.cincompass.com

Steven D. Pertuz
    on behalf of Debtor BAV AUTO L.L.C. pertuzlaw@verizon.net  G16461@notify.cincompass.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Mar 30, 2023 Form ID: pdf903 Total Noticed: 2
TOTAL: 29