UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

Jointly Administered

In Re:

ALEXANDRE DACOSTA and
VIVIANNE ANTUNES

Case No.: 22-18303

Judge: JKS

Chapter: 11

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Alexandre Dacosta and Vivianne Antunes & BAV AUTO L.L.C., is the (check all that apply):

   ☐ Trustee:     ☐ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

   ☒ Debtor:      ☒ Chap. 11    ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional Guzman Consulting Group to serve as (check all that apply):

   ☐ Attorney for:    ☐ Trustee    ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☒ Accountant for:  ☐ Trustee    ☒ Debtor-in-possession

   ☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor    ☐ Appraiser    ☐ Special Counsel

    ☐ Auctioneer    ☐ Other (specify): _____

3. The employment of the professional is necessary because:
Accountant will assist the Debtor with any open unfiled tax returns & operating reports. This is necessary so that the Plan of Reorganization can include accurate liabilities for open taxes owed.

4. The professional has been selected because:
Guzman Consulting Group, LLC has extensive experience in accounting and business consulting for small businesses. They have worked on bankruptcy cases before the Bankruptcy Court for individuals and business debtors. 30 years as public accountant.

5. The professional services to be rendered are as follows:
Tax Preparation, reviewing financials and bank records for filing of open and unfiled returns as well as preparation of all operating reports for the Debtor and the Individual Co-Debtors in the jointly administered case.

6. The proposed arrangement for compensation is as follows:
Hourly rate is $300.00 per hour for services pursuant to signed retainer agreement and subject to Bankruptcy Court Approval. This fee is for both individual and business jointly administered cases. Retainer Agreement is attached. $2,500.00 deposit.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: _____

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain: _____

_____

_____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____

_____

_____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 4/3/23                                              /s/ Vivianne C. Antunes
                                                          Signature of Applicant

*rev.8/1/15*