UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

In Re:

ALEXANDRE DACOSTA and
VIVIANNE ANTUNES

Jointly Administered

Case No.: 22-18303

Chapter: 11

Judge: JKS

## ORDER AUTHORIZING RETENTION OF

Guzman Consulting Group, LLC

The relief set forth on the following page is **ORDERED**.

Upon the applicant's request for authorization to retain  Guzman Consulting Group, LLC

as  Accountant , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Guzman Consulting Group, LLC
540 Fairview Avenue
Colonia, NJ 07067

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

5. Retention shall be authorized for both jointly administered Debtors in this case.

*rev.8/1/15*