**United States Bankruptcy Court**
**District of New Jersey, Newark Division**

**IN RE:**                                                                   Case No. _____

**BAV AUTO, L.L.C.** _____     Chapter **11** _____
                                Debtor(s)

## CERTIFICATE OF SERVICE

I  hereby certify that on  **April  4, 2023**_____ , a copy of  **Application For Retention Of Guzman Consulting Group LLC as**
 was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.


                                                    Respectfully submitted,
                                                    **BAV AUTO, L.L.C.**


                                                    **/s/ Steven D. Pertuz** _____
                                                    **Steven D. Pertuz 008542001**
                                                    **The Law Office of Steven D. Pertuz, LLC**
                                                    **111 Northfield Ave Ste 304**
                                                    **West Orange, NJ  07052-4703**
                                                    **(973) 669-8600  Fax: (973) 669-8700**
                                                    **pertuzlaw@verizon.net**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

BAV AUTO, L.L.C.
80 Columbia Ave
Kearny, NJ  07032-2948

131 Union Street LLC
131 Union St
Newark, NJ  07105-1346

Alexandre DeCosta
80 Columbia Ave
Kearny, NJ  07032-2948

American Express
PO Box 981535
El Paso, TX  79998-1535

Arsenal Funding Corp.
8 W 36th St Fl 7
New York, NY  10018-9774

Auction Credit Enterprises, LLC
14951 Dallas Pkwy Ste 200
Dallas, TX  75254-6883

Automotive Finance Corp. of NJ
200 N Main St
Manville, NJ  08835-1357

Capital One Bank
PO Box 30281
Salt Lake City, UT  84130-0281

Chase Card
PO Box 15298
Wilmington, DE  19850-5298

Cloudfund LLC
400 Rella Blvd Ste 165-101
Suffern, NY  10901-4241

Dealer Capital Group, Inc.
67 Crystal St
Avenel, NJ  07001-1125

Donna M. Thompson, Esq.
PO Box 679
Allenwood, NJ  08720-0679

Drew S. McGehrin, Esq.
Duane Morris, LLP
30 S 17th St
Philadelphia, PA  19103-4001

Ernesto Gonzalez
361 S Broad St
Elizabeth, NJ  07202-3515

Fox Business Funding
1920 E Hallandale Beach Blvd Ste 503
Hallandale Beach, FL  33009-4723

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326

Jaclyn Sage
Manager of Collections
10333 N Meridian St Ste 400
Indianapolis, IN  46290-1112

Jeremy M Dunn, Esq.
Automotive Finance Corporation
11299 N Illiniois St
Carmel, IN  46032

Jersey Express, LLC
23 Lake Dr
North Brunswick, NJ  08902-4828

Kinetic Advantage Inc.
10333 N Meridian St
Indianapolis, IN  46290-1150

Lever Auto Financing
287 Park Ave S Ste 700
New York, NY  10010-5413

Manheim NY Metro Skyline, Inc.
100 US Highway 46
Fairfield, NJ  07004-3217

Mark Politan, Esq.
Politan Law, LLC
88 E Main St # 502
Mendham, NJ  07945-1832

Nextgear Capital, Inc.
11799 N College Ave
Carmel, IN  46032-5605

NJ Division of Motor Vehicles
Business Licensing Services Bureau PO
PO Box 170
Trenton, NJ  08666-0170

NJ Division Of Taxation
PO Box 283
Trenton, NJ  08646-0283

Olympic Payroll Services
64 US Highway 46
Pine Brook, NJ  07058-9629

Peter J. D'Auria, Esq.
Office Of The United States Trustee
1 Newark Ctr # 2100
Newark, NJ  07102-5235

Proventure Capital
99 Wall St # 576
New York, NY  10005-4301

River Capital Partners, LLC
1 River Rd Ste 200
Cos Cob, CT  06807-2755

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Santander Bank**
**Mail Code 10-421-CN2**
**PO Box 12646**
**Reading, PA  19612-2646**

**Santander Collections**
**450 Penn St**
**Reading, PA  19602-1011**

**Shanna Kaminski, Esq.**
**Kaminski Law PLLC**
**160 W Fort St Fl 5**
**Detroit, MI  48226-3700**

**Vivianne C. Antunes**
**80 Columbia Ave**
**Kearny, NJ  07032-2948**

**Westlake Flooring Services, Inc.**
**4751 Wilshire Blvd Ste 100**
**Los Angeles, CA  90010-3847**

Software Copyright (c) 2023 CINGroup - www.cincompass.com