UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

50 Walnut Street
Newark, NJ 07102

Order Filed on April 4, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Alexandre J. Dacosta and Vivianne C. Antunes

Case No.: 22-18303

Chapter: 11 (Small Business Subchapter V)

Judge: John K. Sherwood

**ORDER SETTING DEADLINES AND SCHEDULING CONFIRMATION HEARING**

The relief set forth on the following page is **ORDERED**.

DATED: April 4, 2023

Honorable John K. Sherwood
United States Bankruptcy Court

1

This matter having been opened to the Court by __Alexandre Dacosta, Vivianne Antun__, Debtor, upon the filing of a Small Business Plan pursuant to Subchapter V of Chapter 11; it is

**ORDERED**, and notice is hereby given, that:

A. Within 3 days after the entry of this Order, the Plan, a ballot conforming to Official Form 314, and a copy of this Order must be served on creditors, equity security holders, and other parties in interest by the Debtor, and shall be transmitted to the Subchapter V trustee and to the United States Trustee.

B. __May 16, 2023__ is fixed as the last day for filing and serving written objections to confirmation of the Plan.

C. __May 16, 2023__ is fixed as the last day for voting to accept or reject the Plan under D.N.J. LBR 3018-1(a).

D. A hearing will be scheduled for __May 23, 2023__ at __10:00 am__ for confirmation of the Plan before the Honorable __John K. Sherwood__, United States Bankruptcy Court, District of New Jersey, __50 Walnut Street, Newark, NJ 07102__, in Courtroom __3D__.