UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____        _____
                                                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>     (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>     (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>     (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>     (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

## SERVICE LIST

| | | |
|---|---|---|
| Auction Credit Enterprises<br>14951 Dallas Parkway, Ste. 200<br>Dallas, TX 79998-1535 | Joseph H. Lemkin, Esq.<br>Stark & Stark<br>PO Box 5315 | Steven R. Pereira<br>415 Clarkson Avenue<br>Elizabeth, NJ 07202-3619 |
| Dealer Capital Group, Inc.<br>67 Crystal Street<br>Avenel, NJ 07001-1125 | Trinitas Regional Medical Center<br>225 Williamson Street<br>Elizabeth, NJ 07202-3625 | SOFI Bank<br>2750 E. Cottonwood Pkwy., Suite 300<br>Salt Lake City, UT 84121-7285 |
| Kinetic Advantage, Inc.<br>10333 N. Meridian Street<br>Indianapolis, IN 46290-1150 | Trinitas Regional Medical Center<br>c/o Pressler, Felt & Warshaw, LLP<br>7 Entin Road<br>Parsippany, NJ 07054 | Santander Bank<br>Mail Code 10-421-CN2<br>PO Box 12646<br>Reading, PA 19612-2646 |
| Vero Finance d/b/a Lever Auto Financing<br>287 Park Avenue South, Ste. 700<br>New York, NY 10010-5413 | Drew S. McGehrin, Esq.<br>Duane Morris, LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103 | Vero Finance Technologies, Inc.<br>d/b/a Lever<br>109 S. 5th Street, Floor 6<br>Brooklyn, NY 11249-5869 |
| Westlake Flooring Services, Inc.<br>4751 Wilshire Blvd., Ste. 100<br>Los Angeles, CA 90010-3847 | Regina Cohen, Esq.<br>Lavin, Cedrone, Graver<br>190 N. Independence Mall W., Ste. 500<br>Philadelphia, PA 19106 | Santander Bank, N.A.<br>3 Huntington Quadrangle<br>Suite 101N<br>Melville, NY 11747 |
| Automotive Finance Corporation<br>11299 N. Illinois Street<br>Carmel, IN 46032 | Donna L. Thompson, Esq.<br>PO Box 679<br>Allenwood, NJ 08724 | Santander Bank, NA<br>Mail Code 10-421-CN2<br>PO Box 12646<br>Reading, PA 19642-2646 |
| Arsenal Capital Funding Corp.<br>8 West 36th St., 7th Fl<br>New York, NY 10018-9774 | Prosperum Capital Partners, LLC<br>d/b/a Arsenal Funding<br>c/o Jose D. Echevaria, Esq.<br>11 Broadway, Ste. 615<br>New York, NY 10004 | Santander Bank, N.A.<br>450 Penn Street, MC: PA-450-FB1<br>Reading, PA 19602 |
| River Capital Partners, LLC<br>36 Airport Road, Ste. 204<br>Lakewood, NJ 08701 | Shanna M. Kaminski, Esq.<br>Kaminski Law, PLLC<br>PO Box 247<br>Grass Lake, MI 49240 | Papaya Ai Debt Grantor Trust 2022-3<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Proventure Capital<br>99 Wall St., #576<br>New York, NY 10005-4301 | Thomas Vanderi<br>408 Fulton Street<br>Elizabeth, NJ 07206-1220 | Olympic Payroll Services<br>64 US Highway 46<br>Pine Brook, NJ 07058-9629 |
| Cloudfund, LLC<br>400 Rella Blvd., Ste. 165-101<br>Suffern, NY 10901-4241 | SYNCB/Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 | Nextgear Capital, Inc.<br>11799 N College Avenue<br>Carmel, IN 46032-5605 |

## SERVICE LIST

| | | |
|---|---|---|
| Fox Business Funding<br>1920 E. Hallandale Beach Blvd., Ste. 503<br>Hallandale Beach, FL 33009-4723 | Shanna Kaminski, Esq.<br>160 Ft. Worth St. Fl. 5<br>Detroit, MI 48226-3700 | Juniper Mastercard<br>PO Box 13337<br>Philadelphia, PA 19101-3337 |
| CFG Merchant Solutions<br>180 Maiden Lane, FL 15<br>New York, NY 10038-4925 | CFG Merchant Solutions<br>c/o Law Office of Steven Zakaryayev<br>8 South Main Street, PO Box 342<br>Marlboro, NJ 07746 | Jewelers Reserve/CBNA<br>5800 Corporate Place<br>Sioux Falls, SD 57108-5027 |
| JP Morgan Chase Bank, National Association<br>Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>Monroe, LA 71203 | Phillip Raymond, Esq.<br>McCalla Raymer Leibert Pirece, LLC<br>485 F US Highway 1 South, Ste. 300<br>Iselin, NJ 08830 | Phillip Ryamond, Esq.<br>McCalla Raymer Leibert Pierce LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076 |
| Bank of America, NA<br>PO Box 31785<br>Tampa, FL 33631-3785 | Douglas McDonough, Esq.<br>Frenkel Lambert Weiss Weisman & Gordon LLP<br>80 Main Street, Ste. 400<br>West Orange, NJ 07052 | Jersey Express, LLC<br>23 Lake Drive<br>North Brunswick, NJ 08902-4828 |
| Thrift Investment Corporation<br>720 King George's Post Road<br>Fords, NJ 08863 | John R. Morton, Jr., Esq.<br>Morton & Craig, LLC<br>110 Marter Avenue, Ste. 301<br>Moorestown, NJ 08057 | Jefferson Capital Systems, LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 |
| 131 Union Street, LLC<br>131 Union Street<br>Newark, NJ 07105-1346 | Manheim NY Metro Skyline, Inc.<br>100 US Highway 46<br>Fairfield, NJ 07004-3217 | Ernesto Gonzalez<br>361 South Broad Street<br>Elizabeth, NJ 07202-3515 |
| Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 | Manheim Remarketing, Inc.<br>6205 Peachtree Dunwoody Road<br>Atlanta, GA 30328 | Dylan Kemper<br>c/o Stephen M. Goldberg, PC<br>917 North Washington Avenue<br>Green Brook, NJ 08812 |
| American Express National Bank<br>c/o Becket and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355 | Lightstream, a Division of Trust Bank<br>PO Box 1847<br>Wilson, NC 27894 | Discover Personal Loans<br>PO Box 15316<br>Wilmington, DE 19850-5316 |
| Bankers Healthcare Group, LLC<br>201 Solar Street<br>Syracuse, NY 13204 | Lending Club, NA<br>PO Box 884268<br>Los Angeles, CA 90088 | Discover Bank/Discover Products, Inc.<br>PO Box 3025<br>New Albany, OH 43054 |
| Bankers Healthcare Group<br>c/o Pinnacle Bank<br>150 3rd Ave. South, Ste. 900<br>Nashville, TN 37201 | Lending Club Bank<br>595 Market Street, Ste. 200<br>San Francisco, CA 94105-2802 | Discover Bank<br>PO Box 30939<br>Salt Lake City, UT 84130-0939 |

**SERVICE LIST**

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803


Resurgent Capital Services
As Servicer for Best Egg
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Camilo A. Quintero
721 6th Street
Carlstadt, NJ 07072-1731


Capital One N.A. by American
Infosource as Agent
4515 Santa Fe Avenue
Oklahoma City, OH 73118

JP Morgan Chase Bank, NA
s/b/m/t Chase Bank USA, NA
c/o Robertson, Anchutz, Schneid
6409 Congress Avenue, Ste. 100
Boca Raton, FL 33487

Clara Maas Medical Center
1 Clara Maas Drive
Belleville, NJ 07109-3550


Chase Card
P.O. Box 15298
Wilmington, DE 19850-5298