**Politan Law, LLC**
88 East Main Street, #502
Mendham, NJ 07945
Phone: 973.768.6072

# INVOICE

**Date:** 04/30/2023
**Invoice #:** 10425
**Matter:** Sub V Trustee
**File #:** 55645-1

**Bill To:**
Antunes & Dacosta

**Due Date:** Due Upon Receipt

**Payments received after 04/30/2023 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/20/2022 | MP | B110-Case Administration<br>Review pleadings and petition for appointment and conflict check; review order converting case from chapter 13; address verified statement | 0.60 | $400.00 | $240.00 |
| 12/22/2022 | MP | B110-Case Administration<br>Review final report of chapter 13 trustee | 0.10 | $400.00 | $40.00 |
| 12/22/2022 | MP | B150-Meetings of and Communications with Creditors<br>Address scheduling of 341 meeting with UST Office | 0.10 | $400.00 | $40.00 |
| 12/27/2022 | MP | B110-Case Administration<br>Review notice of initial status conference | 0.10 | $400.00 | $40.00 |
| 12/28/2022 | MP | B310-Claims Administration and Objections<br>Review and analyze claims register and supporting documents | 0.40 | $400.00 | $160.00 |
| 12/30/2022 | MP | B110-Case Administration<br>Review notice to file financial management certifications | 0.10 | $400.00 | $40.00 |
| 01/03/2023 | MP | B160-Fee/Employment Applications<br>Review order of retention for debtor's counsel | 0.10 | $400.00 | $40.00 |
| 01/03/2023 | MP | B110-Case Administration<br>Attend to scheduling of initial debtor interview | 0.10 | $400.00 | $40.00 |
| 01/05/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Review and analyze joint plan and exhibits | 1.20 | $400.00 | $480.00 |
| 01/05/2023 | MP | B320-Plan and Disclosure Statement (including | 0.20 | $400.00 | $80.00 |

**Politan Law, LLC**
88 East Main Street, #502
Mendham, NJ 07945
Phone: 973.768.6072

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Business Plan)<br>Review order setting deadlines for ballots, objection and confirmation hearing | | | |
| 01/06/2023 | MP | B140-Relief from Stay/Adequate Protection Proceedings<br>Review stay relief motion and supporting pleadings re: personal vehicles | 0.30 | $400.00 | $120.00 |
| 01/06/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Draft comments to joint plan and discuss same with UST Office | 0.60 | $400.00 | $240.00 |
| 01/10/2023 | MP | B110-Case Administration<br>Review email follow up re: initial debtor interview and documents from UST | 0.10 | $400.00 | $40.00 |
| 01/10/2023 | MP | B150-Meetings of and Communications with Creditors<br>Discuss scheduling anf hearing logistics with P. D'Auria re: 341 meeting | 0.10 | $400.00 | $40.00 |
| 01/10/2023 | MP | B310-Claims Administration and Objections<br>Review claims register and amended proofs of claim | 0.20 | $400.00 | $80.00 |
| 01/10/2023 | MP | B110-Case Administration<br>Review federal and state tax returns for 2021 | 0.30 | $400.00 | $120.00 |
| 01/10/2023 | MP | B110-Case Administration<br>Review 6 months of bank statements | 0.10 | $400.00 | $40.00 |
| 01/11/2023 | MP | B190-Other Contested Matters (excluding assumption/rejection motions)<br>Review and analyze non-dischargeability complaint and attachments | 0.40 | $400.00 | $160.00 |
| 01/11/2023 | MP | B110-Case Administration<br>Review additional homeowners and auto insurance information in advance of initial debtor interview | 0.20 | $400.00 | $80.00 |
| 01/13/2023 | MP | B110-Case Administration<br>Attend initial debtor interview | 0.80 | $400.00 | $320.00 |
| 01/13/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Settlement discussions re: joint plan with debtor's counsel and UST Office | 0.30 | $400.00 | $120.00 |
| 01/15/2023 | MP | B190-Other Contested Matters (excluding assumption/rejection motions)<br>Review and analyze additional non-dischargeability complaint | 0.30 | $400.00 | $120.00 |
| 01/16/2023 | MP | B110-Case Administration<br>Address adjournment of motion for joint administration and emails with chambers and counsel | 0.10 | $400.00 | $40.00 |

**Politan Law, LLC**
88 East Main Street, #502
Mendham, NJ 07945
Phone: 973.768.6072

| Date | | Task / Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/17/2023 | MP | B190-Other Contested Matters (excluding assumption/rejection motions)<br>Review third non-dischargeability complaint and supporting documents | 0.20 | $400.00 | $80.00 |
| 01/18/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Read, respond to emails from counsel re: discussion of joint plan and potential issues for confirmation; draft outline of open issues | 0.50 | $400.00 | $200.00 |
| 01/19/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Settlement and strategy discussions with J. O.Boyle and S. Pertuz re: plan provisions, sale of assets | 1.00 | $400.00 | $400.00 |
| 01/20/2023 | MP | B110-Case Administration<br>Attend 341 meeting of creditors | 1.20 | $400.00 | $480.00 |
| 01/24/2023 | MP | B110-Case Administration<br>Review initial status report | 0.10 | $400.00 | $40.00 |
| 01/27/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Address joint plan issues with counsel and processing sale of assets in corporate entity | 0.20 | $400.00 | $80.00 |
| 01/27/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Review objection to joint plan of UST | 0.20 | $400.00 | $80.00 |
| 01/27/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Review and analyze objection to plan from secured lender and supporting documents | 0.30 | $400.00 | $120.00 |
| 01/31/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Address plan confirmation hearing, ballots and potential substantive consolidation issues with P. D'Auria | 0.30 | $400.00 | $120.00 |
| 01/31/2023 | MP | B130-Asset Disposition<br>Discuss sale motion re: inventory of corporate entity and single vehicle owned by individual with J. O'Boyle | 0.40 | $400.00 | $160.00 |
| 02/01/2023 | MP | B110-Case Administration<br>Address status conference hearing and scheduling with debtors' counsel and UST | 0.10 | $400.00 | $40.00 |
| 02/02/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Review certification of ballots | 0.10 | $400.00 | $40.00 |
| 02/05/2023 | MP | B110-Case Administration<br>Address email from UST re: missing bank statements and other requested financial information | 0.10 | $400.00 | $40.00 |

**Politan Law, LLC**
88 East Main Street, #502
Mendham, NJ 07945
Phone: 973.768.6072

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/07/2023 | MP | B110-Case Administration<br>Attend status conference and motion for joint administration | 0.50 | $400.00 | $200.00 |
| 02/08/2023 | MP | B110-Case Administration<br>Review joint administration proposed order | 0.10 | $400.00 | $40.00 |
| 02/22/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Call with J. O'Boyle re: plan modifications and resolution with objectors | 0.20 | $400.00 | $80.00 |
| 03/01/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Review modified plan documents and outline issues to address with objectors in context of non-dischargeability complaints | 0.60 | $400.00 | $240.00 |
| 03/02/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Plan discussions with J. O'Boyle and S. Pertuz | 1.10 | $400.00 | $440.00 |
| 03/03/2023 | MP | B110-Case Administration<br>Review MOR for January 2023 | 0.10 | $400.00 | $40.00 |
| 03/03/2023 | MP | B110-Case Administration<br>Address administrative issues with UST Office | 0.20 | $400.00 | $80.00 |
| 03/15/2023 | MP | B130-Asset Disposition<br>Review sale pleadings re: automobile and application to shorten time | 0.20 | $400.00 | $80.00 |
| 03/22/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Discussion with J. O'Boyle re: plan modifications and addressing nondischargeable debt claimants | 0.40 | $400.00 | $160.00 |
| 03/23/2023 | MP | B110-Case Administration<br>Review amended schedules E and F | 0.20 | $400.00 | $80.00 |
| 03/28/2023 | MP | B130-Asset Disposition<br>Attend sale hearing on personal vehicle on shortened time | 0.80 | $400.00 | $320.00 |
| 03/29/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Review objection of IRS to proposed plan | 0.10 | $400.00 | $40.00 |
| 03/29/2023 | MP | B110-Case Administration<br>Review MOR for January and February 2023 | 0.30 | $400.00 | $120.00 |
| 04/03/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Review second modified plan and attached exhibits | 0.50 | $400.00 | $200.00 |
| 04/04/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan) | 0.30 | $400.00 | $120.00 |

**Politan Law, LLC**
88 East Main Street, #502
Mendham, NJ 07945
Phone: 973.768.6072

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Discuss plan modifications with Debtor's counsel and strategies to obtain consent of creditors |  |  |  |
| 04/04/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Review and calendar order setting deadlines and plan confirmation | 0.20 | $400.00 | $80.00 |
| 04/04/2023 | MP | B160-Fee/Employment Applications<br>Review retention application and supporting documents re: accountant | 0.20 | $400.00 | $80.00 |
| 04/06/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Call with J. Lemkin re: claimants' support for plan and treatment of post plan non-dischargeability judgment | 0.40 | $400.00 | $160.00 |
| 04/12/2023 | MP | B310-Claims Administration and Objections<br>Review amended claims on claims registry | 0.10 | $400.00 | $40.00 |
| 04/17/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Plan discussions with debtor's counsel | 0.40 | $400.00 | $160.00 |
| 04/17/2023 | MP | B110-Case Administration<br>Review follow up requests for insurance information re: automobiles and statement of account information | 0.20 | $400.00 | $80.00 |
| 04/20/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Multiple phone calls to creditors re: plan support and addressing nondischargeable claims | 0.30 | $400.00 | $120.00 |
| 04/21/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Plan discussions with counsel to floor plan lenders and non-dischargeability claim holders | 0.30 | $400.00 | $120.00 |
| 04/25/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Plan and claim treatment discussion with counsel to floor lender | 0.30 | $400.00 | $120.00 |
| 04/25/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Plan discussion with J. O'Boyle and treatment of non-dischargeable claims post plan payments | 0.30 | $400.00 | $120.00 |
| 04/30/2023 | MP | B160-Fee/Employment Applications<br>Prepare and draft interim fee application for individual case | 0.50 | $400.00 | $200.00 |
|  |  | **For professional services rendered** | **20.30** |  | **$8,120.00** |

**Politan Law, LLC**
88 East Main Street, #502
Mendham, NJ 07945
Phone: 973.768.6072

**Additional Charges**

| Date | | Details | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 12/20/2022 | MP | E108-Postage<br>Mailing to UST | 1 | $0.60 | $0.60 |
| 02/07/2023 | MP | E112-Court fees<br>Court Solutions appearance fee | 1 | $50.00 | $50.00 |
| 03/28/2023 | MP | E112-Court fees<br>Court appearance on sale motion via Courtsolutions | 1 | $50.00 | $50.00 |

|  |  |
|---|---|
| **Total additional charges** | $100.60 |
| **Invoice Amount** | $8,220.60 |
| **Balance Due** | $8,220.60 |
| **Retainer Balance (as of 04/30/2023)** | $0.00 |