# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY



**Order Filed on May 3, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**STARK & STARK**
A Professional Corporation
Attn:  Joseph H. Lemkin, Esq.
P.O. Box 5315
Princeton, New Jersey 08543-5315
(609) 791-7022
609) 896-9060
Attorneys for XL Funding LLC d/b/a Axle Funding, LLC
f/k/a Auction Credit Enterprises, LLC

In re:

ALEXANDRE J. DACOSTA and
VIVIANNE C. ANTUNES,

Debtors.

CASE NOS. 22-18303 (JKS)
and 22-17933

CHAPTER 11

(Jointly Administered)

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)

The relief set forth on the following pages, numbered 2 and 3, is hereby **ORDERED**.

**DATED: May 3, 2023**

*Honorable John K. Sherwood*
*United States Bankruptcy Court*

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

(Page 2)
Debtor: Alexandre J. Dacosta and Vivianne C. Antunes
Case No.: 22-18303 and 22-17933 (Jointly Administered)
Caption: Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d)

**THIS MATTER** having been brought before the Court upon the motion of XL Funding, LLC d/b/a Axle Funding, LLC f/k/a Auction Credit Enterprises, LLC ("Movant") by and through its counsel, Stark & Stark PC, Joseph H. Lemkin, Esq., appearing, for an order granting relief from the automatic stay pursuant to 11 U.S.C. §362(d) (the "Motion") [ECF No. 90]; and it further appearing that all interested parties have been duly served; and the Court having considered the papers submitted in support of the Motion; and no objections to the Motion having been filed; and for good cause shown, it is hereby:

**ORDERED** that the automatic stay afforded by 11 U.S.C. § 362 (a) be and hereby is vacated to permit Movant to recover the following collateral, along with all documents relating to the collateral, including without limitation, certificates of title and retail installment sales contracts related to the collateral, which collateral is then to be sold by Movant, and the sales proceeds applied to the outstanding balance owed to Movant:

| Stock # | Year | Make | Model | Last 6 of VIN |
|---|---|---|---|---|
| 84 | 2015 | Toyota | Camry | 560305 |
| 86 | 2007 | Toyota | RAV-4 | 060040 |
| 92 | 2011 | Chevrolet | Cruz | 241979 |
| 98 | 2010 | Chevrolet | Equinox | 200502 |
| 99 | 2010 | Audi | A-4 | 015200 |
| 100 | 2019 | Chevrolet | Trax | 233682 |
| 101 | 2012 | Subaru | Impreza | 222834 |

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

4880-4981-1297, v. 1

**(Page 3)**
Debtor: Alexandre J. Dacosta and Vivianne C. Antunes
Case No.: 22-18303 and 22-17933 (Jointly Administered)
<u>Caption: Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d)</u>

**IT IS FURTHER ORDERED** that Movant shall serve this order on the Debtors in the jointly administered cases, their attorneys, any trustee and the other parties who were served with the Motion.

[END OF ORDER]

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

-3-

4880-4981-1297, v. 1