**United States Bankruptcy Court**
**District of New Jersey, Newark Division**

**IN RE:**                                                                                          Case No. _____

**BAV AUTO, L.L.C.**_____    Chapter **11**_____
                                           Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that on **May  8, 2023**_____, a copy of **Amended Application For Retention Of Guzman Consulting**___ was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.


                                                                                    Respectfully submitted,
                                                                                    **BAV AUTO, L.L.C.**


                                                                                    **/s/ Steven D. Pertuz**_____
                                                                                    **Steven D. Pertuz 008542001**
                                                                                    **The Law Office of Steven D. Pertuz, LLC**
                                                                                    **111 Northfield Ave Ste 304**
                                                                                    **West Orange, NJ  07052-4703**
                                                                                    **(973) 669-8600  Fax: (973) 669-8700**
                                                                                    **pertuzlaw@verizon.net**

**BAV AUTO, L.L.C.**
80 Columbia Ave
Kearny, NJ 07032-2948

**131 Union Street LLC**
131 Union St
Newark, NJ 07105-1346

**Alexandre DeCosta**
80 Columbia Ave
Kearny, NJ 07032-2948

**American Express**
PO Box 981535
El Paso, TX 79998-1535

**Arsenal Funding Corp.**
8 W 36th St Fl 7
New York, NY 10018-9774

**Auction Credit Enterprises, LLC**
14951 Dallas Pkwy Ste 200
Dallas, TX 75254-6883

**Automotive Finance Corp. of NJ**
200 N Main St
Manville, NJ 08835-1357

**Capital One Bank**
PO Box 30281
Salt Lake City, UT 84130-0281

**Chase Card**
PO Box 15298
Wilmington, DE 19850-5298

**Cloudfund LLC**
400 Rella Blvd Ste 165-101
Suffern, NY 10901-4241

**Dealer Capital Group, Inc.**
67 Crystal St
Avenel, NJ 07001-1125

**Donna M. Thompson, Esq.**
PO Box 679
Allenwood, NJ 08720-0679

**Drew S. McGehrin, Esq.**
Duane Morris, LLP
30 S 17th St
Philadelphia, PA 19103-4001

**Ernesto Gonzalez**
361 S Broad St
Elizabeth, NJ 07202-3515

**Fox Business Funding**
1920 E Hallandale Beach Blvd Ste 503
Hallandale Beach, FL 33009-4723

**Internal Revenue Service**
PO Box 21126
Philadelphia, PA 19114-0326

**Jaclyn Sage**
Manager of Collections
10333 N Meridian St Ste 400
Indianapolis, IN 46290-1112

**Jeremy M Dunn, Esq.**
Automotive Finance Corporation
11299 N Illiniois St
Carmel, IN 46032

**Jersey Express, LLC**
23 Lake Dr
North Brunswick, NJ 08902-4828

**Kinetic Advantage Inc.**
10333 N Meridian St
Indianapolis, IN 46290-1150

**Lever Auto Financing**
287 Park Ave S Ste 700
New York, NY 10010-5413

**Manheim NY Metro Skyline, Inc.**
100 US Highway 46
Fairfield, NJ 07004-3217

**Mark Politan, Esq.**
Politan Law, LLC
88 E Main St # 502
Mendham, NJ 07945-1832

**Nextgear Capital, Inc.**
11799 N College Ave
Carmel, IN 46032-5605

**NJ Division of Motor Vehicles**
Business Licensing Services Bureau PO
PO Box 170
Trenton, NJ 08666-0170

**NJ Division Of Taxation**
PO Box 283
Trenton, NJ 08646-0283

**Olympic Payroll Services**
64 US Highway 46
Pine Brook, NJ 07058-9629

**Peter J. D'Auria, Esq.**
Office Of The United States Trustee
1 Newark Ctr # 2100
Newark, NJ 07102-5235

**Proventure Capital**
99 Wall St # 576
New York, NY 10005-4301

**River Capital Partners, LLC**
1 River Rd Ste 200
Cos Cob, CT 06807-2755

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| | | |
|---|---|---|
| **Santander Bank**<br>**Mail Code 10-421-CN2**<br>**PO Box 12646**<br>**Reading, PA  19612-2646** | **Santander Collections**<br>**450 Penn St**<br>**Reading, PA  19602-1011** | **Shanna Kaminski, Esq.**<br>**Kaminski Law PLLC**<br>**160 W Fort St Fl 5**<br>**Detroit, MI  48226-3700** |
| **Vivianne C. Antunes**<br>**80 Columbia Ave**<br>**Kearny, NJ  07032-2948** | **Westlake Flooring Services, Inc.**<br>**4751 Wilshire Blvd Ste 100**<br>**Los Angeles, CA  90010-3847** | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com