UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

Order Filed on May 10, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Jointly Administered

In Re:

ALEXANDRE DACOSTA and
VIVIANNE ANTUNES

Case No.: 22-18303
Chapter: 11
Judge: JKS

**ORDER AUTHORIZING RETENTION OF**

Guzman Consulting Group, LLC

The relief set forth on the following page is **ORDERED**.[1]

**DATED:** May 10, 2023

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] This Order is entered in response to the Application for Retention of Professional for Alexandre DaCosta and Vivianne Antunes and BAV Auto, LLC at Docket Entry #106 as well as the Amended Application at Docket Entry #116.

Upon the applicant's request for authorization to retain   Guzman Consulting Group, LLC
as   Accountant  , it is hereby ORDERED: [1]

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:
   Guzman Consulting Group, LLC
   540 Fairview Avenue
   Colonia, NJ 07067

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

5. Retention shall be authorized for both jointly administered Debtors in this case.

---

[1] To the extent the Retainer Agreement that is attached to the Application for Retention and to the Amended Application for Retention is inconsistent with the aforementioned applications, the information in the applications control. The Initial Deposit for Guzman Consulting Group, LLC, is $2,500.00. Furthermore, the maximum amount to be paid for services, namely $6,300.00, cannot be retained by Guzman Consulting Group, LLC, unless the Court approves fees in that amount.

*rev.8/1/15*