Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−18303−JKS
Chapter:  11
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Alexandre J. Dacosta                       Vivianne C. Antunes
   80 Columbia Avenue                      80 Columbia Avenue
   Kearny, NJ 07032                         Kearny, NJ 07032

Social Security No.:
  xxx−xx−2325                            xxx−xx−0411

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on May 11, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 117 − 106, 116
Order Granting Application to Employ Guzman Consulting Group, LLC as AccountantAccountant (Related Doc # 106)(Related Doc # 116). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/10/2023. (rah)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 11, 2023
JAN: rah

                                                                            Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18303-JKS |
| Alexandre J. Dacosta | Chapter 11 |
| Vivianne C. Antunes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 11, 2023 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| acc | + | Guzman Consulting Group, LLC, 540 Fairview Avenue, Colonia, NJ 07067-3515 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donna L. Thompson | on behalf of Creditor Automotive Finance Corporation donna.thompson@dlthompsonlaw.com  dlthompsonlaw@aol.com |
| Donna L. Thompson | on behalf of Plaintiff Automotive Finance Corporation donna.thompson@dlthompsonlaw.com  dlthompsonlaw@aol.com |
| Douglas J. McDonough | on behalf of Creditor Bank of America  NA dmcdonough@flwlaw.com |
| Drew S. McGehrin | on behalf of Plaintiff Vero Finance Technologies  Inc. d/b/a Lever Auto dsmcgehrin@duanemorris.com |
| Drew S. McGehrin | on behalf of Creditor Vero Finance Technologies  Inc. dsmcgehrin@duanemorris.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: May 11, 2023 | Form ID: orderntc | Total Noticed: 1 |

John O'Boyle
    on behalf of Defendant Alexandre J. Dacosta joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Defendant Vivianne C. Antunes joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Interested Party BAV AUTO L.L.C. joboyle@norgaardfirm.com,
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Plaintiff XL Funding LLC dba Axle Funding, LLC f/k/a Auction Credit Enterprises, LLC
    joboyle@norgaardfirm.com,
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Debtor BAV AUTO L.L.C. joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Joint Debtor Vivianne C. Antunes joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Debtor Alexandre J. Dacosta joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John R. Morton, Jr.
    on behalf of Creditor Thrift Investment Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Joseph H. Lemkin
    on behalf of Creditor XL Funding LLC dba Axle Funding, LLC fka Auction Credit Enterprises, LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff XL Funding LLC dba Axle Funding, LLC f/k/a Auction Credit Enterprises, LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Auction Credit Enterprises LLC jlemkin@stark-stark.com

Mark Politan
    mpolitan@politanlaw.com

Mark Politan
    on behalf of Trustee Mark Politan mpolitan@politanlaw.com

Peter J. D'Auria
    on behalf of U.S. Trustee U.S. Trustee Peter.J.D'Auria@usdoj.gov

Phillip Andrew Raymond
    on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com,
    mccallaecf@ecf.courtdrive.com

Regina Cohen
    on behalf of Creditor Westlake Flooring Company LLC d/b/a Westlake Flooring Services rcohen@lavin-law.com,
    mmalone@lavin-law.com

Regina Cohen
    on behalf of Creditor Westlake Flooring Services rcohen@lavin-law.com mmalone@lavin-law.com

Steven D. Pertuz
    on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes pertuzlaw@verizon.net G16461@notify.cincompass.com

Steven D. Pertuz
    on behalf of Joint Debtor Vivianne C. Antunes pertuzlaw@verizon.net G16461@notify.cincompass.com

Steven D. Pertuz
    on behalf of Debtor Alexandre J. Dacosta pertuzlaw@verizon.net G16461@notify.cincompass.com

Steven D. Pertuz
    on behalf of Debtor BAV AUTO L.L.C. pertuzlaw@verizon.net G16461@notify.cincompass.com

Steven D. Pertuz
    on behalf of Interested Party BAV AUTO L.L.C. pertuzlaw@verizon.net, G16461@notify.cincompass.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2023 | Form ID: orderntc | Total Noticed: 1 |

TOTAL: 30