UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

NORGAARD O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Attorneys for Debtor-in-Possession
By: John O'Boyle (JO    6337)
     joboyle@norgaardfirm.com

In Re:

Alexandre Dacosta & Vivianne Antunes

Case No.: 22-18303

Adv. Pro. No.: _____

Chapter: 11

Subchapter V: ☒ Yes  ☐ No

Hearing Date: 5/23/2023

Judge: Sherwood

## ADJOURNMENT REQUEST

1. I, __John O'Boyle, Esq.__,

   ☒ am the attorney for: Debtors, Alexandre Dacosta & Vivianne Antunes,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Confirmation Hearing for Proposed Joint Plan of Reorganization.

   Current hearing date and time: May 23, 2023 at 10 AM

   New date requested: June 13, 2023

   Reason for adjournment request: Additional time is requested to address objections to confirmation.

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: May 16, 2023                    /s/ John O'Boyle
                                      Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: June 13, 2023 -10:00 AM       ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*