| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MATTHEW J. PLATKIN<br>Attorney General of New Jersey<br>By: Valerie Hamilton, Deputy Atty. General<br>    Valerie.Hamilton@law.njoag.gov<br>    (609) 376-3256<br>R.J. Hughes Justice Complex<br>25 Market Street, P.O. Box 106<br>Trenton, New Jersey 08625<br>Attorney for New Jersey Division of Taxation | Case No.: | 22-18303 (JKS) |
| | Chapter: | 11, Subch V |
| In Re:<br><br>ALEXANDRE DACOSTA and VIVIANNE ANTUNES, Jointly Administered Debtors.<br>  - and -<br>BAV AUTO, LLC, Jointly Admin. Debtor | Adv. No.: | |
| | Hearing Date: | 5/24/23 @ 10 |
| | Judge: | Sherwood |

## CERTIFICATION OF SERVICE

1. I, _Valerie Hamilton, DAG_ :

    ☒ represent _NJ Division of Taxation_ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _5/16/23_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    OBJECTION OF THE STATE OF NEW JERSEY, DIVISION OF TAXATION TO CONFIRMATION OF SMALL BUSINESS DEBTORS' SECOND MODIFIED JOINT PLAN OF REORGANIZATION

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _5/17/23_           /s/ Valerie A. Hamilton
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John O'Boyle, Esq.<br>Norgaard O'Boyle<br>184 Grand Ave<br>Englewood, NJ 07611 | Counsel for Debtors, Alexandre Dacosta & Vivianne Antunes | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven D. Pertuz, Esq.<br>Law Offices of Steven D. Pertuz, LLC<br>111 Northfield Ave, Suite 304<br>West Orange, NJ 07052 | Counsel for BAV Auto, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark Politan, Esq.<br>Politan Law, LLC<br>88 East Main St.<br>Mendham, NJ 07945 | Subch V Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |