# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631
Telephone No. (201) 871-1333
Counsel to Debtors
By: John O'Boyle, Esq. (6337)
    joboyle@norgaardfirm.com



Order Filed on December 30, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALEXANDRE DACOSTA and
VIVIANNE ANTUNES
    Debtors

Case No.: 22-18303
Chapter: 11
Judge: John K. Sherwood

## ORDER AUTHORIZING RETENTION OF

Norgaard O'Boyle & Hannon as Counsel to Debtors

The relief set forth on the following page is **ORDERED**.

**DATED: December 30, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Norgaard O'Boyle & Hannon___ as ___Cousnel to Debtors___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:  Norgaard O'Boyle & Hannon
   184 Grand Avenue
   Englewood, NJ  07631

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*