# EXHIBIT B

Norgaard  O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Gary K. Norgaard PC Fed. #22-3150094

Alexandre Dacosta & Vivainne C. Antunes                                May 25, 2023

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/10/2023 | JO | Research re determination of claims in sale motion; rule 3012. | 0.50 |  |
| 1/19/2023 | JO | Email from BAV counsel to UST re status of sales. | 0.20 |  |
| 1/31/2023 | JO | Email from client re sale of car. | 0.10 |  |
|  | JO | Phone call with client re confirmation hearing; sale of vehicle. | 0.20 |  |
| 2/7/2023 | JO | Email to BAV counsel re sale. | 0.10 |  |
| 3/6/2023 | JO | Email exchange with client re sale of car. | 0.10 |  |
|  | JO | Email exchange with client re sale of 1988 BMW. | 0.10 |  |
| 3/7/2023 | JO | Draft certification in support of motion to sell BMW. | 1.60 |  |
|  | JO | Draft memorandum in support of motion to sell BMW. | 1.80 |  |
| 3/8/2023 | JO | Email from client re sale of car. | 0.10 |  |
| 3/13/2023 | JO | Study entered OST. | 0.20 |  |
|  | JO | Confer with staff re service of OST and motion. | 0.20 |  |
|  | JO | Email to court and creditors re motion to sell vehicle and application for OST. | 0.50 |  |
|  | JO | Draft NOM, proposed order, Application for OST and proposed OST. | 1.80 |  |
| 10/17/2022 | JO | Phone conference with S. Pertuz, Esq. re new matter; representation of individual in connection with reorganization and possible bankruptcy. | 0.80 |  |
|  | JO | Conference with partner re new matter. | 0.20 |  |
|  | JO | Phone conference with S. Pertuz and client Alex Dacosta. | 1.00 |  |

Alexandre Dacosta & Vivainne C. Antunes                                                                Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/19/2022 | JO | Confer with clients re consultation. Conference call with corporation counsel. Prepare and file chapter 13 case. Advise clients on rights and obligations. | 2.80 | |
|  | SJ | Prepare case opening sheet; file folder and inside labels and assemble new file. | 0.30 | |
|  | KM | Ran ecourts search for lawsuit pending | 0.25 | |
|  | KM | Prepared Ch13 Retainer Agreement & created outlook entry for case. | 0.40 | |
|  | KM | Prepared Letter to Robert Brener, Esq. @ Duanne Morris and advised of BK filing. Sent via fax and email. | 0.50 | |
|  | JO | Email from paralegal and email to clients re petition. | 0.10 | |
|  | JO | Email from counsel to corporation; email response. | 0.20 | |
|  | JO | Phone conference with Superior Court to oppose entry of preliminary restraints. Restraints granted. | 0.60 | |
| 10/20/2022 | JO | Email from client; text to appraiser. | 0.10 | NO CHARGE |
|  | KM | Review court email re NOA filed Synchrony Bank. | 0.10 | |
|  | JO | Study PRA notice of appearance. | 0.10 | |
|  | JO | Study court order to show cause for dismissal for failure to file schedules. | 0.10 | |
|  | JO | Phone call with Ken Russ; email to client. | 0.10 | |
|  | JO | Text to appraiser and client. | 0.10 | |
|  | JO | Phone call from counsel to BAV Auto. | 0.20 | |
|  | JO | Email exchange with counsel to corporation. Study file re materials needed. | 0.30 | |
| 10/24/2022 | JO | Phone call with client re appraisal. | 0.10 | |
|  | JO | Study email from court with notice re payments to trustee. | 0.10 | |
| 10/26/2022 | KM | Email to clients re follow up for paperwork. | 0.20 | |
| 10/27/2022 | KM | Review emails from client re paperwork to print and save in file. | 0.25 | |
|  | KM | Review emails from client re paperwork to print and save in file. | 0.25 | |
|  | JO | Study notes re upcoming events. | 0.10 | |
|  | JO | Email exchange with counsel to BAV Auto. | 0.10 | |
|  | JO | Study JPM Chase NOA. | 0.10 | |
|  | JO | Phone call with counsel to BAV Auto re strategy. | 0.30 | |
| 10/31/2022 | JO | Study BAV Auto schedules. | 0.30 | |
| 11/1/2022 | SJ | Save ecf NOA filed by Thrift Investment Corporation. | 0.10 | |
|  | JO | Email exchange with BAV counsel re individual's employment. | 0.10 | |
|  | JO | Email to S. Pertuz re strategy. | 0.20 | |
| 11/2/2022 | JO | Phone call and email to counsel to BAV. | 0.10 | |
|  | JO | Email to staff; email to BAV counsel. | 0.10 | |
|  | JO | Confer with paralegal re property; debts; budget. | 0.20 | |
|  | JO | Phone call with counsel to BAV re strategy and advice to client. | 0.40 | |
| 11/3/2022 | JO | Email to client re schedules; required information and conversion issues. | 0.50 | |
|  | JO | Study draft of petition and schedules. | 0.70 | |
|  | JO | Draft memo and email to paralegal re revisions to schedules and statements. | 0.80 | |
| 11/4/2022 | JO | Email to client re schedules. | 0.10 | |
|  | JO | Study appraisal. | 0.30 | |
|  | JO | Study revisions to petition and schedules; confer with paralegal re same. | 0.30 | |
|  | JO | Study file re addressing corporation's and individuals' debts. | 0.40 | |
| 11/7/2022 | JO | Confer with paralegal and study letters form Trust Bank re loans to debtors. | 0.30 | |
|  | KM | Review and scan into file letter from Lightstream requesting proof of what the loan funds were used for. Email to client forwarding same. | 0.20 | |

Alexandre Dacosta & Vivainne C. Antunes                                                                                               Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/8/2022 | JO | Email memo to paralegal re revisions to schedules and statement of financial affairs. | 0.80 | |
| | JO | Meet with clients and BAV counsel re strategy; conversion of case; framework of plan; debts and ch. 11 duties; revisions to petition and schedules. | 2.00 | |
| 11/9/2022 | JO | Email materials to client with direction re schedules. | 0.30 | |
| | JO | Research and begin preparation of motion to convert case to chapter 11 and to make subchapter V election. | 1.20 | |
| 11/10/2022 | KM | Review emails between John O'Boyle and the clients. Email to the clients an alternative to sign and return missing schedules in order to make the deadline. | 0.40 | |
| | JO | Email from US Trustee's counsel re conference. | 0.10 | |
| | JO | Draft certification in support of motion to convert case and to jointly administer case with BAV Auto. | 3.00 | |
| 11/11/2022 | JO | Confer with paralegal re filing of papers; deadlines. | 0.10 | |
| | JO | Phone call with counsel to BAV re conversion and joint administration. | 0.20 | |
| 11/14/2022 | SJ | Saved filed missing schedules and Plan. | 0.10 | |
| | JM | Discuss matter with senior associate. Need to cover hearing tomorrow morning on OTSC. | 0.20 | |
| | JO | Phone call with client re conversion; nature of plan. | 0.20 | |
| | JO | Phone call with counsel to corporation re plan issues; joint administration issues. | 0.20 | |
| | JO | Emails from client and respond re certification; inquiry regarding timing of conversion. | 0.30 | |
| | JO | Conference call with UST, subchapter V trustee and counsel to BAV. | 0.70 | |
| | JO | Draft notice of motion and two proposed orders for motion to convert case and for joint administration. | 1.00 | |
| 11/15/2022 | SJ | Save filed ecf Motion re: for Order Converting Case to Chapter 11 and Directing Joint Administration with Chapter 11 and calendar hearing date. | 0.10 | |
| | JO | Phone call with court re filing of motion for joint administration. | 0.10 | |
| | JO | Instructions to staff re service of motion. | 0.20 | |
| | JO | Refile motion. | 0.20 | |
| | JO | Electronically file motion to convert and for joint administration. Email to US trustee and Subchapter V Trustee. Email to clients with direction. | 0.40 | |
| | JO | Email from court re procedure for filing of motion. Phone call with court re filing of motions; court fees. | 0.40 | |
| | JO | Revise and refile motion in BAV case. | 0.50 | |
| 11/16/2022 | SJ | Prepare Certification of Service and file with the court. | 0.30 | |
| | SJ | Prepare Service List. | 1.00 | |
| | JO | Study court order regarding amendment to schedules; email to paralegal re notices to creditors. | 0.20 | |
| 11/17/2022 | SJ | Save ecf Order Respecting Amendment to Schedule. | 0.10 | |
| 11/18/2022 | SJ | Save filed Notice of Appearances. | 0.10 | |
| | SJ | Prepare Certification of Service serving Motion for Joint Administration and file with the court. | 0.20 | |
| | KM | Served Order Respecting Amendments on all interested parties. Prepared COS an filed with eh court. | 1.00 | |
| | JO | Study notice of appearance for Auction Credit Enterprise in each case. | 0.10 | NO CHARGE |
| | JO | Email to BAV counsel re Auction Credit Enterprise. Read response. | 0.10 | |
| | JO | Email from client and respond re conversion fee; Thrift Investment issue. | 0.10 | |
| | JO | Study BAV status report. | 0.10 | |

Alexandre Dacosta & Vivainne C. Antunes                                                                 Page     4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/18/2022 | JO | Study email from court re rescheduled hearing on motion to convert. | 0.10 | |
| 11/21/2022 | SJ | Save ecf Status Report for Subchapter V for BAV Auto. | 0.10 | |
|  | JO | Research re subchapter V election. | 0.40 | |
| 11/22/2022 | JO | Phone call with counsel to BAV re status. | 0.20 | NO CHARGE |
|  | JO | Email from court re status conference in BAV case; email to BAV counsel. | 0.10 | |
| 11/28/2022 | SJ | Save ecf Order Transferring case. | 0.10 | |
|  | SJ | Save ecf Bankers Healthcare Group, LLC Proof of Claim and attachment. | 0.10 | |
| 11/29/2022 | JO | Study BAV response to motion for relief from stay. | 0.20 | |
|  | JO | Study BOA Notice of appearance for car loan. | 0.10 | |
|  | JO | Study NOA for Vero Finance. | 0.10 | |
|  | JO | Study email from creditor re scheduling of hearing; Email from Ch. 13 Trustee re conversion of case; email to parties re scheduling of hearings. | 0.20 | |
| 12/1/2022 | SJ | Save ecf Vero Finance Technologies, Inc. Notice of Appearance. | 0.10 | |
|  | JO | Email to counsel to BOA. | 0.10 | |
| 12/5/2022 | JO | Email to client re UST Objection. | 0.20 | |
|  | JO | Study US Trustee objection to motion to jointly administer cases and to convert individuals' case to chapter 11. | 0.40 | |
| 12/7/2022 | SJ | Save ecf Order Granting Application To Allow Attorney Christopher V. Arisco as Attorney to Appear Pro Hac Vice. | 0.10 | |
|  | SJ | Save ecf Order Granting Application To Allow Attorney Owen C. Babcock as Attorney to represent Auction Credit Enterprises. | 0.10 | |
| 12/8/2022 | SJ | Save notice transferring case and update outlook. | 0.10 | |
| 12/9/2022 | JO | Phone call with counsel to BAV re upcoming hearings; UST issues; related matters. | 0.40 | |
| 12/13/2022 | JO | Conference call with US Trustee's counsel, BAV counsel and BAV trustee re pending motions. | 1.10 | |
|  | JO | Draft proposed order resolving UST objection to motion to convert and for joint administration. | 2.00 | |
| 12/14/2022 | JO | Phone call to clerk of court re conversion fee. | 0.10 | |
|  | JO | Revise form of order for conversion and subchapter V selection. | 0.10 | |
|  | JO | Further revise form of order and submit to court for signature. | 0.30 | |
|  | JO | Attendance at court for motion to convert and for joint administration. Conversion granted, hearing on joint administration continues. | 1.20 | |
| 12/15/2022 | SJ | Save ecf Westlake Flooring Services Notice of Appearance. | 0.10 | |
|  | JO | Email to client and BAV counsel re meeting. | 0.20 | |
| 12/16/2022 | SJ | Save filed Proof of Claim with attachments from Fox Capital Group, Inc. in BAV Auto matter. | 0.10 | |
|  | JO | Email exchange with counsel to BAV. | 0.10 | |
| 12/19/2022 | JO | Study Chapter 13 Trustee final report. | 0.10 | NO CHARGE |
|  | JO | Email to client and BAV counsel re meeting. | 0.10 | |
|  | JO | Study order for conversion of case to chapter 11. | 0.10 | |
| 12/20/2022 | JO | Email from client re meeting. Respond. | 0.10 | NO CHARGE |
|  | SJ | Save ecf Order Granting Motion To Convert Case to Chapter 11. | 0.10 | |
|  | SJ | Update firm calendar with Continued Hearing Scheduled to Consider Joint Administration as Scheduled by Order Converting. | 0.10 | |
|  | SJ | Save ecf Chapter 13 Trustee Final Report and Account. | 0.10 | |
|  | JO | Payment of court fee for conversion. | 0.10 | |
| 12/21/2022 | SJ | Save ecf Notice of Appointment and verified statement. | 0.10 | |
| 12/22/2022 | JO | Study meeting of creditors notice. | 0.20 | |
|  | JO | Study court notice of deadlines and status hearing. | 0.20 | |
| 12/27/2022 | SJ | Save ecf Notice of Hearing for: Subchapter V Status Conference and update firm calendar. | 0.10 | |

Alexandre Dacosta & Vivainne C. Antunes                                                                                     Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/27/2022 | JO | Study email from UST re operating reports and guidelines. | 0.30 | |
| 12/28/2022 | SJ | Save ecf Application for Professional Appraiser and update calendar with objection deadline date. | 0.10 | |
| 1/3/2023 | SJ | Save ecf Notice of Requirement to File Financial Management Course. | 0.10 | |
|  | SJ | Prepare Certification of Service serving Order Granting Application to Employ Norgaard O'Boyle. | 0.20 | |
|  | KM | Review court email re Financial Management due. Email to client forwarding same. | 0.20 | |
|  | JO | Emails from US Trustee and forward to client re operating guidelines and DIP depositories. | 0.10 | |
|  | JO | Email from US Trustee re IDI and documents. Email to client. | 0.20 | |
| 1/4/2023 | SJ | Save Notice of Appearance from Westlake Flooring Services filed in BAV Auto matter. | 0.10 | |
| 1/5/2023 | SJ | Save ecf Notice of Appearance filed by BAV AUTO, L.L.C. | 0.10 | |
|  | SJ | Save filed Order Granting Application to Employ A. Atkins Appraisal Corp. as Appraiser. | 0.10 | |
|  | SJ | Save filed Order Setting Deadlines and Scheduling Confirmation Hearing and update firm calendar with hearing date. | 0.10 | |
|  | SJ | Save Motion for Relief filed by Thrift Investment and update firm calendar with hearing date. | 0.10 | |
| 1/6/2023 | JO | Text to client re IDI and related matters. | 0.10 | NO CHARGE |
|  | JO | Study emails re scheduling of 341(a) and IDI. | 0.20 | |
|  | JO | Phone call with Counsel to BAV re upcoming events; creditor list. | 0.20 | |
|  | JO | Phone call with client re IDI and related issues. | 0.20 | |
|  | JO | Email to US Trustee re Debtor interview and materials. | 0.20 | |
|  | JO | Study file re 341 notices. | 0.30 | |
|  | JO | Study 2 Lightstream POCs. | 0.40 | |
|  | JO | Email to client re IDI and 341(a). | 0.40 | |
| 1/9/2023 | JO | Email exchange with Trustee. | 0.10 | NO CHARGE |
|  | JO | Email to client re Thrift Investment; amendments to schedules; plan. | 0.50 | |
|  | JO | Email from UST re homeowners policy. | 0.10 | |
|  | JO | Email from client re insurance requested by UST. | 0.20 | |
|  | JO | Email to D. Kropiewnicki re insurance. | 0.20 | |
|  | JO | Email from A. Dacosta re auto insurance. | 0.20 | |
|  | JO | Email to UST re insurance. | 0.20 | |
|  | JO | Study court notice re addresses for service. Confirm addresses and respond. | 0.20 | |
|  | JO | Email to client re IDI and related issues. | 0.20 | |
| 1/10/2023 | JO | Email from counsel to Westlake. Respond with 341 info. | 0.20 | NO CHARGE |
|  | JO | Email from UST re identification for 341(a). Email to paralegal. | 0.20 | NO CHARGE |
|  | JO | Email exchange with UST re 341(a) and proof of SS. Related matters. | 0.20 | NO CHARGE |
|  | SJ | Save filed Notice re Telephonic 341 Meeting and Certification of Service. | 0.10 | |
|  | KM | Review email from client re 2nd credit counseling course. Email response. | 0.20 | |
|  | KM | Prepared Notice of 341a and letter of 341a and served on all interested parties. Prepared COS and filed with the court. | 1.20 | |
|  | JO | Email to UST re insurance coverage. | 0.10 | |
|  | JO | Study emails from client with current insurance and bank statements requested by UST. | 0.20 | |
| 1/11/2023 | SJ | Save Complaint filed by Automotive Finance Corporation and update firm calendar with answer date. | 0.10 | |
|  | KM | Review email re financial management certificate attached. | 0.10 | |

Alexandre Dacosta & Vivainne C. Antunes Page 6

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 1/12/2023 | KM | Prepared COS and filed with the court. | 0.45 | |
| | JO | Email to counsel to BAV. | 0.20 | |
| 1/13/2023 | JO | Study M. Politan fee application in BAV case. | 0.20 | NO CHARGE |
| | JO | Conference call with UST, Subchapter V trustee and Client re IDI. | 1.10 | |
| | SJ | Save filed Complaint by Vero Finance Technologies and update firm calendar with answer due date. | 0.10 | |
| | SJ | Save filed Certification of Service regarding scheduling order. | 0.10 | |
| | JO | Email from UST re follow up on items requested at IDI. | 0.20 | |
| | JO | Study CFG complaint filed in NY Supreme prior to notice of individuals' case. | 0.30 | |
| | JO | Phone call with BAV counsel; attempt to call chambers; draft and email adjournment request form. Email exchange with UST. | 0.60 | |
| 1/16/2023 | JO | Email exchange with Mark Politan, Esq., Trustee. | 0.10 | NO CHARGE |
| | JO | Email exchange with court re postponement of hearings. | 0.20 | |
| | SJ | Save Application for Compensation for Mark Politan; update calendar and send invite. | 0.10 | |
| | KM | Review email from John O'Boyle re photo ID of client. Email to John copy of same. | 0.20 | |
| | JO | Email from client re creditor contact information for amendments. | 0.10 | |
| | JO | Draft request for adjournment of hearing in BAV case per court's request; email to court. | 0.20 | |
| | JO | Phone call with S. Pertuz re matters to address in the related cases. | 0.30 | |
| | JO | Study and organize file materials. Respond to US Trustee and supply requested materials. | 0.50 | |
| | JO | Email to client re 341(a); IDI follow up; issues to address. | 0.80 | |
| 1/17/2023 | SJ | Update firm calendar with adjourned date on Motion to Convert. | 0.10 | |
| | JO | Email from UST to BAV Counsel re intention to question A. Dacosta about disposition of BAV property. | 0.20 | |
| | JO | Email to BAV Counsel re communications with client and trustee; related parties. | 0.20 | |
| | JO | Phone call with BAV Counsel re upcoming meeting; status; addressing claims and adversary proceeding issues. | 0.30 | |
| 1/20/2023 | JO | Email to client re status report and certification. | 0.20 | |
| 1/23/2023 | JO | Email from client re 1116 Cert. | 0.10 | NO CHARGE |
| | JO | Email from client re status report and sec.1116 cert. | 0.10 | |
| | KM | Review court email re Notice of Transfer of claim from Lending Club to Portfolio Recovery. | 0.10 | |
| | KM | Review court email re 2nd Notice of Transfer of claim from Lending Club to Portfolio Recovery. | 0.10 | |
| | JO | Electronically file status report. | 0.10 | |
| 1/26/2023 | JO | Email exchange between BAV Counsel and Subchapter V Trustee. | 0.10 | NO CHARGE |
| | JO | Email to counsel to BAV re motion. | 0.10 | |
| 1/27/2023 | JO | Study certification of completion of Financial Management counseling. | 0.10 | NO CHARGE |
| | KM | Prepared Certifications of Completion of Financial Management course for both Debtors. Filed with the court. | 0.40 | |
| | SJ | Save Notice of Appearance filed by U.S. Trustee. | 0.10 | |
| | SJ | Save filed Financial Management Course. | 0.10 | |
| 1/30/2023 | JO | Phone call from BAV counsel re motion; status. | 0.20 | NO CHARGE |
| | JO | Study BAV counsel's emails to clients and purchaser. | 0.20 | NO CHARGE |
| | JO | Study client's proof of opening of DIP account. | 0.10 | |
| | JO | Study BAV motion to sell inventory with application to shorten time. | 0.50 | |

Alexandre Dacosta & Vivainne C. Antunes                                                                                     Page    7

|            |    |                                                                                                   | Hours | Amount |
|------------|----|---------------------------------------------------------------------------------------------------|-------|--------|
| 1/31/2023  | JO | Email exchange between Client and BAV counsel.                                                    | 0.10  | NO CHARGE |
|            | JO | Email from client to BAV Counsel and me re payment of car lien.                                   | 0.10  |        |
|            | JO | Email from Automotive Finance counsel.                                                            | 0.20  |        |
|            | JO | Email from US Trustee and BAV counsel re scheduling of hearings; respond.                         | 0.20  |        |
| 2/1/2023   | JO | Study order shortening time for BAV's motion to sell cars.                                        | 0.20  | NO CHARGE |
|            | JO | Study Automotive Finance's objection to motion to sell vehicle inventory.                         | 0.30  |        |
| 2/2/2023   | SJ | Save Orders granting Motion for Relief.                                                           | 0.10  |        |
|            | JO | Email to client re Westlake inventory.                                                            | 0.20  |        |
| 2/3/2023   | JO | Email exchange with court re hearings.                                                            | 0.10  |        |
|            | JO | Email from Leaders Financial.                                                                     | 0.10  |        |
|            | JO | Study file in preparation for status conference and hearing on motion for joint administration.   | 0.20  |        |
| 2/7/2023   | JO | Attendance at court through Court Solutions for motion for joint administration and status conference. | 0.60  |        |
|            | SJ | Update firm calendar with Notice of Hearing for: Subchapter V Status Conference.                  | 0.10  |        |
|            | JO | Email to court re proposed order                                                                  | 0.20  |        |
|            | JO | Draft revised form of order for joint administration.                                             | 0.30  |        |
| 2/8/2023   | JO | Study US Trustee's opposition to motion to sell BAV assets.                                       | 0.30  |        |
|            | JO | Study Vero response to motion to sell.                                                            | 0.10  |        |
|            | JO | Study XL opposition to BAV motion.                                                                | 0.20  |        |
|            | JO | Study Westlake opposition to motion.                                                              | 0.20  |        |
| 2/9/2023   | JO | Email to client re Vero deadline and meeting.  Read response.  Respond to Vero re extension.      | 0.20  |        |
|            | JO | Phone call with counsel to BAV.                                                                   | 0.20  |        |
| 2/13/2023  | JO | Email to client and BAV counsel re meeting.                                                       | 0.10  | NO CHARGE |
|            | SJ | Save filed Status Change Form.                                                                    | 0.10  |        |
|            | JO | Phone call with counsel to XL re extension.                                                       | 0.10  |        |
|            | JO | Study orders for joint administration; instruct staff re service.                                 | 0.20  |        |
|            | JO | Phone calls to counsel to XL and AFC requesting extensions.                                       | 0.20  |        |
|            | JO | Phone call to counsel to Vero re status.                                                          | 0.20  |        |
|            | JO | Emails from adversaries re extensions of time.                                                    | 0.20  |        |
| 2/14/2023  | SJ | Save filed Order Granting Motion For Joint Administration.                                        | 0.10  |        |
| 2/21/2023  | JO | Phone call to Trustee.                                                                            | 0.10  | NO CHARGE |
| 2/23/2023  | JO | Prepare stip for filing and electronically file stip extending time for debtors to answer AFC complaint. | 0.30  |        |
|            | SJ | Save filed Order Granting Application For Compensation for Mark Politan in Bav Auto matter.       | 0.10  |        |
|            | SJ | Save filed Stipulation.                                                                           | 0.10  |        |
|            | JO | Email from counsel to Lever and respond re pretrial adjournments and related matters.             | 0.20  |        |
|            | JO | Prepare stip for filing and electronically file stip extending time for debtors to answer XL complaint. | 0.30  |        |
| 2/24/2023  | SJ | Update firm calendar with Answer due date on XL Funding, LLC dba Axle Funding, LLC f/k/a Auction v. Dacosta et al  & Automotive Finance Corporation v. Dacosta et al matters. | 0.10  |        |
|            | JO | Study BAV MORs.                                                                                   | 0.20  |        |
| 3/2/2023   | JO | Conference with S. Pertuz and M. Politan re plan; approaching creditors; UST issue with BAV's ch 11; NJ Claim; related matters. | 1.10  |        |
|            | JO | Study BAV MOR for January 2023.                                                                   | 0.10  |        |

Alexandre Dacosta & Vivainne C. Antunes                                                                      Page    8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/2/2023 | JO | Email from US Trustee; phone call and email to US Trustee's office. | 0.30 | |
| | JO | Phone call with P. D'Auria of UST re plan; confirmation adjournment; related issues. | 0.40 | |
| 3/3/2023 | JO | Study file re status. | 0.30 | NO CHARGE |
| | SJ | Save Operating Report for January 2023 with Exhibit. | 0.10 | |
| 3/6/2023 | JO | Email from client and respond re MORs; research and provide forms. | 0.30 | |
| | JO | Email exchange with client re DIP reports. Explain DIP report. | 0.30 | |
| | JO | Email to client re status. | 0.50 | |
| 3/7/2023 | JO | Email to client re motion to sell BMW; reports; litigations, related matters. | 0.30 | |
| 3/8/2023 | JO | Email to court re adjournment request. Email from counsel to Westlake. | 0.30 | |
| 3/10/2023 | JO | Phone call to court re pretrial. Electronically file stipulation. | 0.10 | |
| | JO | Phone call with counsel re pretrial; status. | 0.20 | |
| | JO | Phone call with counsel to AFC re pretrial; stipulation. | 0.20 | |
| | JO | Email to counsel to AFC re stipulation. | 0.20 | |
| | JO | Phone call with counsel to AFC re extension of time; postponement of pretrial. | 0.20 | |
| | JO | Revise stipulation extending time to answer complaint. Phone call to court. | 0.20 | |
| | JO | Email to court re extension of time and postponement of pretrial. | 0.30 | |
| | JO | Email from court; draft adjournment request form and email to court. | 0.40 | |
| 3/13/2023 | JO | Email exchange with counsel to AFC. | 0.10 | |
| | JO | Email exchange with BAV's counsel and client re accountant; fees; reports. | 0.20 | |
| 3/14/2023 | SJ | Save Stipulation in re: Automotive Finance Corporation v. Dacosta et al. | 0.10 | |
| | JO | Study client's reply. | 0.10 | |
| | JO | Email to client re status; matters to address. | 0.70 | |
| | JO | Memo to paralegal re amendments to schedules. | 1.00 | |
| 3/15/2023 | SJ | Save filed order short time on Motion to Sell and update firm calendar with hearing date; send invite. | 0.10 | |
| 3/17/2023 | JO | Research re continuation of stay against discharge creditors. | 0.60 | |
| | SJ | Update Service List. | 0.10 | |
| | SJ | Prepare Certification of Service serving Motion to Sell and Order Shortening Time and file with the court. | 0.30 | |
| | SJ | Serve Motion and Order Short Time for Authorization to Sell Automobile Free and Clear. | 1.00 | |
| | JO | Phone call with counsel to BAV re reports; possession of vehicles; stay relief. Related issues. | 0.20 | |
| 3/20/2023 | JO | Electronically file stipulation. | 0.10 | NO CHARGE |
| | JO | Email exchange with counsel to XL; Revise stipulation and forward to XL's counsel for approval. | 0.20 | |
| | JO | Study and review file re next steps; required revisions to plan. | 0.20 | |
| | JO | Email to BAV counsel re matters to address. | 0.30 | |
| 3/21/2023 | JO | Phone call with S. Pertuz re plan; claims; taxes, related matters. | 0.30 | |
| | JO | Study drafts of MORs supplied by client. Respond to client. | 0.40 | |
| 3/22/2023 | KM | Prepared Amended Schedules EF. Email to client to review sign and return. Review email from client sign copies attached. Email to JOB to review before filing. | 0.75 | |
| 3/23/2023 | SJ | Save filed Amended Schedules E F. | 0.10 | |
| | JO | Study court order regarding amendment to schedules. | 0.20 | |
| | JO | Study MORS for filing; study bank statements; prepare statements for filing and electronically file January and February reports. | 0.80 | |

Alexandre Dacosta & Vivainne C. Antunes                                                                                      Page     9

|            |    |                                                                                                                                               | Hours | Amount    |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 3/24/2023  | JO | Study motion for authority to sell and register for hearing.                                                                                  | 0.20  | NO CHARGE |
|            | SJ | Save filed Order Respecting Amendment to Schedule.                                                                                            | 0.10  |           |
|            | SJ | Update firm calendar with answer due date regarding XL Funding, LLC dba Axle Funding, LLC f/k/a Auction v. Dacosta et al.                     | 0.10  |           |
|            | KM | Review court email re Order Respecting amendments printed for service.                                                                        | 0.20  |           |
| 3/27/2023  | JO | Email from client and respond re plan; initial payments.                                                                                      | 0.20  |           |
|            | JO | Email exchange with client re plan; initial payments.                                                                                         | 0.20  |           |
| 3/28/2023  | JO | Phone call with BAV Counsel.                                                                                                                  | 0.20  |           |
| 3/29/2023  | JO | Study order granting motion to sell.  Email to client.                                                                                        | 0.20  | NO CHARGE |
| 3/30/2023  | JO | Phone call to Trustee M. Politan.                                                                                                             | 0.10  | NO CHARGE |
|            | SJ | Save filed Certification of Service.                                                                                                          | 0.10  |           |
|            | SJ | Prepare Certification of Service serving Order and file with the court.                                                                       | 0.20  |           |
|            | SJ | Prepare Service List for Order Authorizing Debtors to Sell Automobile.                                                                        | 0.30  |           |
| 3/31/2023  | JO | Email exchange between client and BAV counsel.                                                                                                | 0.20  | NO CHARGE |
|            | JO | Email from US Attorney re notices; respond.                                                                                                   | 0.20  |           |
| 4/3/2023   | JO | Email from BAV counsel to accountant re returns and reports.                                                                                  | 0.10  | NO CHARGE |
|            | JO | Emails from BAV counsel to accountant; email from client re sales tax.                                                                        | 0.20  |           |
|            | JO | Email to BAV counsel re taxes.                                                                                                                | 0.20  |           |
| 4/4/2023   | SJ | Save filed Application For Retention of Professional Guzman Consulting Group, LLC as Accountant and update calendar with objection deadline.  | 0.10  |           |
|            | SJ | Update firm calendar with hearing date on confirmation of plan; objection deadlines and send invite.                                          | 0.10  |           |
| 4/11/2023  | JO | Phone call with court re rescheduling pretrial.                                                                                               | 0.10  |           |
|            | JO | Phone call with court re: hearings.                                                                                                           | 0.20  |           |
| 4/12/2023  | SJ | Prepare Certifications of Service and file with the court.                                                                                    | 0.40  |           |
| 4/13/2023  | JO | Email between BAV counsel and client re BAV insurances.                                                                                       | 0.20  | NO CHARGE |
|            | JO | Email from US Trustee re items required.  Email to client.                                                                                    | 0.10  |           |
|            | JO | Email from counsel to Thrift; email to client re Thrift.                                                                                      | 0.20  |           |
| 4/14/2023  | KM | Received phone call from Donna Thompson, she wanted to know if Tuesdays hearings are going forward. Phone call to JOB. Discussion regarding same. Return phone call to Donna Thompson advising status on hearing scheduled for Tuesday. | 0.40 |           |
| 4/18/2023  | SJ | Update firm calendar with status conference date and send invite.                                                                             | 0.10  |           |
| 4/20/2023  | JO | Phone call with M. Politan re status.                                                                                                         | 0.30  |           |
| 4/21/2023  | JO | Phone call with S. Pertuz re issues to address.                                                                                               | 0.20  |           |
|            | JO | Phone call with US Trustee counsel re status of joint cases.                                                                                  | 0.20  |           |
|            | JO | Phone call with S. Pertuz and client re various issues.                                                                                       | 0.30  |           |
|            | JO | Email from counsel to Thrift and email to client re matters to address.                                                                       | 0.30  |           |
| 4/24/2023  | SJ | Save filed Stipulation regarding Complaint in Automotive Finance Corporation.                                                                 | 0.10  |           |
| 4/25/2023  | SJ | Update firm calendar with answer due date in regards to Automotive Finance Corporation v. Dacosta et al.                                      | 0.10  |           |
|            | SJ | Update firm calendar with Answer due date in regards to XL Funding, LLC dba Axle Funding, LLC f/k/a Auction v. Dacosta et al matter.          | 0.10  |           |
| 4/26/2023  | KM | Review mail received Ballot from Discover. Review mail received letter from ADT. Scanned both into file and emailed to JOB.                   | 0.25  |           |
| 5/1/2023   | JO | Phone call to counsel to BAV re status (leave mess).                                                                                          | 0.10  | NO CHARGE |
|            | JO | Email from S. Pertuz to court and accountant.                                                                                                 | 0.20  | NO CHARGE |
|            | SJ | Save filed Application for Compensation for Mark Politan; update calendar with hearing date and send invite.                                  | 0.10  |           |
|            | JO | Email from trustee.                                                                                                                           | 0.10  |           |

Alexandre Dacosta & Vivainne C. Antunes                                                                              Page     10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/2/2023 | JO | Phone call with S. Pertuz re status; issues to address. | 0.30 | |
| 5/5/2023 | JO | Phone call with Trustee M. Politan re status. | 0.10 | |
| 5/9/2023 | JO | Phone call to US Trustee re status. | 0.20 | |
| 5/10/2023 | JO | Phone call with S. Pertuz re status; issues. | 0.30 | |
| | JO | Email from US Attorney re delinquent returns. Respond. | 0.20 | |
| 5/11/2023 | JO | Email to client re plan and litigation status. | 0.10 | |
| | JO | Email exchange with client re pending hearing. | 0.10 | |
| | JO | Phone call with accountant re status. | 0.20 | |
| 5/12/2023 | SJ | Save filed Limited Objection to Confirmation of Plan. | 0.10 | |
| 5/15/2023 | KM | Review email from JOB to save returned Ballot in file. | 0.10 | |
| 5/17/2023 | SJ | Save filed Letter to Court filed by Donna L. Thompson. | 0.10 | |
| 5/19/2023 | SJ | Save filed Amended Document re: Letter. | 0.10 | |
| 10/20/2022 | JO | Email from Proventure re claims. Email to paralegal. | 0.20 | |
| | JO | Email from creditor Proventure; study loan documents; email to S. Pertuz. | 0.20 | |
| 10/24/2022 | JO | Study Santander POC with attachments. | 0.20 | |
| 10/28/2022 | SJ | Save POC and exhibits. | 0.10 | |
| | JO | Study Bank of America POC for BMW loan. | 0.20 | |
| 11/1/2022 | JO | Study CFG Merchant POC. | 0.20 | |
| 11/2/2022 | JO | Study Papaya Ai Debt Grantor Trust POC. | 0.20 | |
| | JO | Study email from client with Prosperum complaint. | 0.40 | |
| 11/4/2022 | SJ | Save ecf Pagaya Ai Debt Grantor Trust Proof of Claim. | 0.10 | |
| | JO | Study letter from Lightstream. | 0.20 | |
| | JO | Email exchange with client re Lightstream issue. | 0.20 | |
| 11/11/2022 | JO | Study IRS POC filed in BAV case. | 0.10 | |
| 11/14/2022 | JO | Study 3 JPM Chase POCs. | 0.20 | |
| 11/16/2022 | SJ | Save ecf JPMorgan Chase Bank, N.A. Proof of Claim. | 0.10 | |
| | SJ | Print labels for mailing of Motion to Convert in BAV Auto case. | 0.10 | |
| | JO | Study Capital One POC in BAV case. | 0.10 | |
| 11/18/2022 | SJ | Save ecf Capital One N.A. Proof of Claim filed in BAV Auto case. | 0.10 | |
| | JO | Study Capital One POC. | 0.10 | |
| | JO | Study Trinitas Medical POC. | 0.10 | |
| | JO | Study Bankers Healthcare POC. | 0.10 | |
| | JO | Study Resurgent Capital for Cross River Bank POC. Email to BAV counsel. | 0.20 | |
| 11/21/2022 | SJ | Save ecf Proof of Claim filed by Resurgent Capital Services as servicing and Capital One N.A. | 0.10 | |
| | SJ | Save ecf Trinitas Regional Medical Center Proof of Claim. | 0.10 | |
| | SJ | Save ecf Order Transferring Case To Newark and Proof of Claim filed by Banker's Healthcare Group. | 0.10 | |
| | JO | Email to client re POCs. | 0.10 | |
| | JO | Study Bankers Healthcare POC. | 0.30 | |
| 11/29/2022 | JO | Study JPM Chase amended POC. | 0.10 | |
| | JO | Email exchange with client re CFG POC. | 0.10 | |
| | JO | Email exchange with client re CFG. | 0.10 | |
| | JO | Study CFG Merchant Solutions POC. Email to client. | 0.30 | |
| 11/30/2022 | SJ | Save ecf JPMorgan Chase Bank, N.A. amended Proof of Claim. | 0.10 | |
| | JO | Email from counsel to BAV Auto re claims. | 0.10 | |
| 12/1/2022 | JO | Study American Express POC filed in BAV case. | 0.10 | |
| | JO | Study Vero Finance POC and attachments filed in BAV; creditor claims security in all assets of individuals. | 0.20 | |
| | JO | Study Vero Finance POC filed in individuals' case; Vero asserts unsecured claim on guarantee. | 0.20 | |

Alexandre Dacosta & Vivainne C. Antunes                                                                                    Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/5/2022 | JO | Study Nextgear Capital POC filed in individuals' case. | 0.10 | |
| 12/7/2022 | SJ | Save ecf CFG Merchant Solutions, LLC Proof of Claim and attachment. | 0.10 | |
|  | JO | Study Discover POC. | 0.10 | |
| 12/9/2022 | SJ | Save ecf Discover Bank/Discover Products Inc. Proof of Claim. | 0.10 | |
|  | SJ | Save ecf Santander Bank, N.A. Proof of Claim. | 0.10 | |
|  | JO | Study Santander POC. | 0.10 | |
| 12/13/2022 | SJ | Save filed Proof of Claim from Manheim Remarketing, Inc. filed on behalf of BAV Auto. | 0.10 | |
|  | JO | Study Manheim POC in BAV case. | 0.10 | |
| 12/14/2022 | SJ | Save ecf Proof of Claim from Lending Club Bank, NA. . | 0.10 | |
|  | SJ | Save ecf Proof of Claim with attachments filed by Westlake Flooring Services, Inc. in BAV Auto case. | 0.10 | |
|  | JO | Study Lending Club POC. | 0.10 | |
|  | JO | Study Westlake Flooring Services POC. | 0.10 | |
|  | JO | Study American Express POC. | 0.10 | |
|  | JO | Study Automotive Finance Corp. POC in BAV case. | 0.10 | |
|  | JO | Study River Capital Partners POC in BAV case. | 0.20 | |
|  | JO | Study Fox Capital POC in BAV case. | 0.20 | |
| 12/15/2022 | SJ | Save ecf Proof of Claim filed by American Express National Bank. | 0.10 | |
|  | SJ | Save ecf Proof of Claim filed Automotive Finance Corporation in BAV Auto LLC matter. | 0.10 | |
| 12/16/2022 | SJ | Save filed Proof of Claim with attachments from River Capital Partners, LLC in BAV Auto matter. | 0.10 | |
| 12/21/2022 | JO | Study Jefferson Capital POC. | 0.10 | NO CHARGE |
|  | SJ | Save filed Proof of Claim from Automotive Finance Corporation. | 0.10 | |
|  | SJ | Save filed Proof of Claim from Jefferson Capital Systems LLC. | 0.10 | |
|  | JO | Email to client re Automotive Finance. | 0.10 | |
|  | JO | Study notice of appointment of Mark Politan as trustee and Politan certification. | 0.10 | |
|  | JO | Study Automotive Finance POC. | 0.20 | |
| 12/22/2022 | JO | Study JPM Chase Mortgage POC. | 0.10 | |
|  | JO | Email to client re proof of claims. | 0.20 | |
|  | JO | Study Westlake POC. | 0.20 | |
| 12/27/2022 | SJ | Save Proof of Claim filed by JPMorgan Chase Bank. | 0.10 | |
|  | JO | Study Thrift Investment POC. | 0.10 | |
|  | JO | Study Thrift Investment second POC. | 0.10 | |
| 12/28/2022 | SJ | Save Proof of Claim with attachments filed by Westlake Flooring Services Inc. | 0.10 | |
| 12/29/2022 | JO | Study amended claim of Thrift Investment. | 0.10 | |
|  | JO | Study amended second claim of Thrift Investment. | 0.10 | |
|  | JO | Study IRS POC in BAV case. | 0.10 | |
|  | JO | Study 131 Union LLC POCs in individuals' and BAV's cases. | 0.20 | |
|  | SJ | Save amended Proof of Claims from Thrift Investment Corporation. | 0.10 | |
|  | SJ | Save Proof of Claim and attachment from 131 Union Street LLC. | 0.10 | |
|  | SJ | Save Proof of Claim and attachment from 131 Union Street LLC in BAV Auto matter. | 0.10 | |
| 1/3/2023 | SJ | Save Department of Treasury IRS amended Proof of Claim. | 0.10 | |
| 1/9/2023 | JO | Email from client re car title issues. Respond. | 0.20 | |
|  | JO | Email from client re title issues. | 0.20 | |
|  | JO | Email to client re Automotive Finance complaint. | 0.20 | |
|  | JO | Study Automotive Finance complaint to determine dischargeability. | 0.50 | |

Alexandre Dacosta & Vivainne C. Antunes                                                                                              Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/9/2023 | JO | Study Vero Finance DBA Lever Adversary complaint. | 0.50 | |
| 1/10/2023 | JO | Email to client re Lever Complaint. | 0.20 | NO CHARGE |
| | JO | Study CFG Merchant Solutions POC in Dacosta-Antunes case. | 0.20 | |
| 1/11/2023 | SJ | Save Proof of Claim with exhibit filed by CFG Merchant Solutions, LLC. | 0.10 | |
| 1/16/2023 | JO | Email to clients re XL Funding complaint. | 0.20 | |
| | JO | Study XL Funding fka Auction Credit Enterprises' adversary complaint. | 0.50 | |
| 1/18/2023 | JO | Study American Express Amended POC. | 0.10 | |
| 1/23/2023 | SJ | Save filed Transfer of Claim. | 0.10 | |
| | SJ | Save filed Notice of Transfer of Claim. | 0.10 | |
| 2/3/2023 | JO | Email from client and respond re car title issues. | 0.10 | |
| | JO | Study email and proposed stipulation extending time for clients to answer Vero dba Lever discharge complaint. | 0.20 | |
| 2/13/2023 | JO | Email from counsel to Vero. | 0.10 | |
| 2/21/2023 | JO | Study IRS 4th Amended POC. | 0.20 | |
| 2/22/2023 | SJ | Save amended Proof of Claim filed by Department of Treasury IRS. | 0.10 | |
| | JO | Study Prosperum-Arsenal POC. | 0.20 | |
| 2/24/2023 | SJ | Save filed Proof of Claim by PROSPERUM CAPITAL PARTNERS LLC. | 0.10 | |
| 2/27/2023 | JO | Study PRA POC. | 0.10 | |
| | JO | Study XL Funding POC. | 0.20 | |
| 2/28/2023 | SJ | Save filed Proof of Claim filed by Portfolio Recovery Associates, LLC. | 0.10 | |
| | SJ | Save Proof of Claim filed by XL Funding, LLC. | 0.10 | |
| 3/1/2023 | JO | Study NJ POC in BAV case. | 0.20 | |
| 3/2/2023 | SJ | Save Proof of Claim filed by State of NJ Department of Treasury. | 0.10 | |
| 3/6/2023 | JO | Phone call with NJ Div. of Taxation re priority claim. | 0.10 | |
| | JO | Email exchange with client re negotiations with discharge creditors. | 0.20 | |
| 3/7/2023 | JO | Email from counsel to Vero re extension. Email from counsel to XL re extension. | 0.20 | |
| 3/8/2023 | SJ | Save amended Proof of Claim filed by Santander Bank, N.A. | 0.10 | |
| | JO | Phone call with NJ DOL re audit report; amounts due 2020 - 2022 | 0.30 | |
| 3/10/2023 | JO | Study file and phone call to Vero's counsel re posture; whether they can agree to plan. Vero declines. | 0.30 | |
| 3/14/2023 | JO | Email from client re XL collateral. | 0.10 | |
| | JO | Email from client re Vero collateral. | 0.10 | |
| 3/30/2023 | JO | Email exchange with BAV counsel re NJ tax claims. | 0.10 | |
| 3/31/2023 | JO | Study application for entry of default filed by Vero. | 0.20 | |
| | JO | Email from client re application for entry of default. Plan issues. | 0.20 | |
| 4/3/2023 | JO | Study email from BAV counsel to NJ Div of Taxation. | 0.10 | |
| | JO | Email to BAV counsel re NJ tax claim. | 0.10 | |
| 4/5/2023 | JO | Email to client and accountant re IRS POC. | 0.20 | |
| | JO | Study IRS Second amended POC. Compare to plan and prior claims. | 0.30 | |
| 4/11/2023 | JO | Phone call with D. Thompson (leave mess) re: pretrial. | 0.10 | NO CHARGE |
| | JO | Phone call with J. Lemkin re pretrial. | 0.10 | NO CHARGE |
| 4/25/2023 | JO | Email to client re Thrift. | 0.10 | |
| 4/26/2023 | JO | Phone call from R. Housel of Leaders Financial re Westlake lien. | 0.20 | |
| 5/8/2023 | JO | Phone call with Westlake re Vanderli issue. | 0.20 | |
| 5/9/2023 | JO | Phone call from NJ Dept. of Tax re returns. | 0.20 | |
| 5/11/2023 | JO | Email from client re AFC. | 0.10 | |
| 11/30/2022 | SJ | Save ecf response to Motion for Relief and update firm calendar. | 0.10 | |
| 1/13/2023 | JO | Email to client re CFG complaint. | 0.20 | |
| 1/17/2023 | SJ | Save Motion for Relief from Stay on behalf of Auction Credit Enterprises, LLC; calendar hearing date and send invite. | 0.10 | |

Alexandre Dacosta & Vivainne C. Antunes                                                                                              Page   13

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/20/2023 | JO | Phone call with counsel to Lever dba Vero re complaint; mediation. | 0.20 | |
| 2/8/2023 | SJ | Save filed Objection to Debtor's Motion for an Order Approving Sale of Vehicle Inventory. | 0.10 | |
| 3/8/2023 | SJ | Save filed Motion for Relief from Stay re: Held Vehicles; update firm calendar with hearing date and send invite. | 0.10 | |
| 5/3/2023 | KM | Review court email re Order granting relief from the Automatic Entered by for XL Funding LLC d/b/a Axle Funding, LLC. Saved in file. Email to clients forwarding same. | 0.25 | |
| 11/16/2022 | JO | Email to client re retention; autos; accounts; related matters. | 0.60 | |
|  | JO | Draft application and related documents for retention of counsel. | 1.00 | |
| 11/22/2022 | JO | Study file and local rules; instruct staff re service of application. | 0.20 | |
| 12/13/2022 | JO | Study file and time records for admin. claim. | 0.40 | |
| 1/3/2023 | JO | Study order authorizing Debtors to employ counsel. Instructions to paralegal. | 0.10 | NO CHARGE |
| 1/9/2023 | JO | Phone call from client re adversary complaint. | 0.50 | |
| 1/18/2023 | JO | Study time records for plan confirmation and admin claims. | 0.20 | |
| 2/21/2023 | JO | Study order granting Politan compensation in BAV case. | 0.10 | |
| 3/17/2023 | JO | Email from BAV Counsel re retention of accountant. | 0.10 | |
| 2/15/2023 | JO | Draft stipulation extending time to answer AFC complaint. Study correspondence re AFC's proposals. | 0.60 | |
|  | JO | Draft stip extending time to answer XL Complaint. | 0.60 | |
|  | JO | Research and study loan documents in discharge suits re venue and related issues. | 1.20 | |
| 4/5/2023 | JO | Email from counsel to Vero re hearing. Respond. | 0.10 | |
| 4/20/2023 | JO | Draft proposed stipulation extending time to answer AFC Complaint. Email to counsel to AFC. | 0.30 | |
| 4/21/2023 | JO | Electronically file stipulation extending time to answer AFC complaint. Phone call to counsel to XL re extension of time.. | 0.20 | NO CHARGE |
|  | JO | Email from counsel to XL; electronically file stipulation. | 0.20 | NO CHARGE |
| 5/1/2023 | JO | Email from counsel to Vero re pretrial. Respond. | 0.10 | |
| 5/5/2023 | JO | Email from client and respond re proof hearing notice; position of discharge creditors. | 0.20 | |
| 5/11/2023 | JO | Phone call with counsel to AFC re pretrial. | 0.20 | |
| 10/20/2022 | KM | Prepared 341a meeting letter and emailed to the clients. | 0.40 | |
| 12/9/2022 | JO | Study file in preparation of conference with UST. | 0.40 | |
| 12/19/2022 | JO | Email from client re meeting. | 0.10 | NO CHARGE |
| 12/27/2022 | SJ | Save Meeting of Creditor notice from Chapter 11 conversion and update firm calendar with dates. | 0.10 | |
| 1/20/2023 | JO | Emails from UST in advance of meeting. Email to client; phone call to client. | 0.20 | |
|  | JO | Attend 341(a) meeting with client by conference call. | 1.30 | |
| 1/12/2022 | SJ | Prepare mailing of Ballots and order setting deadlines and scheduling confirmation hearing. | 2.00 | |
| 11/11/2022 | JO | Phone call with counsel to Thrift Investment (John Morton, Esq.) re arrears on vehicles; issues with debtor. | 0.30 | |
| 11/14/2022 | JO | Study court notice re chapter 13 confirmation. | 0.10 | NO CHARGE |
| 11/16/2022 | JO | Study court notice of hearing on confirmation of chapter 13 plan. | 0.10 | NO CHARGE |
| 11/28/2022 | JO | Study JP Morgan Chase Objection to confirmation of chapter 13 plan. | 0.10 | |
| 11/29/2022 | SJ | Save ecf Objection to Confirmation of Plan. | 0.10 | |
| 12/1/2022 | JO | Study BOA objection to confirmation of plan. | 0.20 | |
| 12/7/2022 | SJ | Save ecf Objection to Confirmation of Plan. | 0.10 | |

Alexandre Dacosta & Vivainne C. Antunes                                                         Page   14

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/20/2022 | JO | Phone call with BAV counsel re preparation of joint plan. | 0.20 | |
|  | JO | Study appraisal for vehicles. | 0.20 | |
| 12/21/2022 | JO | Study file materials and outline joint plan. | 0.70 | |
| 12/27/2022 | JO | Meet with client s and counsel to BAV Auto re development of joint plan. | 2.50 | |
|  | JO | Continue meeting with counsel to BAV Auto. | 0.50 | |
|  | JO | Continue drafting and development of plan. | 1.30 | |
| 12/29/2022 | JO | Email from BAV counsel and study attached letter from BAV customer. Respond to BAV counsel re treatment of party in plan. | 0.30 | |
|  | JO | Continue development and drafting of plan. | 1.50 | |
| 1/3/2023 | JO | Continue drafting and development of plan. | 1.40 | |
| 1/4/2023 | JO | Phone call and email exchange with BAV counsel. | 0.30 | |
|  | JO | Electronically file joint plan in both cases. | 0.40 | |
|  | JO | Proof read and revise plan. | 0.50 | |
|  | JO | Prepare plan and exhibits for filing. | 0.50 | |
|  | JO | Prepare exhibits. | 0.80 | |
|  | JO | Prepare Liquidation Analysis. | 1.20 | |
|  | JO | Continue drafting plan. | 2.10 | |
|  | JO | Continue and complete draft of plan. | 2.20 | |
| 1/5/2023 | SJ | Saved filed Plan & exhibits into directory filed in BAV Auto case. | 0.10 | |
|  | JO | Confer with staff re plan; service. | 0.30 | |
|  | JO | Study file and prepare Ballots for service with plan. | 2.30 | |
| 1/9/2023 | JO | Organize ballots and file materials for service of plan. | 0.50 | |
|  | JO | Continue preparation of ballots and mailing list to assure service. | 2.20 | |
| 1/10/2023 | JO | Memo to staff re service and additional parties. | 0.20 | |
| 1/12/2023 | JO | Email to M Politan re conference on plan and related issues. | 0.10 | NO CHARGE |
|  | KM | Assisted in Mailing out Ballots | 0.50 | |
| 1/24/2023 | JO | Study ballot of American Express rejecting plan. | 0.10 | |
|  | JO | Study Automotive Finance's ballots rejecting the plan. | 0.20 | |
| 1/26/2023 | JO | Study US Trustee's objection to confirmation of plan. | 0.30 | |
| 1/27/2023 | JO | Study ballots of Bankers Health Care Group; Discover and Amex submitted in response to plan. | 0.10 | |
|  | SJ | Save Objection to Confirmation in BAV AUTO L.L.C. matter. | 0.10 | |
|  | SJ | Save objection to Confirmation in Dacosta matter. | 0.10 | |
|  | SJ | Save Objection to Confirmation of Plan with exhibits filed in BAV Auto matter. | 0.10 | |
|  | SJ | Save Objection to Confirmation with exhibits filed by Automotive Finance. | 0.10 | |
| 1/30/2023 | JO | Phone call to counsel to Westlake | 0.10 | |
|  | JO | Phone call to D. McGehrin re Vero consent to adjournment of confirmation and extension of time to answer complaint. | 0.20 | |
|  | JO | 2 Phone calls with counsel to Automotive Finance re adjournment and discharge deadline. | 0.20 | |
|  | JO | Phone call with counsel to Westlake re postponement of confirmation hearing; issue with cars missing from sale list. | 0.20 | |
|  | JO | Study Westlake objection to confirmation. | 0.30 | |
|  | JO | Study US Trustee objection to confirmation and exhibits. | 0.40 | |
|  | JO | Study Automotive Finance objection to confirmation. | 0.40 | |
| 1/31/2023 | SJ | Save objection to confirmation into Dacosta and BAV Auto matter. | 0.10 | |
|  | SJ | Save filed objection to confirmation of plan filed by XL Funding, LLC in Dacosta and BAV Auto matter. | 0.10 | |
|  | JO | Email from trustee re adjournment; phone call to trustee. | 0.10 | |
|  | JO | Phone call with US Trustee re confirmation; adjournment. | 0.10 | |

Alexandre Dacosta & Vivainne C. Antunes                                                                                                      Page    15

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/31/2023 | JO | Phone call with counsel to Auction Credit Enterprises re ballots; adjournment. | 0.20 | |
| | JO | Phone call with M Politan re confirmation; adjournment; sale of vehicle. | 0.20 | |
| | JO | Draft adjournment request form for confirmation hearing. | 0.20 | |
| | JO | Email to chambers re adjournment request. | 0.20 | |
| | JO | Study ballots. | 0.50 | |
| | JO | Draft Certification of Ballots. | 1.80 | |
| 2/1/2023 | JO | Phone call to client (leave message) re adjournment. | 0.10 | NO CHARGE |
| | JO | Phone call with S. Pertuz re scheduling; objections to confirmation. | 0.20 | |
| | JO | Electronically file certification of ballots in both cases. | 0.10 | |
| | JO | Email to US Trustee re certifications of ballots. | 0.10 | |
| 2/2/2023 | JO | Email to client re confirmation hearing and various other matters. | 0.30 | |
| 2/3/2023 | JO | Phone call and email to court re adjournment request. | 0.20 | NO CHARGE |
| | JO | Email from counsel to creditor. Phone call and email to court re adjournment of confirmation hearing. | 0.20 | |
| | JO | Email from court re adjournment of confirmation hearing. | 0.10 | |
| 2/7/2023 | JO | Phone call with counsel to BAV re issues with sale of cars and plan. | 0.30 | |
| 2/16/2023 | JO | Begin draft of modified plan. | 1.30 | |
| 2/17/2023 | JO | Email from client re response to outline of proposals. | 0.20 | |
| | JO | Study file and claims; develop response addressing client questions. | 0.30 | |
| | JO | Memo to client re outline of proposals. | 1.00 | |
| | JO | Meet with client and BAV counsel re modified plan and related proposals. | 2.00 | |
| 2/21/2023 | JO | Phone call with client re modifications to plan and proposals to creditors. | 0.10 | |
| | JO | Phone call with trustee re modified plan and negotiations with creditors. | 0.20 | |
| 2/22/2023 | JO | Continue draft of modified plan. | 1.00 | |
| | JO | Research re treatment of secured classes. Continue plan. | 1.00 | |
| | JO | Continue drafting plan. | 1.00 | |
| | JO | Continue plan; study docket and claims to update plan. | 1.20 | |
| | JO | Complete, review and revise draft of modified plan. | 1.90 | |
| 2/23/2023 | JO | Phone call with counsel to Vero re status. | 0.30 | |
| | JO | Review and revise plan. Prepare exhibits. | 1.10 | |
| 2/27/2023 | JO | Emails from client re plan approval; title problems. | 0.20 | |
| | JO | Email to M. Politan re modified plan; addressing objectors. | 0.20 | |
| 2/28/2023 | JO | Email from trustee re modified plan. | 0.10 | |
| | SJ | Save filed First Modified Chapter 11 Small Business Subchapter V Plan. | 0.10 | |
| 3/2/2023 | JO | Phone call to counsel to Westlake. | 0.10 | |
| | JO | Phone call to counsel to XL Funding. | 0.10 | |
| | JO | Phone call with D. Thompson re plan; adjournment; extension of time to answer. | 0.30 | |
| 3/3/2023 | JO | Email exchange with BAV counsel re confirmation hearing. | 0.10 | |
| | JO | Draft proposed stipulation extending time for debtors to answer AFC discharge complaint. | 0.10 | |
| | JO | Email to AFC counsel. | 0.10 | |
| | JO | Phone call and email to XL's counsel re postponement of confirmation; related issues. | 0.20 | |
| | JO | Phone calls and email to XL's counsel re confirmation hearing. | 0.20 | |
| | JO | Email exchange with client. | 0.30 | |
| | JO | Email exchange with client re negotiations with AFC and others. | 0.50 | |
| | JO | Draft email explaining proposal to AFC's counsel. | 0.70 | |
| 3/6/2023 | JO | Email from counsel to XL re hearing adjournment. | 0.10 | |
| 3/8/2023 | JO | Phone call with BAV Counsel re surrender of vehicles; plan. | 0.30 | NO CHARGE |

Alexandre Dacosta & Vivainne C. Antunes                                                                                     Page    16

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/9/2023 | JO | Study email from court confirming adjournment of confirmation hearing. | 0.10 | NO CHARGE |
|  | SJ | Update firm calendar with new hearing date on confirmation hearing and status conference. | 0.10 |  |
| 3/13/2023 | JO | Email exchange with counsel to XL re extension of time; response to modified plan. | 0.20 |  |
|  | JO | Email exchange with counsel to XL re conference. | 0.10 |  |
|  | JO | Email from counsel to AFC and respond re modified plan. | 0.30 |  |
| 3/14/2023 | JO | Phone call with counsel to AFC re response to modified plan; issues that AFC sees as matters requiring address prior to confirmation. | 0.20 |  |
| 3/15/2023 | JO | Email from client re treatment of claims. | 0.10 |  |
|  | JO | Prepare and begin draft of second modified plan. | 0.90 |  |
| 3/17/2023 | JO | Phone conference with XL counsels re plan. | 0.50 |  |
| 3/20/2023 | JO | Continue modified plan. | 0.30 |  |
| 3/21/2023 | JO | Phone call with M. Politan re progress of plan negotiations. | 0.40 |  |
| 3/23/2023 | JO | Continue second modified plan. | 1.60 |  |
| 3/24/2023 | KM | Served Order respecting Amendment, Confirmation Hearing, Order, 341a Notice and Modified plan on all interested parties. Prepared COS and filed with the court. | 0.75 |  |
|  | JO | Study IRS objection to confirmation of plan. | 0.20 |  |
|  | JO | Continue second modified plan. | 1.90 |  |
| 3/27/2023 | JO | Email exchange with client re modified plan. | 0.20 | NO CHARGE |
|  | JO | Proof and revise plan. | 0.50 | NO CHARGE |
|  | JO | 2 Emails to client re second modified plan. | 0.40 |  |
| 3/28/2023 | JO | Continue preparation of ballots for service. | 1.80 |  |
|  | JO | Prepare ballots for second modified plan. | 2.30 |  |
| 3/29/2023 | SJ | Save filed Objection to Confirmation of Plan on behalf of United States of America. | 0.10 |  |
| 3/30/2023 | JO | Phone call with M. Politan re modified plan. | 0.30 |  |
|  | JO | Prepare papers for service. Memo to staff re service. | 1.20 |  |
|  | JO | Continue and revise ballots and related plan materials. | 2.30 |  |
| 3/31/2023 | JO | Electronically file second modified plan. | 0.30 |  |
|  | JO | Email to court re request for re-noticing. | 0.30 |  |
| 4/3/2023 | SJ | Save filed Plan and exhibits. | 0.10 |  |
|  | JO | Study scheduling order for confirmation hearing on second modified plan. | 0.10 |  |
| 4/11/2023 | JO | Phone call with counsel to AFC re pretrial; plan; related matters. | 0.30 |  |
|  | JO | Phone call with Mark Politan re plan negotiations. | 0.40 |  |
| 4/12/2023 | SJ | Serve Plan, Order and Ballots. | 0.20 |  |
|  | SJ | Prepare service list/labels for serving Ballots and Plan; photocopy Ballots and Plan; and insert into envelopes. | 4.00 |  |
| 4/24/2023 | SJ | Prepare mailing to Joseph Lempkin Ballot and Plan. | 0.10 |  |
|  | JO | Phone call with counsel to Vero re proposal; issues. | 0.20 |  |
|  | JO | Phone call with M. Politan re negotiations with creditors. | 0.20 |  |
| 4/26/2023 | JO | Phone call from counsel to Vero re intentions with regard to adversary proceeding and plan. | 0.20 |  |
| 5/1/2023 | JO | Phone call from AFC Counsel re declining plan. | 0.10 |  |
| 5/5/2023 | JO | Email from client re plan; intentions; discharge claimants. | 0.10 |  |
| 5/10/2023 | KM | Review email from John re AMEX ballot attached to be saved in file. | 0.20 |  |
| 5/11/2023 | KM | Scan in ballots received. | 0.25 |  |
|  | JO | Phone message to counsel to Vero re plan. | 0.10 |  |
|  | JO | Phone message with counsel to XL re plan. | 0.10 |  |
|  | JO | Email from client re XL. | 0.10 |  |

Alexandre Dacosta & Vivainne C. Antunes  Page 17

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 5/11/2023 | JO | Phone call and email to AFC counsel. | 0.10 | |
| | JO | Study AFC objection to confirmation of plan. | 0.20 | |
| | JO | Email from counsel to XL and email to client re XL's position on loan. | 0.20 | |
| | JO | Draft adjournment request form. | 0.20 | |
| | JO | Phone call with NJ Div. of Taxation re returns; objection to confirmation. | 0.20 | |
| | JO | Study US Trustee objection to confirmation. | 0.30 | |
| | JO | Phone call with counsel to AFC re plan; pending offers. | 0.30 | |
| | JO | Email to adversaries re request for consent to adjourn confirmation hearing. | 0.30 | |
| | JO | Study XL Objection to confirmation of plan. | 0.30 | |
| | JO | Study NJ Div. of Taxation objection to confirmation of plan. | 0.30 | |
| | JO | Study file and code re requirements for confirmation. | 0.60 | |
| 5/16/2023 | SJ | Save filed Objection to Confirmation of Plan. | 0.10 | |
| | KM | Review email from JOB to save returned ballots in file. | 0.25 | |
| 5/17/2023 | SJ | Save filed Objection to Confirmation of Plan from Division of Tax. | 0.10 | |
| 10/19/2022 | KM | Email to clients re paperwork needed to finish schedules. | 0.20 | |
| | KM | Prepared Short form Petition and filed with the court. | 0.50 | |
| 10/28/2022 | KM | Updated Petition & Schedules | 2.00 | |
| 10/31/2022 | KM | Updated Petition and Schedules. | 2.00 | |
| 11/1/2022 | KM | Updated Petition and Schedules. | 2.50 | |
| 11/2/2022 | KM | Updated Petition and Schedules | 0.50 | |
| 11/3/2022 | KM | Email to client re missing information. Review emails with paperwork. Updated Petition and Schedules, prepared Ch13 and Attorney fee disclosure. Email to client for missing documents. Organize file. | 1.50 | |
| 11/7/2022 | KM | Updated Petition and Schedules with revisions from meeting. | 1.00 | |
| | KM | Review email with Appraisal. Print and save in file. | 0.20 | |
| | KM | Email to client re information needed. Phone call from client to go over information needed. Review email with W2 attached to print and save in file. | 0.25 | |
| 11/8/2022 | KM | Review letters received from Truit Bank. Discussion with John regarding same. | 0.20 | |
| 11/9/2022 | KM | Made revisions to petition per JOB. | 0.60 | |
| 11/11/2022 | JO | Study schedules and instruct paralegal re filing. | 0.10 | |
| 11/18/2022 | KM | Filed Missing Schedules with the court. | 0.40 | |
| | KM | Filed Amended Schedules D, E/F with the court. | 0.40 | |
| 10/19/2022 | JO | Confer with client re nature of plan; values of properties. | 0.60 | |
| 10/28/2022 | KM | Received drop box documents from Steve Perutz to print and save. | 0.30 | |
| 11/11/2022 | JO | Email to client re certification in support of conversion and joint administration. | 0.20 | |
| 11/14/2022 | CCN | Discussion with J. O'Boyle re: OTSC hearing; reviewed pacer, discussion with J. McDonnell re: coverage | 0.30 | NO CHARGE |
| 11/15/2022 | JM | Attend hearing on OTSC. All missing documents filed. Matter resolved. | 0.30 | |
| 11/16/2022 | SJ | Serve Motion to Convert Case to Chapter 11. | 1.00 | |
| 11/17/2022 | SJ | Serve Motion to Joint Administration of BAV Auto. | 1.00 | |
| 11/18/2022 | JO | Study order transferring case to Judge Sherwood. | 0.10 | |
| 11/28/2022 | SJ | Save filed Application For Retention of Professional Norgaard, O'Boyle & Hannon and update firm calendar with objection deadline. | 0.10 | |
| | SJ | Prepare Certification of Service and file with the bankruptcy court. | 0.30 | |
| | SJ | Serve Application for Retention of Professional Norgaard O'Boyle. | 0.40 | |
| 12/9/2022 | JO | Phone call with counsel to UST re objection to joint administration and ability to proposed joint plan. | 0.40 | |

Alexandre Dacosta & Vivainne C. Antunes                                                                                         Page    18

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/3/2023 | SJ | Save ecf Order Granting Application to Employ Norgaard. | 0.10 | |
| | SJ | Prepare mailing of Order Granting Application to Employ Norgaard O'Boyle. | 0.30 | |
| 1/20/2023 | JO | Draft certification of complaint with Code Sec. 1116(1). | 0.40 | |
| | JO | Draft Subchapter V Status report. Research re order for relief; deadlines and obligation to file reports. | 0.70 | |
| 1/30/2023 | SJ | Save Motion to Sell Property Free and Clear of Liens. | 0.10 | |
| 2/1/2023 | SJ | Save filed Order Granting Application to Shorten Time and update firm calendar with hearing date. | 0.10 | |
| 2/8/2023 | SJ | Save response on Motion to Sell by Vero Finance. | 0.10 | |
| | SJ | Save objection to Motion to Sell by XL Funding. | 0.10 | |
| | SJ | Save response from Westlake Flooring Objection to Application to Approve Sale. | 0.10 | |
| 2/15/2023 | SJ | Save filed Order Granting Motion For Joint Administration Lead Case. | 0.10 | |
| 3/15/2023 | SJ | Save filed Motion to Sell BMW and Application Short time. | 0.10 | |
| 3/28/2023 | JO | Attendance at court for hearing on motion to sell car. Motion granted. | 0.70 | |
| 3/30/2023 | SJ | Save filed Order Authorizing Debtor to Sell Automobile Free and Clear of Liens. | 0.10 | |
| 4/25/2023 | SJ | Save filed Stipulation in connection with XL Funding, LLC dba Axle Funding, LLC f/k/a Auction v. Dacosta et al matter. | 0.10 | |
| 5/8/2023 | SJ | Save filed Application For Retention of Professional Guzman Consulting Group, LLC as Accountant and update firm calendar with objection deadline. | 0.10 | |
| 5/11/2023 | SJ | Save filed Order Granting Application to Employ Guzman Consulting Group, LLC as Accountant. | 0.10 | |
| 11/30/2022 | JO | Email to client re Thrift Investment. | 0.10 | |
| 1/6/2023 | JO | Study Thrift Investment motion for relief from the stay. | 0.30 | |
| 2/1/2023 | JO | Study orders granting relief from stay as to Porsche and Lamborghini. | 0.10 | |
| 2/27/2023 | JO | Study email from court re motions for relief from stay; conflicting security interests. | 0.20 | |
| 3/7/2023 | JO | Email to client re XL motion for relief; NJ DOL; need to file tax returns. | 0.20 | |
| | JO | Study XL motion for relief from the automatic stay. | 0.40 | |
| 4/4/2023 | JO | Emails from client re surrender of car to Thrift. Respond. | 0.20 | |
| 5/2/2023 | JO | Study order granting relief from stay to XL. | 0.10 | |
| 5/11/2023 | JO | Email from counsel to XL re ballots, contact for recovery of cars. Respond. | 0.30 | |
| 11/8/2022 | JO | Travel time to meeting with client and BAV counsel. | 0.80 | |
| 12/27/2022 | JO | Travel time to and from meeting. | 1.00 | |
| 2/17/2023 | JO | Travel time to meeting with client and BAV counsel. | 0.70 | |
| | | For professional services rendered | 226.85 | $76,886.75 |

Additional Charges :

| | | Amount |
|---|---|---|
| 10/19/2022 | Filing Fee - U.S. Bankruptcy Court | 313.00 |
| 11/14/2022 | Filing Fee - U.S. Bankruptcy Court (Amended Schedules) | 32.00 |
| 11/15/2022 | Filing Fee - Court Solutions | 50.00 |
| 12/14/2022 | Filing Fee - Court Solutions | 50.00 |
| 12/21/2022 | Filing Fee - US Bankruptcy Court (Conversion) | 932.00 |
| 2/7/2023 | Filing Fee - Court Solutions | 50.00 |
| 3/15/2023 | Filing Fee - U.S. Bankruptcy Court | 188.00 |

Alexandre Dacosta & Vivainne C. Antunes                                                      Page    19

|  |  | Amount |
|---|---|---:|
| 3/23/2023 | Filing Fee - NJ Bankruptcy Court (Tracking ID #A45108891) | 32.00 |
|  | Filing Fee - U.S. Bankruptcy Court (Amended Schedules) | 32.00 |
| 3/28/2023 | Filing Fee - Court Solutions | 50.00 |
| 1/12/2022 | Copies - 6,004 | 1,200.80 |
| 11/16/2022 | Copies - 793 | 158.60 |
| 11/17/2022 | Copies - 610 | 122.00 |
| 11/18/2022 | Copies - 384 | 76.80 |
| 11/28/2022 | Copies - 100 | 20.00 |
| 1/3/2023 | Copies - 40 | 8.00 |
| 1/10/2023 | Copies - 108 | 21.60 |
| 3/17/2023 | Copies - 1,386 | 277.20 |
| 3/24/2023 | Copies - 688 | 137.60 |
| 3/30/2023 | Copies - 98 | 19.60 |
| 4/12/2023 | Copies - 5,721 | 1,144.20 |
| 1/12/2022 | Postage | 207.36 |
| 11/16/2022 | Postage | 73.20 |
| 11/17/2022 | Postage | 73.20 |
| 11/18/2022 | Postage | 38.88 |
| 11/28/2022 | Postage | 12.00 |
| 1/3/2023 | Postage | 5.70 |
| 1/10/2023 | Postage | 30.78 |
| 2/13/2023 | Postage | 0.60 |
| 3/15/2023 | Postage | 0.60 |
| 3/17/2023 | Postage | 55.44 |
| 3/24/2023 | Postage | 25.44 |
| 3/30/2023 | Postage | 11.76 |
| 4/12/2023 | Postage | 214.62 |
| 4/24/2023 | Postage | 5.88 |
|  | **Total additional charges** | **$5,670.86** |