# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: <br> BAV Auto LLC <br> <br> Debtor | : <br> : <br> : <br> : <br> : | CHAPTER 11 <br> <br> BANKRUPTCY NO. 22-17933(JKS) |
| IN RE: <br> Alexandre Dacosta and Viviane Antunes <br> Debtors | : <br> : <br> : <br> : <br> : <br> : | CHAPTER 11 <br> <br> BANKRUPTCY NO. 22-18303(JKS) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Objections of Westlake Flooring Services to Confirmation of Debtors' Second Modified Joint Plan of Reorganization was served upon all counsel of record via ECF notification and upon the individual debtors by first class mail on June 6, 2023, per the below:

TO:  John O'Boyle, Esquire  
     Norgaard O'Boyle & Hannon  
     184 Grand Avenue  
     Englewood, NJ 07631  
     (Via ECF Only)

U.S. Trustee  
US Dept of Justice  
Office of the US Trustee  
One Newark Center Ste 2100  
Newark, NJ 07102  
(Via ECF Only)

     Steven D. Pertuz  
     Law Offices of Steven D. Pertuz, LLC  
     111 Northfield Avenue  
     Suite 304  
     (Via ECF Only)

Mark Politan - Trustee  
Politan Law, LLC  
88 East Main Street #502  
Mendham, NJ 07945  
(Via ECF Only)

     Alexandre J. Dacosta  
     80 Columbia Avenue  
     Kearny, NJ 07032

Vivianne C. Antunes  
80 Columbia Avenue  
Kearny, NJ 07032

LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO

DATED:  June 6, 2023

/S/ REGINA COHEN  
Regina Cohen, Esquire  
Attorney for Westlake Services

2417439v1