UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Attorneys for Debtor-in-Possession
By: John O'Boyle (JO    6337)
    joboyle@norgaardfirm.com

In Re:

Alexandre Dacosta & Vivianne Antunes

Case No.: 22-18303
Adv. Pro. No.: _____
Chapter: 11
Subchapter V:  ☒ Yes  ☐ No
Hearing Date: 6/13/2023
Judge: Sherwood

## ADJOURNMENT REQUEST

1. I, __John O'Boyle, Esq.__,

    ☒ am the attorney for: __Debtors, Alexandre Dacosta & Vivianne Antunes__,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Status Conference & Confirmation Hearing for Joint Plan of Reorganization.

    Current hearing date and time: June 13, 2023 at 10 AM

    New date requested: July 18, 2023

    Reason for adjournment request: Additional time is requested to prepare tax returns and address objections to confirmation.

2. Consent to adjournment:

    ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

    _____
    _____

I certify under penalty of perjury that the foregoing is true.

Date: June 6, 2023                                          /s/ John O'Boyle
                                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: July 18, 2023 @ 10:00 am        ❏ Peremptory

❏ Granted over objection(s)    New hearing date: _____        ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*