| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| POLITAN LAW, LLC<br>88 East Main Street, #502<br>Mendham, New Jersey 07945<br>Mark J. Politan, Esq.<br><br>Subchapter V Trustee |

Order Filed on June 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>ALEXANDRE J. DACOSTA and<br>VIVIANNE C. ANTUNES<br><br>Debtors. | Case No.: 22-18303<br><br>Hearing Date: 6/1/2023<br><br>Judge: Sherwood<br><br>Chapter: 11 (Sub V) |
|---|---|

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: June 12, 2023

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person named below filed an application for allowances [ECF No. 111]; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and no objection(s) were filed to the application; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Mark J. Politan, Esq. | $8,120.00 | $100.60 |

*rev.8/1/15*