UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Attorneys for Debtor-in-Possession
By: John O'Boyle (JO    6337)
    joboyle@norgaardfirm.com

In Re:

Alexandre Dacosta & Vivianne Antunes

Case No.: 22-18303
Adv. Pro. No.: 
Chapter: 11
Subchapter V: ☒ Yes ☐ No
Hearing Date: 7/18/2023
Judge: Sherwood

## ADJOURNMENT REQUEST

1. I, __John O'Boyle, Esq.__,

   ☒ am the attorney for: __Debtors, Alexandre Dacosta & Vivianne Antunes__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Status Conference & Confirmation Hearing for Joint Plan of Reorganization.

   Current hearing date and time: July 18, 2023 at 10 AM

   New date requested: August 8, 2023

   Reason for adjournment request: Additional time is requested to prepare tax returns and address objections to confirmation.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: July 12, 2023

/s/ John O'Boyle
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: August 8, 2023 @ 10:00          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**