UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Attorneys for Debtor-in-Possession
By:  John O'Boyle, Esq, (JO – 6337)
        joboyle@norgaardfirm.com

**Order Filed on July 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ALEXANDRE DACOSTA and
VIVIANNE ANTUNES,

Debtors.

| | |
|---|---|
| Case No.: | 22-18303 |
| Hearing Date: | July 6, 2023 |
| Judge: | Sherwood |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 27, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The debtors' counsel, Norgaard, O'Boyle & Hannon, having filed its first interim application for allowance of compensation and reimbursement of expenses [ECF No. 126] for the period from October 17, 2022 through May 19, 2023; and the applicant seeking fees in the amount of $76,886.75 and expenses in the amount of $5,670.86; and the Court having reviewed the application; and the Court allowing fees in the amount of $40,000 on an interim basis and allowing expenses in the amount of $5,670.86;[1] it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Norgaard, O'Boyle & Hannon | $40,000.00 | $5,670.86 |

Applicant may seek payment of the amounts allowed above, less $6,775.00 previously received, from the debtors and/or the Estate as an Administrative Expense.

---

[1] The balance of the fees requested, namely $36,886.75, shall be considered together with confirmation of the plan.

*rev.8/1/15*

2