UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Attorneys for Debtor-in-Possession
By: John O'Boyle (JO    6337)
    joboyle@norgaardfirm.com

In Re:

Alexandre Dacosta & Vivianne Antunes

Case No.: 22-18303
Adv. Pro. No.: 
Chapter: 11
Subchapter V: ☒ Yes  ☐ No
Hearing Date: 8/29/2023
Judge: Sherwood

## ADJOURNMENT REQUEST

1. I, __John O'Boyle, Esq.__,

    ☒ am the attorney for: Debtors, Alexandre Dacosta & Vivianne Antunes,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Status Conference & Confirmation Hearing for Joint Plan of Reorganization.

    Current hearing date and time: August 29, 2023 at 10 AM

    New date requested: September 12, 2023

    Reason for adjournment request: Debtor seeks additional time to address objections to confirmation, and parties request postponement to accomodate summer schedules.

2. Consent to adjournment:

    ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

    _____
    _____

I certify under penalty of perjury that the foregoing is true.

Date: August 9, 2023

/s/ John O'Boyle
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: September 12, 2023 @ 10    ❏ Peremptory

❏ Granted over objection(s)    New hearing date: _____    ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*