**Fill in this information to identify the case:**

Debtor Name: Alexandre Da Costa & Vivianne Antunes

United States Bankruptcy Court for the: District of New Jersey

Case number: 22-18303

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: July                    Date report filed: 07/31/2023
                                                  MM / DD / YYYY

Line of business: _____    NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Vivianne Antunes & Alexandre Da Costa

Original signature of responsible party: _____

Printed name of responsible party: Vivianne Antunes & Alexandre Da Costa

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☑ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name  Alexandre Da Costa & Vivianne Antunes          Case number 22-18303

| | No | Yes | N/A |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**                                                    $ 158,723.43

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                         $   8,869.86

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.                                                                                  – $  21,454.21

Report the total from *Exhibit D* here.

**22. Net cash flow**                                                                          + $ -12,584.35

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                                                = $ 146,139.08

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**                                                                            $      0.00

    *(Exhibit E)*

Debtor Name  Alexandre Da Costa & Vivianne Antunes          Case number 22-18303

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                  $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                              _____0_____
27. What is the number of employees as of the date of this monthly report?                                 _____0_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                $ __14,728.60__
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ __14,728.60__
30. How much have you paid this month in other professional fees?                                          $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                         $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|     | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 6,830.35 | − | $ 8,869.86 | = | $ -2,039.51 |
| 33. **Cash disbursements** | $ -607.94 | − | $ 21,454.21 | = | $ -22,062.15 |
| 34. **Net cash flow** | $ -809.80 | − | $ -12,584.35 | = | $ -13,394.15 |

35. Total projected cash receipts for the next month:                     $ __6,706.66__
36. Total projected cash disbursements for the next month:              − $ __6,500.00__
37. Total projected net cash flow for the next month:                   = $ ___206.66___

Debtor Name  Alexandre Da Costa & Vivianne Antunes    Case number 22-18303

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



# TD Bank

America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

ALEXANDRE J DACOSTA
VIVIANNE ANTUNES
DIP CASE 22-18303 NJ
80 COLUMBIA AVE
KEARNY NJ  07032

Page: 1 of 6
Statement Period: Jul 08 2023-Aug 07 2023
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

ALEXANDRE J DACOSTA
VIVIANNE ANTUNES
DIP CASE 22-18303 NJ

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 158,723.43 | Average Collected Balance | 147,905.69 |
| Deposits | 4,750.80 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 4,119.06 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 8,220.60 | Days in Period | 31 |
| Electronic Payments | 6,725.61 | | |
| Other Withdrawals | 6,508.00 | | |
| Ending Balance | 146,139.08 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/11 | DEPOSIT | 1,352.61 |
| 07/24 | MOBILE DEPOSIT | 676.30 |
| 07/24 | MOBILE DEPOSIT | 676.29 |
| 08/01 | MOBILE DEPOSIT | 676.30 |
| 08/07 | MOBILE DEPOSIT | 693.00 |
| 08/07 | MOBILE DEPOSIT | 676.30 |
| | Subtotal: | 4,750.80 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/10 | DEBIT CARD CREDIT, *****30143978310, AUT 070723 VISA DDA REF WALMART COM          WALMART COM   * AR | 8.50 |
| 07/14 | ACH DEPOSIT, ATLAS REFINERY I PAYROLL ****3600046974X | 2,000.74 |
| 07/21 | ACH DEPOSIT, 0170TC27 INTEGRI PAYROLL 0170TC27 | 100.00 |
| 07/24 | DEBIT CARD CREDIT, *****30143978310, AUT 072123 VISA DDA REF AMZN MKTP US AMZN COM BI   AMZN COM BILL * WA | 9.09 |
| 07/31 | ACH DEPOSIT, ATLAS REFINERY I PAYROLL ****2100045346X | 2,000.73 |
| | Subtotal: | 4,119.06 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 6

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    146,139.08

❷ Total Deposits    +

❸ Sub Total

❹ Total Withdrawals    -

❺ Adjusted Balance

❷
| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

❹
| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ALEXANDRE J DACOSTA
VIVIANNE ANTUNES
DIP CASE 22-18303 NJ

Page: 3 of 6
Statement Period: Jul 08 2023-Aug 07 2023
Cust Ref #: 
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/20 | 133 | 8,220.60 |
| | Subtotal: | 8,220.60 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/10 | DEBIT CARD PURCHASE, *****30143978310, AUT 070623 VISA DDA PUR MIDTOWN PHARMACY    KEARNY    * NJ | 22.05 |
| 07/10 | DEBIT POS, *****30143978310, AUT 071023 DDA PURCHASE SPEEDWAY  214 PASSAIC    HARRISON    * NJ | 21.96 |
| 07/10 | DEBIT CARD PURCHASE, *****30143978310, AUT 070723 VISA DDA PUR AMZN MKTP US N06AX7N03    AMZN COM BILL * WA | 16.88 |
| 07/10 | DEBIT CARD PURCHASE, *****30143978310, AUT 070823 VISA DDA PUR AMAZON COM 3Q92B57Y3    AMZN COM BILL * WA | 16.30 |
| 07/10 | DEBIT CARD PURCHASE, *****30143978310, AUT 070823 VISA DDA PUR AMAZON COM IV9870CH3 AMZ    AMZN COM BILL * WA | 15.90 |
| 07/10 | DEBIT CARD PURCHASE, *****30143978310, AUT 070823 VISA DDA PUR AMAZON COM FF7X268E3 AMZ    AMZN COM BILL * WA | 11.77 |
| 07/10 | DEBIT CARD PURCHASE, *****30143978310, AUT 070823 VISA DDA PUR AMAZON COM 7M2HW5JW3 AMZ    AMZN COM BILL * WA | 11.63 |
| 07/10 | DEBIT CARD PURCHASE, *****30143978310, AUT 070823 VISA DDA PUR AMZN MKTP US BO5AH6O03    AMZN COM BILL * WA | 10.58 |
| 07/10 | DEBIT CARD PURCHASE, *****30143978310, AUT 070723 VISA DDA PUR DHAR PEDIATRICS LLC    NEWARK    * NJ | 10.00 |
| 07/10 | DEBIT CARD PURCHASE, *****30143978310, AUT 070823 VISA DDA PUR AMAZON COM D07K18VX3 AMZ    AMZN COM BILL * WA | 9.39 |
| 07/10 | DEBIT CARD PURCHASE, *****30143978310, AUT 070823 VISA DDA PUR AMZN MKTP US 1B2NX6OX3 A    AMZN COM BILL * WA | 9.09 |
| 07/10 | DEBIT CARD PURCHASE, *****30143978310, AUT 070823 VISA DDA PUR AMAZON COM C37WR52T3 AMZ    AMZN COM BILL * WA | 6.07 |
| 07/11 | ACH DEBIT, ATT PAYMENT ****73003EPAYO | 88.03 |
| 07/12 | DEBIT CARD PURCHASE, *****30143978310, AUT 071123 VISA DDA PUR EBAY O 08 10280 53297    SAN JOSE    * CA | 31.88 |
| 07/12 | DEBIT CARD PURCHASE, *****30143978310, AUT 071123 VISA DDA PUR NJ MOTOR VEHICLE PAY    EGOV COM    * NJ | 11.75 |
| 07/13 | ELECTRONIC PMT-TEL, CHASEHOMEFINANCE LN PMT ****782163 | 2,369.36 |
| 07/13 | DEBIT POS, *****30143978310, AUT 071323 DDA PURCHASE USPS PO 3 64 MIDLAND A    KEARNY    * NJ | 28.75 |
| 07/14 | DEBIT POS, *****30143978310, AUT 071423 DDA PURCHASE BJS WHOLESALE  0 180 PAS    KEARNY    * NJ | 123.00 |
| 07/14 | DEBIT POS, *****30143978310, AUT 071423 DDA PURCHASE SHOPRITE KEARNY S1    KEARNY    * NJ | 25.64 |
| 07/17 | DEBIT CARD PAYMENT, *****30143978310, AUT 071523 VISA DDA PUR VERIZON BILL PAYMENT    VERIZON COM  * FL | 267.21 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ALEXANDRE J DACOSTA
VIVIANNE ANTUNES
DIP CASE 22-18303 NJ

Page: 4 of 6
Statement Period: Jul 08 2023-Aug 07 2023
Cust Ref #:
Primary Account #:



## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/17 | DEBIT CARD PURCHASE, *****30143978310, AUT 071523 VISA DDA PUR<br>AMZN MKTP US 1Y4GK38L3    AMZN COM BILL * WA | 70.27 |
| 07/17 | DEBIT CARD PURCHASE, *****30143978310, AUT 071323 VISA DDA PUR<br>MIDTOWN PHARMACY    KEARNY    * NJ | 22.05 |
| 07/17 | DEBIT CARD PURCHASE, *****30143978310, AUT 071523 VISA DDA PUR<br>AMZN MKTP US FV2HR7W63    AMZN COM BILL * WA | 4.25 |
| 07/18 | ACH DEBIT, PUBLIC SERVICE PSEG ****94775105 | 210.34 |
| 07/18 | DEBIT CARD PURCHASE, *****30143978310, AUT 071723 VISA DDA PUR<br>ABC VARIETY OF NEWARK    NEWARK    * NJ | 32.00 |
| 07/18 | DEBIT CARD PAYMENT, *****30143978310, AUT 071823 VISA DDA PUR<br>NETFLIX    1 8445052993 * CA | 16.52 |
| 07/20 | DEBIT CARD PURCHASE, *****30143978310, AUT 071823 VISA DDA PUR<br>AMZN MKTP US 7I6UX00O3    AMZN COM BILL * WA | 160.17 |
| 07/20 | DEBIT CARD PURCHASE, *****30143978310, AUT 071923 VISA DDA PUR<br>EXXON DJ S SERVICE STATI    KEARNY    * NJ | 66.73 |
| 07/20 | DEBIT CARD PURCHASE, *****30143978310, AUT 071823 VISA DDA PUR<br>MIDTOWN PHARMACY    KEARNY    * NJ | 22.05 |
| 07/21 | DEBIT POS, *****30143978310, AUT 072123 DDA PURCHASE<br>DJ S SERVICE ST    KEARNY    * NJ | 22.52 |
| 07/24 | ACH DEBIT, PLYMOUTH ROCK P&CMONTHLY HPA****2574043 | 298.54 |
| 07/24 | DEBIT POS, *****30143978310, AUT 072323 DDA PURCHASE<br>BJS WHOLESALE 0 180 PAS    KEARNY    * NJ | 149.69 |
| 07/24 | DEBIT CARD PURCHASE, *****30143978310, AUT 072223 VISA DDA PUR<br>AMZN MKTP US M52Y70CS3    AMZN COM BILL * WA | 97.98 |
| 07/24 | DEBIT POS, *****30143978310, AUT 072323 DDA PURCHASE<br>SHOPRITE KEARNY SQAURE    KEARNY    * NJ | 44.64 |
| 07/24 | DEBIT CARD PURCHASE, *****30143978310, AUT 072223 VISA DDA PUR<br>AMZN MKTP US S20R213I3    AMZN COM BILL * WA | 24.99 |
| 07/24 | DEBIT CARD PURCHASE, *****30143978310, AUT 072023 VISA DDA PUR<br>AMAZON COM 942A64D93    AMZN COM BILL * WA | 19.14 |
| 07/25 | ELECTRONIC PMT-TEL, BANK OF AMERICA PAYMENT 1b0uw35i8 | 894.44 |
| 07/25 | DEBIT CARD PURCHASE, *****30143978310, AUT 072423 VISA DDA PUR<br>ABC VARIETY OF NEWARK    NEWARK    * NJ | 38.89 |
| 07/26 | DEBIT CARD PURCHASE, *****30143978310, AUT 072523 VISA DDA PUR<br>QUICK MART    NEWARK    * NJ | 25.00 |
| 07/26 | DEBIT CARD PURCHASE, *****30143978310, AUT 072523 VISA DDA PUR<br>DHAR PEDIATRICS LLC    NEWARK    * NJ | 10.00 |
| 07/28 | ELECTRONIC PMT-TEL, PRUDENTIAL INS PREM *L***7496023208 | 220.64 |
| 07/28 | ELECTRONIC PMT-TEL, PRUDENTIAL INS PREM *L***7498023208 | 183.03 |
| 07/28 | DEBIT CARD PURCHASE, *****30143978310, AUT 072723 VISA DDA PUR<br>A  J SEABRA SUPERMARKET    KEARNY    * NJ | 33.43 |
| 07/31 | DEBIT CARD PURCHASE, *****30143978310, AUT 072923 VISA DDA PUR<br>AMZN MKTP US TH2H80491    AMZN COM BILL * WA | 73.39 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

ALEXANDRE J DACOSTA
VIVIANNE ANTUNES
DIP CASE 22-18303 NJ

Page: 5 of 6
Statement Period: Jul 08 2023-Aug 07 2023
Cust Ref #: 
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/31 | DEBIT CARD PURCHASE, *****30143978310, AUT 072823 VISA DDA PUR<br>QUICK CHEK FOOD STORES    RAHWAY    * NJ | 60.53 |
| 07/31 | DEBIT POS, *****30143978310, AUT 072923 DDA PURCHASE<br>SHOPRITE KEARNY SQAURE    KEARNY    * NJ | 58.77 |
| 07/31 | DEBIT CARD PURCHASE, *****30143978310, AUT 072923 VISA DDA PUR<br>PETSMART 3021    KEARNY    * NJ | 37.18 |
| 07/31 | DEBIT POS, *****30143978310, AUT 072923 DDA PURCHASE<br>BJS WHOLESALE  0 180 PAS    KEARNY    * NJ | 28.79 |
| 07/31 | DEBIT POS, *****30143978310, AUT 072923 DDA PURCHASE<br>FIVE BELO 274 PASSAIC    KEARNY    * NJ | 28.52 |
| 07/31 | DEBIT POS, *****30143978310, AUT 072923 DDA PURCHASE<br>BJS WHOLESALE  0 180 PAS    KEARNY    * NJ | 13.78 |
| 07/31 | DEBIT CARD PURCHASE, *****30143978310, AUT 072923 VISA DDA PUR<br>AMZN MKTP US TH8PU5T70    AMZN COM BILL * WA | 9.59 |
| 08/02 | ACH DEBIT, EZPASS8882886865 AUTO REPL *P-***307951 | 140.00 |
| 08/02 | DEBIT CARD PURCHASE, *****30143978310, AUT 080123 VISA DDA PUR<br>EXXON DJ S SERVICE STATI    KEARNY    * NJ | 22.52 |
| 08/02 | DEBIT CARD PURCHASE, *****30143978310, AUT 080123 VISA DDA PUR<br>FOODTOWN 421    N ARLINGTON * NJ | 17.01 |
| 08/04 | DEBIT CARD PURCHASE, *****30143978310, AUT 080323 VISA DDA PUR<br>AMZN MKTP US TA5336FC2    AMZN COM BILL * WA | 44.77 |
| 08/04 | DEBIT POS, *****30143978310, AUT 080423 DDA PURCHASE<br>7 ELEVEN    NORTH ARLINGT * NJ | 24.51 |
| 08/07 | ACH DEBIT, ATT PAYMENT ****68001EPAYP | 93.07 |
| 08/07 | DEBIT CARD PURCHASE, *****30143978310, AUT 080623 VISA DDA PUR<br>AMAZON COM TA7S125R2 AMZ    AMZN COM BILL * WA | 73.32 |
| 08/07 | DEBIT CARD PURCHASE, *****30143978310, AUT 080423 VISA DDA PUR<br>AMAZON COM TA2FH7ZI0    AMZN COM BILL * WA | 36.65 |
| 08/07 | DEBIT CARD PURCHASE, *****30143978310, AUT 080423 VISA DDA PUR<br>AMZN MKTP US TH5YE1WO1    AMZN COM BILL * WA | 33.99 |
| 08/07 | DEBIT CARD PURCHASE, *****30143978310, AUT 080323 VISA DDA PUR<br>STAPLES DIRECT    800 3333330 * MA | 30.69 |
| 08/07 | DEBIT POS, *****30143978310, AUT 080723 DDA PURCHASE<br>QUICK CHEK FOOD    HARRISON    * NJ | 28.72 |
| 08/07 | DEBIT CARD PURCHASE, *****30143978310, AUT 080423 VISA DDA PUR<br>AMAZON COM TH6YP0WC1 AMZ    AMZN COM BILL * WA | 16.59 |
| 08/07 | DEBIT CARD PURCHASE, *****30143978310, AUT 080423 VISA DDA PUR<br>AMAZON COM TA5I33AY2 AMZ    AMZN COM BILL * WA | 15.90 |
| 08/07 | DEBIT CARD PURCHASE, *****30143978310, AUT 080423 VISA DDA PUR<br>AMAZON COM TA2VF3A72 AMZ    AMZN COM BILL * WA | 15.29 |
| 08/07 | DEBIT CARD PURCHASE, *****30143978310, AUT 080423 VISA DDA PUR<br>AMAZON COM TH4YN8WQ1    AMZN COM BILL * WA | 12.86 |
| 08/07 | DEBIT CARD PURCHASE, *****30143978310, AUT 080423 VISA DDA PUR<br>AMAZON COM TH8AP4WG1    AMZN COM BILL * WA | 11.32 |



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ALEXANDRE J DACOSTA
VIVIANNE ANTUNES
DIP CASE 22-18303 NJ

Page: 6 of 6
Statement Period: Jul 08 2023-Aug 07 2023
Cust Ref #: 
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/07 | DEBIT CARD PURCHASE, *****30143978310, AUT 080423 VISA DDA PUR AMAZON COM TA9PL4AX2 AMZ    AMZN COM BILL * WA | 10.50 |
| 08/07 | DEBIT CARD PURCHASE, *****30143978310, AUT 080423 VISA DDA PUR AMAZON COM TA36V2Z40 AMZ    AMZN COM BILL * WA | 9.39 |
| 08/07 | DEBIT CARD PURCHASE, *****30143978310, AUT 080423 VISA DDA PUR AMAZON COM TA0IM5A42 AMZ    AMZN COM BILL * WA | 3.41 |
| | Subtotal: | 6,725.61 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/11 | DEBIT | 6,508.00 |
| | Subtotal: | 6,508.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/07 | 158,723.43 | 07/24 | 144,449.24 |
| 07/10 | 158,570.31 | 07/25 | 143,515.91 |
| 07/11 | 153,326.89 | 07/26 | 143,480.91 |
| 07/12 | 153,283.26 | 07/28 | 143,043.81 |
| 07/13 | 150,885.15 | 07/31 | 144,733.99 |
| 07/14 | 152,737.25 | 08/01 | 145,410.29 |
| 07/17 | 152,373.47 | 08/02 | 145,230.76 |
| 07/18 | 152,114.61 | 08/04 | 145,161.48 |
| 07/20 | 143,645.06 | 08/07 | 146,139.08 |
| 07/21 | 143,722.54 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender