UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 AND 9
Peter J. D'Auria, Esq. (PD 3709)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-Mail: Peter.J.D'Auria@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Alexandre Dacosta and Viviane Antunes, *et al.*[1], | : : | Case No. 22-18303(JKS) (Jointly Administered) |
| Debtors. | : : | Hearing Date: Sept. 26, 2023 at 10:00 AM |
| | : | **ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION OF THE UNITED STATES TRUSTEE FOR AN ORDER CONVERTING THE CASE OF BAV AUTO, LLC TO CHAPTER 7 OR, IN THE ALTERNATIVE, DISMISSING THE CASE PURSUANT 11 U.S.C. § 1112(b)**

**TO: ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that the United States Trustee will move before the Honorable John K. Sherwood on September 26, 2023 at 10:00 a.m., or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, for an Order Converting the Case of BAV Auto, LLC to Chapter 7 or, in the alternative, Dismissing the Case Pursuant to 11 U.S.C. §1112 (b) and for such other and further relief as this Court deems just and appropriate.

---

[1] The jointly administered Debtors are Alexandre Dacosta and Vivianne Antunes, having SSNs with the last four digits of 2325 and 0411, respectively, and BAV Auto, L.L.C., having a TIN with the last four digits 7479.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee no later than seven days in advance of the hearing date pursuant to District of New Jersey Local Bankruptcy Rule 9013-2(a)(2).  If opposing papers are not filed and served within the required time, the Motion will be decided on the papers pursuant to District of New Jersey Local Bankruptcy Rule 9013-3(d), and an Order either (i) Converting the Chapter 11 Case of BAV Auto, LLC to a Chapter 7 Case, or (ii) Dismissing the Chapter 11 Case of BAV Auto, LLC, may be signed and entered in the Court's discretion.

                                           ANDREW R. VARA
                                           UNITED STATES TRUSTEE
                                           REGIONS 3 AND 9

                                           */s/ Peter J. D'Auria*
                                           Peter J. D'Auria
                                           Trial Attorney

DATED: August 25, 2023