| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 AND 9<br>Peter J. D'Auria, Esq. (PD 3709)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993 | |
| In Re:<br><br>Alexandre Dacosta and Viviane Antunes, *et al.*[4],<br><br>Debtors. | Chapter 11<br><br>Case No. 22-18303(JKS)<br>(Jointly Administered)<br><br>Hearing Date: Sept. 26, 2023 at 10:00 a.m.<br><br>Judge: John K. Sherwood |

## ORDER CONVERTING BAV AUTO, LLC CASE TO CHAPTER 7

The relief set forth on the following pages numbered two (2) and (3) is hereby **ORDERED**.

---

[4] The jointly administered Debtors are Alexandre Dacosta and Vivianne Antunes, having SSNs with the last four digits of 2325 and 0411, respectively, and BAV Auto, L.L.C., having a TIN with the last four digits 7479.

**(Page 2)**
Alexandre Dacosta and Viviane Antunes, *et al.*
Chapter 11 Case No.: 22-18303(JKS) (Jointly Administered)
**Order Converting BAV Auto, LLC Case to Chapter 7**

---

Upon consideration of the Motion of the United States Trustee by and through counsel, for an Order Converting the BAV Auto, LLC Case to Chapter 7, or Alternatively to Dismiss the Case, pursuant to 11 U.S.C. § 1112(b), and notice of the motion having been given to the Individual Debtors, the Corporate Debtors, the Related Debtors' respective counsel, and parties in interest, and the Court having found cause for the entry of the within Order, and the Court having further found that entry of the within Order is in the best interest of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the chapter 11 case of BAV Auto, LLC, case number 22-17933(JKS), is CONVERTED from chapter 11 to chapter 7; and it is further

**ORDERED** that within 14 days of the date of this Order the Debtor shall file:

- Amendments to previously filed schedules and statements as necessary,
- All schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed,
- A schedule of all property which was acquired after the commencement of the case, but before the entry of this Order,
- A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order,
- A schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order, and it is further;

**ORDERED** that the United States Trustee shall immediately appoint a chapter 7 trustee in this case; and it is further

**(Page 3)**
Alexandre Dacosta and Viviane Antunes, *et al.*
Chapter 11 Case No.:  22-18303(JKS) (Jointly Administered)
**Order Converting Case to Chapter 7**

---

**ORDERED** that the Debtor or chapter 11 trustee shall:

- Immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her/its control,

- Within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed.