| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 AND 9<br>Peter J. D'Auria, Esq. (PD 3709)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993 |
| In Re:<br><br>Alexandre Dacosta and Viviane Antunes, *et al.*[5],<br><br>Debtors. |

Chapter 11

Case No. 22-18303(JKS)
(Jointly Administered)
Hearing Date: Sept. 26, 2023 at 10:00 a.m.

Judge: John K. Sherwood

## ORDER OF DISMISSAL OF BAV AUTO, LLC CASE

The relief set forth on the following page(s) numbered two (2) is hereby **ORDERED**.

......

---

[5] The jointly administered Debtors are Alexandre Dacosta and Vivianne Antunes, having SSNs with the last four digits of 2325 and 0411, respectively, and BAV Auto, L.L.C., having a TIN with the last four digits 7479.

**(Page 2)**
Alexandre Dacosta and Viviane Antunes, *et al.*
Chapter 11 Case No.:  22-18303(JKS) (Jointly Administered)
**Order of Dismissal of BAV Auto, LLC Case**

---

Upon consideration of the Motion of the United States Trustee by and through counsel, for an Order Converting the BAV Auto, LLC Case to Chapter 7, or Alternatively to Dismiss the Case, pursuant to 11 U.S.C. § 1112(b), and notice of the motion having been given to the Individual Debtors, the Corporate Debtors, the Related Debtors' respective counsel, and parties in interest, and the Court having found cause for the entry of the within Order, and the Court having further found that entry of the within Order is in the best interest of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the chapter 11 case of BAV Auto, LLC, 22-17933(JKS), is hereby DISMISSED and any discharge that was granted is vacated.  All outstanding fees to the Court that are due and owing must be paid within 7 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this Order.