| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 AND 9<br>Peter J. D'Auria, Esq. (PD 3709)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>E-Mail: Peter.J.D'Auria@usdoj.gov | |
| In Re:<br><br>Alexandre Dacosta and Viviane Antunes, *et al.*[6],<br><br><br>Debtors. | Chapter 11<br><br>Case No. 22-18303(JKS)<br>(Jointly Administered)<br><br>Hearing Date: Sept. 26, 2023 at 10:00 a.m.<br><br>Judge: John K. Sherwood   Chapter 11 |

## CERTIFICATION OF SERVICE

1.    I, Peter J. D'Auria, Esq.

   ☐ represent the _____ in the above-captioned matter.

   ■ am the Trial Attorney at the Office of United States Trustee who represents the United States Trustee in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2.    On August 25, 2023, I sent a copy of the following pleadings and/or documents to the

parties listed in the chart below.

- Motion of the United States Trustee To Convert the Case of BAV Auto, LLC to Chapter 7, or in the Alternative to Dismiss the Case, Pursuant to 11 U.S.C. § 1112(b).

---

[6] The jointly administered Debtors are Alexandre Dacosta and Vivianne Antunes, having SSNs with the last four digits of 2325 and 0411, respectively, and BAV Auto, L.L.C., having a TIN with the last four digits 7479.

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 25, 2023                 */s/ Peter J. D'Auria*
                                        Peter J. D'Auria
                                        Trial Attorney

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Alexandre J. Dacosta and Vivianne C. Antunes** <br> 80 Columbia Avenue <br> Kearny, NJ  07032 | Individual Debtors | ☐ Hand-delivered <br> ■ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other:  facsimile |
| **BAV Auto, LLC** <br> 80 Columbia Avenue <br> Kearny, NJ  07032 | Corporate Debtor | ☐ Hand-delivered <br> ■ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other:  facsimile |
| **John O'Boyle, Esq.** <br> Norgaard O'Boyle & Hannon <br> 184 Grand Avenue <br> Englewood, NJ  07631 | Counsel to Individual Debtors | ☐ Hand-delivered <br> ■ Regular mail <br> ☐ Certified mail/RR <br> ■ E-mail <br> ■ Notice of Electronic Filing (NEF) <br> ☐ Other:  facsimile |
| **Steven D. Pertuz, Esq.** <br> Law Offices of Steven D. Pertuz, Esq. <br> 111 Northfield, Avenue, Suite 304 <br> West Orange, NJ  07052 | Counsel to Corporate Debtor | ☐ Hand-delivered <br> ■ Regular mail <br> ☐ Certified mail/RR <br> ■ E-mail <br> ■ Notice of Electronic Filing (NEF) <br> ☐ Other:  facsimile |
| **Mark Politan, Esq.** <br> Politan Law, LLC <br> 88 East Main Street, # 502 <br> Mendham, NJ  07945 | Subchapter V Trustee | ☐ Hand-delivered <br> ■ Regular mail <br> ☐ Certified mail/RR <br> ■ E-mail <br> ■ Notice of Electronic Filing (NEF) <br> ☐ Other:  facsimile |

| | | |
|---|---|---|
| **Joseph H. Lemkin, Esq.**<br>Stark & Stark<br>P.O. Box 5315<br>Princeton, NJ  08543 | Counsel to Auction Credit Enterprises | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |
| **Drew S. McGehrin, Esq.**<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA  19103 | Counsel to Vero Finance Technologies, Inc. | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |
| **Regina Cohen, Esq.**<br>Lavin, Cedrone, Graver, Boyd & DiSipio<br>190 North Independence Mall West<br>Suite 500<br>6th and Race Streets<br>Philadelphia, PA  19106 | Counsel to Westlake Flooring Services | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |
| **John R. Morton, Jr., Esq.**<br>Morton & Craig, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ  08057 | Counsel to Thrift Investment Corporation | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |
| **Douglas McDonough, Esq.**<br>Frenkel Lambert Weiss Weisman & Gordon, LLP<br>80 West Main Street, Suite 460<br>West Orange, NJ  07052 | Counsel to Bank of America, NA | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |
| **Synchrony Bank**<br>c/o PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA  23541 | Creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |

| **Philip Raymond, Esq.**<br>McCalla Raymer Leibert Pierce, LLC<br>485F US Highway 1 S, Suite 300<br>Iselin, NJ  08830 | Counsel to JPMorgan Chase Bank, NA | □ Hand-delivered<br>■ Regular mail<br>□ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>□ Other:  facsimile |
|---|---|---|
| **Donna L. Thompson, Esq.**<br>P.O. Box 679<br>Allenwood, NJ  08720 | Counsel to Automotive Finance Corp | □ Hand-delivered<br>■ Regular mail<br>□ Certified mail/RR<br>■ E-mail<br>□ Notice of Electronic Filing (NEF)<br>□ Other:  facsimile |