Form 169 – ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−18303−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alexandre J. Dacosta
80 Columbia Avenue
Kearny, NJ 07032

Vivianne C. Antunes
80 Columbia Avenue
Kearny, NJ 07032

Social Security No.:
xxx−xx−2325

xxx−xx−0411

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by United States Trustee by Peter J. D'Auria.

Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion Or in the alternative dismiss the case before the Honorable John K. Sherwood on:

Date: September 26, 2023
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Dated: August 25, 2023
JAN:

Jeanne Naughton
Clerk