Form 169 − ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−18303−JKS
Chapter:  11
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alexandre J. Dacosta
80 Columbia Avenue
Kearny, NJ 07032

Vivianne C. Antunes
80 Columbia Avenue
Kearny, NJ 07032

Social Security No.:
xxx−xx−2325

xxx−xx−0411

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by United States Trustee by Peter J. D'Auria.

Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion Or in the alternative dismiss the case before the Honorable John K. Sherwood on:

Date:             September 26, 2023
Time:                10:00 AM
Location:     Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102


Dated: August 25, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                              Case No. 22-18303-JKS
Alexandre J. Dacosta                                Chapter 11
Vivianne C. Antunes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin                Page 1 of 6
Date Rcvd: Aug 25, 2023           Form ID: 169               Total Noticed: 91

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alexandre J. Dacosta, Vivianne C. Antunes, 80 Columbia Avenue, Kearny, NJ 07032-2948 |
| aty | + | Christopher V. Arisco, Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| aty | + | Norgaard O'Boyle & Hannon, Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| aty | + | Ocwen C. Babcock, Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | Auction Credit Enterprises, LLC, c/o Stark & Stark, PC, 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |
| intp | + | BAV AUTO, L.L.C., 80 Columbia Avenue, Kearny, NJ 07032-2948 |
| acc | + | Guzman Consulting Group, LLC, 540 Fairview Avenue, Colonia, NJ 07067-3515 |
| cr | + | Thrift Investment Corporation, PO Box 538, Fords, NJ 08863-0538 |
| cr | + | XL Funding, LLC dba Axle Funding, LLC fka Auction, c/o Stark & Stark, PC, 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |
| 519763696 | | 131 Union Street LLC, 131 Union St, Newark, NJ 07105-1346 |
| 519763699 | # | Auction Credit Enterprise LLC, 14951 Dallas Pkwy Ste 200, Dallas, TX 75254-6883 |
| 519763700 | | Automotive Finance Corp. of NJ, 200 N Main St, Manville, NJ 08835-1357 |
| 519763706 | + | CFG Merchant Solutions, LLC, 180 Maiden Ln Fl 15, New York, NY 10038-5150 |
| 519870417 | # | Camilo A. Quintero, 721 6th St, Carlstadt, NJ 07072-1731 |
| 519763711 | | Dealer Capital Group INc., 67 Crystal St, Avenel, NJ 07001-1125 |
| 519763713 | | Discover Personal Loans, PO Box 15316, Wilmington, DE 19850-5316 |
| 519763714 | + | Duane Morris LLP, 30 S 17th St # S, Philadelphia, PA 19103-4196 |
| 519740577 | + | Duane Morris LLP, 1 Riverfront Plz Ste 1800, Newark, NJ 07102-3889 |
| 519763715 | | Ernesto Gonzalez, 361 S Broad St, Elizabeth, NJ 07202-3515 |
| 519870418 | | First Help Financial, PO Box 95517, Chicago, IL 60694-5517 |
| 519763717 | | Hallandale Beach, FL 33009-4723, Jaclyn Sage, 10333 N Meridian St Ste 400, Indianapolis, IN 46290-1112 |
| 519763718 | | Jeremy Dunn Esq., 11299 Illinois St, Carmel, IN 46032-8887 |
| 519763719 | | Jersey Express LLC, 23 Lake Dr, North Brunswick, NJ 08902-4828 |
| 519763721 | # | Jose D. Echevarria, Esq., 11 Broadway Ste 615, New York, NY 10004-1490 |
| 519807780 | | LightStream, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 519763730 | + | Olympic Payroll Services, 64 US Highway 46, Pine Brook, NJ 07058-4401 |
| 519763732 | | Prosperum Capital Partners LLC, dba Arsenal Funding, 8 West 36th Street Fl 7, New York, NY 10018-9774 |
| 519763733 | | Proventure Capital, 99 Wall St # 576, New York, NY 10005-4301 |
| 519763734 | | River Capital Partner LLC, 1 River Rd Ste 200, Cos Cob, CT 06807-2755 |
| 519763736 | | Shanna Kaminski, Esq., 160 W Fort St Fl 5, Detroit, MI 48226-3700 |
| 519870419 | | Steven Pereira, 415 Clarkson Ave, Elizabeth, NJ 07202-3619 |
| 519763738 | | Steven Zakharyayev, Esq., PO Box 342, Marlboro, NJ 07746-0342 |
| 519870420 | | Thomas Vanderli, 408 Fulton St, Elizabeth, NJ 07206-1220 |
| 519799163 | + | Thrift Investment Corporation, 720 King George's Post Rd., PO Box 538, Fords, NJ 08863-0538 |
| 519763741 | | Trinitas Regional Medcical Center, 225 Williamson St, Elizabeth, NJ 07202-3625 |
| 519740578 | + | Vero Finance Technoligies Inc. dba Lever, 109 S 5th St Fl 6, Brooklyn, NY 11249-5501 |
| 519784671 | + | Vero Finance Technologies, Inc. d/b/a Lever Auto, Duane Morris LLP Attn: Drew S. McGehrin, 30 S. 17th Street, Philadelphia, PA 19103-4001 |
| 519763742 | + | Vero Finance dba Lever Auto Financing, 287 Park Ave S Ste 700, New York, NY 10010-4573 |
| 519870421 | | Vroom Financial Services, PO Box 182055, Columbus, OH 43218-2055 |

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Aug 25, 2023 | Form ID: 169 | Total Noticed: 91 |

| | | |
|---|---|---|
| 519763743 | | Westlake Flooring Services Inc., 4751 Wilshire Blvd Ste 100, Los Angeles, CA 90010-3847 |
| 519849176 | + | XL Funding, LLC d/b/a Axle Funding, LLC, Att: Owen Babcock, c/o Padfield Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2023 20:28:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2023 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2023 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2023 20:45:47 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519795501 | | Email/Text: bankruptcy@autofinance.com | Aug 25 2023 20:28:00 | Automotive Finance Corporation, 11299 N. Illinois St., Carmel, IN 46032 |
| 519763697 | | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2023 20:28:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 519763698 | | Email/PDF: bncnotices@becket-lee.com | Aug 25 2023 20:45:46 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519790727 | | Email/PDF: bncnotices@becket-lee.com | Aug 25 2023 20:45:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519774689 | | Email/Text: bankruptcy@bhg-inc.com | Aug 25 2023 20:28:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 519763701 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 25 2023 20:28:00 | Bank of America, PO Box 45144, Jacksonville, FL 32232-5144 |
| 519748756 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 25 2023 20:28:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519770405 | + | Email/Text: bankruptcy@pnfp.com | Aug 25 2023 20:29:00 | Banker's Healthcare Group c/o Pinnacle Bank, 150 3rd Ave S STE 900, Nashville, TN 37201-2034 |
| 519763702 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 25 2023 20:28:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519763703 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 25 2023 20:45:30 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 519763710 | | Email/Text: bankruptcy@deltabridgefunding.com | Aug 25 2023 20:28:00 | Cloudfund LLC, 400 Rella Blvd Ste 165-101, Suffern, NY 10901-4241 |
| 519763704 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2023 20:45:32 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519763705 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2023 20:34:51 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519769803 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 25 2023 20:45:17 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519763709 | + | Email/Text: ebn@rwjbh.org | Aug 25 2023 20:29:00 | Clara Maas Medical Center, 1 Clara Maass Dr, Belleville, NJ 07109-3557 |
| 519763712 | | Email/Text: mrdiscen@discover.com | Aug 25 2023 20:28:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519786637 | | Email/Text: mrdiscen@discover.com | Aug 25 2023 20:28:00 | Discover Bank/Discover Products Inc., P.O. Box 3025, New Albany, Oh 43054-3025 |

Case 22-18303-JKS    Doc 143    Filed 08/27/23    Entered 08/28/23 00:17:37    Desc
                    Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Aug 25, 2023 | Form ID: 169 | Total Noticed: 91 |

| Recipient ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519795523 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2023 20:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519763723 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 25 2023 20:45:18 | JP Morgan Chase Ban, PO Box 15369, Wilmington, DE 19850-5369 |
| 519763707 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 25 2023 20:45:30 | Chase Amazon, PO Box 15298, Wilmington, DE 19850-5298 |
| 519763708 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 25 2023 20:34:56 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 519763722 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 25 2023 20:33:45 | JP Morgan Chase, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 519798352 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 25 2023 20:45:32 | JPMorgan Chase Bank, National Association, Chase Records Center, At: Correspondence, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 519766797 | + | Email/Text: RASEBN@raslg.com | Aug 25 2023 20:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519763720 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2023 20:45:24 | Jewelers Reserve/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519763724 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 25 2023 20:28:00 | Juniper Mastercard, PO Box 13337, Philadelphia, PA 19101-3337 |
| 519763725 | | Email/Text: christina.bruno@kineticadvantage.com | Aug 25 2023 20:28:00 | Kinetic Advantage Inc., 10333 N Meridian St, Indianapolis, IN 46290-1150 |
| 519763726 | | Email/Text: Documentfiling@lciinc.com | Aug 25 2023 20:28:00 | Lending Bank, 595 Market St Ste 200, San Francisco, CA 94105-2802 |
| 519790093 | + | Email/Text: Documentfiling@lciinc.com | Aug 25 2023 20:28:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519763727 | ^ | MEBN | Aug 25 2023 20:24:54 | Lightstream, PO Box 849, Wilson, NC 27894-0849 |
| 519763728 | | Email/Text: Bankruptcy@coxinc.com | Aug 25 2023 20:28:00 | Manheim NY Metro Skyline Inc., 100 US Highway 46, Fairfield, NJ 07004-3217 |
| 519785237 | + | Email/Text: bankruptcy@discoverdsc.com | Aug 25 2023 20:28:00 | NextGear Capital, Inc., 11799 North College Avenue, Carmel, IN 46032-5605 |
| 519763729 | | Email/Text: bankruptcy@discoverdsc.com | Aug 25 2023 20:28:00 | Nextgear Capital INc., 11799 N College Ave, Carmel, IN 46032-5605 |
| 519818570 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2023 20:45:21 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519818571 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2023 20:45:17 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519848625 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2023 20:45:24 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 519763731 | | Email/Text: signed.order@pfwattorneys.com | Aug 25 2023 20:28:00 | Pressler and Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519845561 | + | Email/Text: bncmail@w-legal.com | Aug 25 2023 20:29:00 | PROSPERUM CAPITAL PARTNERS LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519753941 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2023 20:45:41 | Pagaya Ai Debt Grantor Trust 2022-3, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519769763 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2023 20:33:47 | Resurgent Capital Services as servicing agent for, |

| Recip ID | Bypass | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 519763737 | | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 25 2023 20:45:38 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587<br>SOFI Bank, 2750 E Cottonwood Pkwy Ste 300, Salt Lake City, UT 84121-7285 |
| 519763739 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2023 20:33:44 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519763735 | | Email/Text: DeftBkr@santander.us | Aug 25 2023 20:29:00 | Santander Bank, Mail Code 10-421-CN2, PO Box 12646, Reading, PA 19612-2646 |
| 519744480 | + | Email/Text: DeftBkr@santander.us | Aug 25 2023 20:29:00 | Santander Bank, N.A., 3 Huntington Quadrangle, Suite 101N, Melville, NY 11747-4623 |
| 519787230 | + | Email/Text: DeftBkr@santander.us | Aug 25 2023 20:29:00 | Santander Bank, N.A., 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 519741525 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2023 20:33:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519763716 | | Fox Business Funding, 1920 E Hallandale Beach Blvd Ste 503 |
| 519815701 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519799164 | *+ | Thrift Investment Corporation, 720 King George's Post Rd., PO Box 538, Fords, NJ 08863-0538 |
| 519763740 | ## | Thrift Investment Corp., 720 King George Rd, Fords, NJ 08863-1974 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2023          Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donna L. Thompson | on behalf of Plaintiff Automotive Finance Corporation donna.thompson@dlthompsonlaw.com dlthompsonlaw@aol.com |
| Donna L. Thompson | on behalf of Creditor Automotive Finance Corporation donna.thompson@dlthompsonlaw.com dlthompsonlaw@aol.com |
| Douglas J. McDonough | on behalf of Creditor Bank of America NA dmcdonough@flwlaw.com |
| Drew S. McGehrin | on behalf of Creditor Vero Finance Technologies Inc. dsmcgehrin@duanemorris.com |

Case 22-18303-JKS    Doc 143    Filed 08/27/23    Entered 08/28/23 00:17:37    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Aug 25, 2023 | Form ID: 169 | Total Noticed: 91 |

Drew S. McGehrin
    on behalf of Plaintiff Vero Finance Technologies Inc. d/b/a Lever Auto dsmcgehrin@duanemorris.com

Eamonn O'Hagan
    on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

John O'Boyle
    on behalf of Joint Debtor Vivianne C. Antunes joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John O'Boyle
    on behalf of Debtor Alexandre J. Dacosta joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John O'Boyle
    on behalf of Defendant Alexandre J. Dacosta joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John O'Boyle
    on behalf of Defendant Vivianne C. Antunes joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John O'Boyle
    on behalf of Interested Party BAV AUTO L.L.C. joboyle@norgaardfirm.com,
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John O'Boyle
    on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John O'Boyle
    on behalf of Plaintiff XL Funding LLC dba Axle Funding, LLC f/k/a Auction Credit Enterprises, LLC
    joboyle@norgaardfirm.com,
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John O'Boyle
    on behalf of Debtor BAV AUTO L.L.C. joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John R. Morton, Jr.
    on behalf of Creditor Thrift Investment Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Joseph H. Lemkin
    on behalf of Creditor XL Funding LLC dba Axle Funding, LLC fka Auction Credit Enterprises, LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff XL Funding LLC dba Axle Funding, LLC f/k/a Auction Credit Enterprises, LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Auction Credit Enterprises LLC jlemkin@stark-stark.com

Mark Politan
    mpolitan@politanlaw.com

Mark Politan
    on behalf of Trustee Mark Politan mpolitan@politanlaw.com

Peter J. D'Auria
    on behalf of U.S. Trustee U.S. Trustee Peter.J.D'Auria@usdoj.gov

Phillip Andrew Raymond
    on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com,
    mccallaecf@ecf.courtdrive.com

Regina Cohen
    on behalf of Creditor Westlake Flooring Company LLC d/b/a Westlake Flooring Services rcohen@lavin-law.com,
    mmalone@lavin-law.com

Regina Cohen
    on behalf of Creditor Westlake Flooring Services rcohen@lavin-law.com mmalone@lavin-law.com

Steven D. Pertuz
    on behalf of Interested Party BAV AUTO L.L.C. pertuzlaw@verizon.net, G16461@notify.cincompass.com

Steven D. Pertuz

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Aug 25, 2023 | Form ID: 169 | Total Noticed: 91 |

| | |
|---|---|
| Steven D. Pertuz | on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes pertuzlaw@verizon.net G16461@notify.cincompass.com |
| Steven D. Pertuz | on behalf of Joint Debtor Vivianne C. Antunes pertuzlaw@verizon.net G16461@notify.cincompass.com |
| Steven D. Pertuz | on behalf of Debtor Alexandre J. Dacosta pertuzlaw@verizon.net G16461@notify.cincompass.com |
| Steven D. Pertuz | on behalf of Debtor BAV AUTO L.L.C. pertuzlaw@verizon.net G16461@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division Of Taxation Valerie.Hamilton@law.njoag.gov |

TOTAL: 31