**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: <u>BAV AUTO, L.L.C.</u> | APPLICANT: <u>THE LAW OFFICES OF STEVEN D. PERTUZ, LLC</u> |
| CASE NO.: <u>22-17933/22-18303</u><br>            JOINT ADMINISTRATION | CLIENT: <u>DEBTOR</u> |
| CHAPTER: <u>11, SUBCHAPTER V</u> | CASE FILED: <u>10/6/22</u> |

COMPLETION <u>AND SIGNING</u> OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, <u>PURSUANT TO 28 U.S.C. SECTION 1746.</u>

<u>RETENTION ORDERS ATTACHED</u>

**SECTION I**
**FEE SUMMARY**

FEE APPLICATION NO. 1  OR FINAL FEE APPLICATION

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEE REQUESTED: | $ | $ |
| TOTAL FEES ALLOWED TO DATE: | $ | $ |
| TOTAL RETAINER (IF APPLICABLE) | $15,000.00 | $ |
| TOTAL HOLDBACK (IF APPLICABLE) | $ | $ |
| TOTAL RECEIVED BY APPLICANT | $15,000.00 | $ |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (OR YEARS OF PROFESSIONAL SERVICE) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Steven D. Pertuz, Esq. | 2001 | 133.6 | $325.00 | $43,420.50 (this includes pre-filing services totalling $1,950.00 which debtor has consented to and agreed to pay). |
| | | | | |

```
FEE TOTALS- PAGE 2                    $43,420.50
DISBURSEMENTS TOTALS-PAGE 3           $ 2,263.00
TOTAL FEE APPLICATION                 $45,483.50
```

## SECTION II
## SUMMARY OF SERVICES

| | SERVICES RENDERED | HOURS | FEE |
|---|---|---|---|
| a) | Asset Analysis and Recovery | **6.0** | **$1,950.00** |
| b) | Asset Disposition | **11.0** | **$3,575.00** |
| c) | Business Operations | **8.0** | **$2,600.00** |
| d) | Case Administration | **15.0** | **$4,875.00** |
| e) | Claims Administration and Objections | **8.0** | **$2,600.00** |
| f) | Employee Benefits/Pensions | | |
| g) | Fee/Employment Applications | **3.0** | **$975.00** |
| h) | Fee/Employment Objections | | |
| i) | Financing | **5.0** | **$1,625.00** |
| j) | Litigation (Other than Avoidance Action Litigation) | | |
| k) | Avoidance Action Litigation | | |
| l) | Meeting of Creditors & IDI Compliance | **10.5** | **$3,412.50** |
| m) | Plan and Disclosure Statement | **15.0** | **$4,875.00** |
| n) | Relief from Stay Proceedings, Contested & Non Contested Motions | **6.0** | **$1,950.00** |
| o) | Regulatory Compliance | **2.0** | **$650.00** |
| p) | Travel | **1.0** | **$325.00** |

|   |   | | |
|---|---|---|---|
| q) | Accounting/Auditing | 7.0 | $2,275.00 |
| r) | Business Analysis | 10.0 | $3,250.00 |
| s) | Corporate Finance and Valuation | 4.0 | $1,300.00 |
| t) | Data Analysis | 10 | $3,250.00 |
| u) | Litigation Consulting | 2.0 | $650.00 |
| v) | Reconstruction Accounting | 3.0 | $975.00 |
| w) | Tax Issues | 7.1 | $2,307.50 |
| x) | Other (specify category) | | |
| | **SERVICES TOTAL:** | 133.60 | $43,420.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) Computer Assisted Legal Research | |
| b) Facsimile (with rates)<br>     No. of pages_____ rate per page_____ (Max. $1.00/page) | |
| c) Long Distance Telephone | |
| d) In-House Reproduction<br>     No. of Pages   Rate per page  (Max. .20 page) | |
| e) Outside Reproduction/Copy Charges | |
| f) Outside Research: Foundation Title Judgment/Lien Search for NJ | $325.00 |
| g) Filing/Court Fees | $1,738.00 |
| h) Court Reporting | |
| i) Travel | |
| j) Courier & Express Carriers (e.g. Federal Express) | $100.00 |
| k) Postage | $100.00 |
| l) Other (Explain) | |
| **DISBURSEMENTS TOTAL**: | $2,263.00 |

**SECTION IV**
**CASE HISTORY**

(NOTE:  Items 3-6 are not applicable to applications under 11 U.S.C. §506)

(1)  **DATE CASE FILED:**  10/06/22

(2)  **CHAPTER UNDER WHICH CASE WAS COMMENCED:**  CHAPTER 11, SUB V

(3)  **DATE OF RETENTION:**  ORDER GRANTING RETENTION WAS 10/28/22, EFFECTIVE DATE WAS 10/06/22.

(4)  **SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:**  SEE ANNEXED APPLICATION

(5)  **ANTICIPATED DISTRIBUTION TO CREDITORS:**
   **(A)  ADMINISTRATION EXPENSES**:  100%
   **(B)  SECURED CREDITORS:**  As allowed/negotiated claim.
   **(C)  PRIORITY CREDITORS:**  100% with interest
   **(D)  GENERAL UNSECURED CREDITORS:**  Pro Rata

(6)  **FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Debtor's case was consolidated with the individual Debtor case of Alexandre J. Dacosta and Vivianne C. Antunes on February 7, 2022. A joint Plan of Reorganization was filed on January 4, 2023 and which has been amended pending a final Confirmation Hearing on September 12, 2023. Final distributions to all creditors have not been determined to date.  US Trustee's office has filed a motion to convert or dismiss the within case which motion is returnable on September 26, 2023.**

I certify under penalty of perjury that the foregoing is true and correct.

                                                          /s/ Steven D. Pertuz
                                                         Steven D. Pertuz, Esq.

Date: 9/1/23