# THE LAW OFFICES OF STEVEN D. PERTUZ, LLC

111 Northfield Avenue, Suite 304

West Orange, NJ 07052

Tel: (973) 669-8600

Fax: (973) 669-8700

[spertuz@pertuzlaw.com](mailto:spertuz@pertuzlaw.com)

www.pertuzlaw.com

Our Ref: SP:34B-22P

1 September 2023

BAV Auto, LLC
80 Columbia Avenue
Kearny, NJ 07032Mr. Alexander Da Costa
BAV Auto LLC

### INVOICE FOR PROFESSIONAL SERVICES

**Memorandum of Costs and Disbursements
BAV AUTO, LLC
Joint Administration with In re: Alexandre J. DaCosta and Vivianne C. Antunes (22-17933/22-18303 JKS)**

## Professional Fees

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/30/2022 | Initial Meeting with Client in Hackensack, NJ Dunkin Donuts | 2.20 | $715.00 |
| 10/03/2022 | Review of all documents uploaded onto Drop Box. | 2.60 | $845.00 |
| 10/03/2022 | Preparation of initial Voluntary Petition, Corporate Resolution and initial pleadings needed for filing. | 1.20 | $390.00 |
| 10/06/2022 | Filing Fee Chapter 11 | | $1,738.00 |
| 10/06/2022 | Review of judgment lien, UCC and title search for BAV Auto and personal guarantee records. | 1.30 | $422.50 |
| 10/06/2022 | Review of emergency petition and corporate resolution with client for signature and filing. | 0.60 | $195.00 |
| 10/06/2022 | Phone call with client on urgency to file as floor plan lenders are trying to repossess vehicles. | 0.20 | $65.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/07/2022 | Phone call with Charles Ognibene, Esq. from Duane Morris on Vero DIP offer. | 0.30 | $97.50 |
| 10/08/2022 | UCC Lien and Judgment Search Fees. | | $325.00 |
| 10/10/2022 | Conference Call with John Mizi, client and Charles Ognibene on options for DIP Financing and repayment terms. | 0.60 | $195.00 |
| 10/11/2022 | Review and revised proposed settlement agreement for balance due Vero/Lever and DIP Financing proposal with Charles Ognibene, Esq. | 1.30 | $422.50 |
| 10/12/2022 | Phone call with Carmine Zeccardi on BAV Auto Bankruptcy and potential interest in inventory. Discussions on Lexus of Englewood BK. | 0.30 | $97.50 |
| 10/13/2022 | Preparation of Retention Application for SDP LLC as counsel. | 1.80 | $585.00 |
| 10/17/2022 | Phone call with Carmine Zeccardi on prospective purchase of vehicles. | 0.20 | $65.00 |
| 10/18/2022 | Phone conference with John Oboyle, Esq. on new matter and need to personal representation for Order To Show Cause and possible personal bankruptcy options. | 2.50 | $812.50 |
| 10/18/2022 | Phone call with John O'Boyle, Esq. on personal bankruptcy of DaCosta/Antunes and all issues involved. | 1.30 | $422.50 |
| 10/18/2022 | Email to John O'Boyle, Esq. lien search against business and individuals for bankruptcy. Review of all complete lien search and determining status of creditors and their position. | 0.90 | $292.50 |
| 10/19/2022 | Phone call with Monica Kirkpatrick from Legalist on DIP Financing opportunities. | 0.30 | $97.50 |
| 10/19/2022 | Conference call with Vivianne, Alexander and John O'Boyle, Esq. regarding need to file personal bankruptcy and review | 0.60 | $195.00 |

| | | | |
|---|---|---|---|
| | of relief requested in Order to Show Cause. | | |
| 10/20/2022 | Review of inventory list and submitted same to Carmine Zeccardi on potential interest. | 0.50 | $162.50 |
| 10/22/2022 | Review of all records provided by the Client and preparation of schedules. | 6.00 | $1,950.00 |
| 10/24/2022 | Email to Alan Atkins with attached inventory to determine fee for a report. | 0.10 | $32.50 |
| 10/25/2022 | Conference call with Legalist DIP Financing Lender on options regarding possible loan. | 0.50 | $162.50 |
| 10/25/2022 | Phone call with George Lawler and Alex on review of inventory list and interest in purchasing inventory. | 0.30 | $97.50 |
| 10/27/2022 | Phone call with John O'Boyle, Esq. on status of negotiations with potential buyers and case moving forward. Options for joint administration in Subchapter 5 scenario. | 0.40 | $130.00 |
| 10/27/2022 | Review and response to email from Trustee Mark Politan, Esq. and status of where things stand. | 0.20 | $65.00 |
| 10/28/2022 | Review or Order of Retention for SDP LLC | 0.10 | $32.50 |
| 10/30/2022 | Preparation of all schedules and review of all loan, banking and corporate documents. | 5.50 | $1,787.50 |
| 10/31/2022 | Review of all documents to finalize preparation of schedules and Statement of Financial Affairs. | 4.50 | $1,462.50 |
| 10/31/2022 | Phone conference with Alex DaCosta on items to be discussed at IDI with the Business Examiner. | 0.60 | $195.00 |
| 10/31/2022 | Preparation and review of Statement required as per U.S.C. 1116 and Statement of Corporate Ownership. | 0.30 | $97.50 |
| 11/01/2022 | Initial Debtor Interview with Office of US Trustee and Sub 5 Chapter 11 Trustee. | 1.30 | $422.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/01/2022 | Review of Order Respecting Amendments to schedules for service. | 0.20 | $65.00 |
| 11/04/2022 | Review of Notice regarding Telephonic 341(a). | 0.10 | $32.50 |
| 11/08/2022 | Meeting with clients and John O'Boyle, Esq. to discuss options on case and converting to Sub V on personal side. Review of assets to pay into the case and review of questions for 341A hearing. | 2.20 | $715.00 |
| 11/08/2022 | Phone call with John O'Boyle, Esq. on Motion for Joint Administration and need to prepare same. | 0.40 | $130.00 |
| 11/09/2022 | Preparation for and attendance of 341(a) Hearing telephonically with clients. | 2.50 | $750.00 |
| 11/14/2022 | Phone conference with Peter D'Auria, Esq., Mark Politan, Esq. and John O'Boyle, Esq. regarding joint administration and conversion of Chapter 13 case to Sub Chapter 5. | 0.60 | $195.00 |
| 11/15/2022 | Initial review of Motion For Relief From Stay by AFC. | 0.30 | $97.50 |
| 11/15/2022 | Review and comments on Motion For Joint Administration before filing. | 0.30 | $97.50 |
| 11/16/2022 | Review of Individual Debtor's Motion To Convert Case to Chapter 11 and For Joint Administration. | 0.20 | $65.00 |
| 11/18/2022 | Review of Application for Chrisopher Arisco, Esq. for Pro Hac Vice admission | 0.20 | $65.00 |
| 11/18/2022 | Review of Pro Hac Vice admission of Owen Babcock, Esq | 0.20 | $65.00 |
| 11/19/2022 | Preparation and filing of Status Report for Debtor. | 0.20 | $65.00 |
| 11/22/2022 | Preparation for and attendance of Status Conference before Judge Sherwood. | 2.00 | $650.00 |
| 11/29/2022 | Phone call with Donna Thompson, Esq. for AFC on MFR and proposal for consent order. | 0.30 | $97.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/29/2022 | Preparation of Certification In Opposition To Stay Relief Motion of AFC | 1.30 | $422.50 |
| 11/29/2022 | Review of Objection To Confirmation of Plan from JP Morgan Chase. | 0.20 | $65.00 |
| 11/30/2022 | Review of Orders Authorizing Pro Hac Vice admission for Babcock and Arisco. | 0.20 | $65.00 |
| 12/06/2022 | Phone call with Donna Thompson, Esq. on MFR for AFC. | 0.20 | $65.00 |
| 12/07/2022 | Review and discussion with client on Objection to Motion For Joint Administration filed by US Trustee. | 0.30 | $97.50 |
| 12/12/2022 | Phone call with John O'Boyle, Esq. on upcoming hearing on Wednesday regarding status conference, motion for stay relief, motion for conversion and motion for joint administration of case. | 0.30 | $97.50 |
| 12/12/2022 | Preparation and forwarding of emails to all floorplan lenders on their position on a sale of all inventory free and clear of liens. Review of response on same. | 0.30 | $97.50 |
| 12/13/2022 | Conference call with John O'Boyle, Esq. Peter D'Auria, Esq. and Mark Politan, Esq. on motions to be heard and Trustee's objection to same. | 0.80 | $260.00 |
| 12/13/2022 | Review of Lease Agreement with new tenant for Rahway location. | 0.30 | $97.50 |
| 12/13/2022 | Preparation of email and response thereto of email with with Donna Thompson, Esq. regarding AFC MFR. | 0.20 | $65.00 |
| 12/13/2022 | Phone call with Donna Thompson, Esq. regarding AFC MFR. | 0.10 | $32.50 |
| 12/14/2022 | Attendance at Status Conference for case, and hearings on joint administration, conversion of individual cases. | 1.20 | $390.00 |
| 12/14/2022 | Phone call with Mark Politan, Esq. about sale request through plan. | 0.20 | $65.00 |

| | | | |
|---|---|---|---|
| 12/14/2022 | Phone call with Alex DaCosta, regarding lease agreement for location, retainer needed for Sub 5 Trustee, continuation with insurance. | 0.30 | $90.00 |
| 12/14/2022 | Phone call with Donna Thompson from AFC and discussions on stay relief motion and resolution on other vehicles. | 0.20 | $65.00 |
| 12/18/2022 | Phone call with Alan Atkins on vehicle list and review of the inventory. | 0.30 | $97.50 |
| 12/19/2022 | Review of Order Granting Stay Relief From AFC. | 0.10 | $32.50 |
| 12/20/2022 | Review of Alan Atkins appraisal report. | 0.40 | $130.00 |
| 12/20/2022 | Phone call with Carmine Zeccardi on sale option of vehicles. | 0.30 | $97.50 |
| 12/21/2022 | Phone call with John O'Boyle, Esq. on BAV and conference with clients to prepare the plan. | 0.30 | $97.50 |
| 12/21/2022 | Preparation of Retention Application for Alan Atkins, Esq. | 0.60 | $195.00 |
| 12/21/2022 | Review of IRS correspondence and missing returns needed. Forwarded same to client and recommended accountant. | 0.20 | $65.00 |
| 12/21/2022 | Preparation of Fax to IRS Bankruptcy Unit and submitted 2019 Return. | 0.20 | $65.00 |
| 12/21/2022 | Call with George from Giordano Auto Sales on purchase of vehicles free and clear. | 0.30 | $97.50 |
| 12/21/2022 | Review of Order Granting Motion To Convert Case to Chapter 11. | 0.20 | $65.00 |
| 12/28/2022 | Meeting with client and JOB regarding preparations for Joint Plan and all claims filed. | 3.50 | $1,137.50 |
| 12/28/2022 | Review of emails for Alex email on vehicles that liens were not paid on a trade in. | 0.30 | $97.50 |
| 12/28/2022 | Preparation and filing of Retention Application of A. Atkins Appraisal Corp. | 0.70 | $227.50 |
| 12/28/2022 | Review of appraisal report of A. Atkins. | 0.60 | $195.00 |
| 12/31/2022 | Review of all secured creditors and related security agreements, promissory notes, UCC-1 Filings | 4.50 | $1,462.50 |

|  |  |  |  |
|---|---|---|---|
|  | and dates of recording to determine priority of liens understanding extent and validity of liens. |  |  |
| 01/02/2023 | Organization and preparation of details and review of all notes for Plan preparation. | 5.40 | $1,755.00 |
| 01/03/2023 | Preparation and modification of joint Plan with John O'Boyle, Esq. , review of personal bankruptcy docket and understanding creditors on individual side and its affect on BAV Auto LLC business side. Review and preparation of treatment of different classes of creditors and collaboration with John O'Boyle, Esq. on final details before filing. | 12.30 | $3,997.50 |
| 01/03/2023 | Email to UCC filing services for obtaining identity of various UCC-1 Lienholders and balances owed. | 0.20 | $65.00 |
| 01/04/2023 | Phone call with John O'Boyle, Esq. on changes for plan and review of same. Email offer from Giordano Auto Sales on Car Inventory. | 0.20 | $65.00 |
| 01/04/2023 | Phone call with John O'Boyle, Esq. on last minute revisions for plan. Need to file a notice of appearance in the individual case. | 0.10 | $32.50 |
| 01/05/2023 | Preparation and filing of Notice Of Appearance of BAV in individual case. | 0.20 | $65.00 |
| 01/05/2023 | Preparation of letter to Mark Politan, Esq. forwarding deposit on this fees. Email to Mark Politan, Esq. regarding same. | 0.20 | $65.00 |
| 01/05/2023 | Review of Order Granting Alan Atkins as Appraiser. | 0.10 | $32.50 |
| 01/05/2023 | Review of Order Setting Deadlines and Scheduling Confirmation Hearing. Emailed same to client for review. | 0.20 | $65.00 |
| 01/10/2023 | Phone call with George Lawler from Giordano Auto Sales on purchase and need for proof of funds. | 0.20 | $65.00 |

| | | | |
|---|---|---|---|
| 01/15/2023 | Review of Mark Politan, Esq. fee application. | 0.20 | $65.00 |
| 01/16/2023 | Phone call with John O'Boyle, Esq. on adjournment of Motion For Joint Administration. | 0.20 | $65.00 |
| 01/17/2023 | Review of Motion For Relief From Stay from Auction Credit Enterprises and forwarded to client for discussion on same. | 0.40 | $130.00 |
| 01/18/2023 | Phone call with John O'Boyle, Esq. on adversary proceedings filed against Alex and Vivianne individually and conference call with Mark Politan, Esq. on Thursday. | 0.40 | $130.00 |
| 01/19/2023 | Phone call with Mark Politan, Esq. and John O'Boyle, Esq. regarding concerns | 1.10 | $357.50 |
| 01/19/2023 | Preparation of Motion To Approve Sale Free and Clear Of Liens | 1.00 | $325.00 |
| 01/27/2023 | Commenced with preparation of Motion To Approve the Sale of the Debtor's Vehicle Inventory Free and Clear of Liens. | 9.80 | $3,185.00 |
| 01/28/2023 | Review of Objection To Confirmation From US Trustee and AFC and forwarded to same for client review. | 0.50 | $162.50 |
| 01/29/2023 | Finalization of Motion To Approve Sale of Debtor's Inventory Free and Clear of Liens. Preparation of Order and Application To Shorten Time and filing same with court and notification sent to Chambers. | 3.20 | $1,040.00 |
| 01/29/2023 | Phone call with Carlos Marzan of CAM Accounting regarding potential retention for open taxes and filing of operating reports. | 0.20 | $65.00 |
| 01/29/2023 | Preparation of email with attachments of all bank statements and taxes filed and emailed to Carlos Marzan. | 0.20 | $65.00 |
| 01/29/2023 | Preparation of email to George Lawler from Giordano Auto Sales on filed motion and need for proof of funds for purchase. | 0.20 | $65.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 01/30/2023 | Phone call with John O'Boyle, Esq. on filing of the motion to approve the sale of the vehicle inventory and request for hearing date and possible postponement of confirmation hearing. | 0.30 | $97.50 |
| 01/31/2023 | Review and response to emails on the sale motion with John O'Boyle, Esq. and Mark Politan, Esq. | 0.20 | $65.00 |
| 01/31/2023 | Review of objection to Confirmation of Plan by Westlake Flooring Company. | 0.30 | $97.50 |
| 01/31/2023 | Review of Objection To Confirmation of Plan by XL Funding, LLC | 0.20 | $65.00 |
| 02/01/2023 | Receipt and review of various emails with Chambers regarding the proposed Order Shortening Time and dates for hearings. | 0.20 | $60.00 |
| 02/01/2023 | Review of Order Shortening Time and compliance with same on proper service to all parties. | 0.30 | $97.50 |
| 02/02/2023 | Review of subpoena. Preparation of Letter to Vital Shah of the NJ Department Of Labor responding to Subpoena and sent via email and regular mail. | 0.50 | $162.50 |
| 02/07/2023 | Preparation for hearing on Joint Administration of BAV Case and Individual Case. Status Conference For Antunes/DaCosta. | 0.80 | $260.00 |
| 02/07/2023 | Phone call with John O'Boyle, ESq. on hearings for Tuesday and issue with concerns of Alex DaCosta. | 0.30 | $97.50 |
| 02/07/2023 | Phone call with John O'Boyle, Esq. on hearing and issues on sale motion for 2/14. | 0.10 | $32.50 |
| 02/08/2023 | Review of various objections to motion to sell Debtor's Inventory Free and Clear of Liens and preparation of response to same. | 1.70 | $552.50 |
| 02/10/2023 | Phone Call with John O'Boyle, Esq. on Buyer not cooperating. Will need to withdraw the motion. | 0.30 | $97.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 02/10/2023 | Phone call with Alex DaCosta on Olympic Payroll Service on W-2 and Sale Motion. | 0.30 | $97.50 |
| 02/13/2023 | Preparation and filing of Status Change Form withdrawing Motion To Sell Vehicles Free and Clear Of Liens. | 0.20 | $65.00 |
| 02/13/2023 | Preparation of email to Chambers and all interested parties of withdrawal of motion to sell inventory and filing of certification of service on motion. | 0.30 | $97.50 |
| 02/13/2023 | Review of Order Granting Joint Administration of case. | 0.20 | $65.00 |
| 02/14/2023 | Preparation for and attendance of Status Conference for matter and informing the Court of where matters stand. | 0.80 | $240.00 |
| 02/14/2023 | Preparation of Operating Reports For October through January, 2023 and Exhibit A and F for filing. Email to client to authorize same and for final review. | 0.90 | $292.50 |
| 02/14/2023 | Phone call to Olympic Payroll to discuss release of W-2 for employees. | 0.20 | $60.00 |
| 02/17/2023 | Meeting with Alex and JOB on amendments to Plan and proposed payments to be made going forward. | 2.40 | $780.00 |
| 02/21/2023 | Review of Modification of Plan and new terms for better dividend to creditors. | 0.60 | $180.00 |
| 02/23/2023 | Phone call with John O'Boyle, Esq. on retention of accountant and modifications to plan. | 0.20 | $65.00 |
| 02/24/2023 | Review and preparation of Monthly Operating Reports for October through December. | 0.80 | $260.00 |
| 02/28/2023 | Review and comments for First Modified Plan. | 0.70 | $227.50 |
| 03/02/2023 | Conference call with John O'boyle, Esq. and Mark Politan, Esq. on modified plan and current claims. Discussion of maximizing surrender value on vehicles. Seeking adjournment request. | 1.20 | $390.00 |

| | | | |
|---|---|---|---|
| 03/15/2023 | Review of Joint Debtor's Motion To Seller 1988 BMW Free and Clear of Liens on shortened time. | 0.30 | $97.50 |
| 03/16/2023 | Phone call with John Oboyle, Esq. on plan revisions. | 0.30 | $97.50 |
| 03/20/2023 | Phone call with John O'Boyle, Esq. on need to get consent orders circulating to get vehicles off of the lot.  Proposal of resolutions on adversay proceeding extending time and modified plan terms. Phone call discusion with Owen Babcock, Esq. | 0.50 | $162.50 |
| 03/24/2023 | Phone call with John Oboyle, Esq. on modified plan and accountant for retention. | 0.40 | $130.00 |
| 03/24/2023 | Review of Claims of IRS and NJ Division of Taxation with estimated figures. Email same to proposed new accountant. | 0.30 | $97.50 |
| 03/28/2023 | Review of Objection To Confirmation Of Plan filed by IRS and discussion with client on concerns raised. | 0.30 | $97.50 |
| 03/30/2023 | Phone call with John O'boyle, Esq. on need for increase in plan payment and consent to stay relief for vehicles. | 0.30 | $90.00 |
| 04/02/2023 | Review of modified plan and comments on revisions to same with John O'Boyle, Esq. for comment. | 0.60 | $195.00 |
| 04/03/2023 | Preparation of Retention Application For Guzman Consulting LLC as Accountants for Debtors. | 0.90 | $292.50 |
| 04/03/2023 | Phone call with Alex DaCosta regarding need to increase initial Plan payment to $125,000.00. Discussion on funds from sale of BMW. | 0.20 | $65.00 |
| 04/04/2023 | Phone call with George Guzman and review of operating guidelines, IRS proof of claim and NJ Division Taxation Proofs of Claim.  Discussed certification for retention of professional and needed assistance with unfiled returns. | 0.60 | $195.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/04/2023 | Phone call and email to Erica Hamlin of NJ Division of Taxation regarding NJ Proof of Claim and request for Sales and Use tax returns. | 0.20 | $65.00 |
| 04/04/2023 | Various emails prepared to George Guzman, proposed accountant for Debtors forwarding all banking records in my possession. | 0.30 | $97.50 |
| 04/04/2023 | Review and response to John O'Boyle, Esq. emails regarding IRS and NJ Taxation claims. Updates on the 2nd modified plan. | 0.20 | $65.00 |
| 04/04/2023 | Review of 2nd Modified Plan and comments to John O'Boyle, Esq. regarding same. | 0.40 | $130.00 |
| 04/20/2023 | Review of emails from Chambers and request to update Retention Application of Guzman as accountant. | 0.40 | $130.00 |
| 04/24/2023 | Conference call with John O'Boyle, Esq. and client on moving these vehicles on the lot and Lamborghini that needs to be surrendered. | 0.70 | $227.50 |
| 04/30/2023 | Review of Mark Politan, Esq. Fee Application. | 0.20 | $65.00 |
| 05/02/2023 | Updated the retention application of Guzman Consulting as accountant and forwarded same to chambers. | 0.60 | $195.00 |
| 05/02/2023 | Preparation of email to George Guzman on concerns court has on retention application. | 0.20 | $65.00 |
| 05/03/2023 | Phone call with John O'Boyle, Esq. on plan objections and amended retention application and clarification of fees for accountant. | 0.30 | $97.50 |
| 05/05/2023 | Phone call with Donna Thompson, Esq. on AFC vehicles remaining on the lot and consent for stay relief. Request for a list of remaining AFC vehicles from client. | 0.30 | $97.50 |
| 05/05/2023 | Phone call with Joseph Lemkin, Esq. on Order for Stay Relief and | 0.30 | $97.50 |

| | | | |
|---|---|---|---|
| | arranging for retrieval of these vehicles. Review of Order with counsel to determine specific vehicles to be recovered. | | |
| 05/22/2023 | Meeting with Client and John Oboyle, Esq. on need to further adjourn confirmation and increase distributions to creditors if possible. Reviewed filed objections and avenues to resolve. | 1.70 | $552.50 |
| 06/01/2023 | Review of all business records to determine vehicles currently in stock and who is the lienholder on same. | 0.60 | $195.00 |
| 06/01/2023 | Phone call with client on review of all excel spreadsheets for determining lienholder on current vehicles in stock. | 0.40 | $130.00 |
| 06/01/2023 | Email to John O'Boyle, Esq. and Donna Thompson, Esq. on current AFC vehicles and request to propose consent order to recover remaining vehicles in stock. | 0.20 | $65.00 |
| 07/09/2023 | Preparation of Consent Order Vacating Automatic Stay for retrieval of AFC Vehicles and email to Donna Thompson, Esq. on proposed Order. | 0.80 | $260.00 |
| 08/01/2023 | Phone call with John O'Boyle, Esq. on outstanding taxes and need to adjourn. | 0.50 | $162.50 |
| 08/03/2023 | Phone conference with Peter D'Auria, Esq. from the US Trustee's office and concerns on matter case and being reviewed for conversion or dismissal. | 0.50 | $162.50 |
| 08/17/2023 | Review and response to email from Judge Steckroth's Chambers on language of proposed AFC Order Vacating Stay. | 0.20 | $65.00 |
| 08/17/2023 | Email to Donna Thompson, Esq. on Chambers' concern on the proposed Order and needed changes to submit back to Chambers. | 0.20 | $65.00 |
| 08/28/2023 | Phone call with John O'Boyle, Esq. on concerns with Consent Order and case moving forward. | 0.20 | $65.00 |

| 08/30/2023 | Review of US Trustee's Motion To Convert or Dismiss BAV Auto Case and preparation of response to same for anticipated filing before hearing date. Review of relevant case law. | 2.20 | $715.00 |
|---|---|---|---|
| | | 133.60 | $45,483.50 |

| Amount | + Tax | - Payments Received | = BALANCE DUE |
|---|---|---|---|
| $45,483.50 | $ 0.00 | $ 0.00 | $45,483.50 |

With compliments
The Law Offices of Steven D. Pertuz LLC


Steven Pertuz