| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br> THE LAW OFFICES OF STEVEN D. PERTUZ, LLC <br> 111 Northfield Avenue, Suite 304 <br> West Orange, NJ 07052 <br> Tele: (973) 669-8600 / Fax: (973) 669-8700 <br> Counsel to Debtor-in-Possession <br> By: Steven D. Pertuz, Esq. **(SDP-5632)** <br>    **spertuz@pertuzlaw.com** <br>    John O'Boyle, Esq. <br>    **joboyle@norgaardfirm.com** **(JO-6337)** | |
| In Re: <br><br> **BAV AUTO, L.L.C.** <br><br><br> Debtor-in-Possession. | Chapter 11 <br> (Subchapter V Small Business) <br><br> Hon. John K. Sherwood <br><br> Case No. 22-17933 JKS |
| **ALEXANDRE DACOSTA and VIVIANNE ANTUNES** <br><br> Debtors-in-Possession. | <br><br><br> Case No. 22-18303 JKS |

### AFFIDAVIT OF STEVEN D. PERTUZ

STATE OF NEW JERESEY}
                    } SS.
COUNTY OF ESSEX     }


**STEVEN D. PERTUZ,** of full age, being duly sworn according to law and upon his oath, deposes and says:

   1.   I am counsel to the Debtor in the above-captioned proceeding.

   2.   This Affidavit is being submitted in connection with the Application of this firm for a

First and Final Fee Application for Allowance of Fees and for Reimbursement of Expenses.

3. In accordance with Title 18, U.S.C. Section 155, and the Rules of this Court, I have not entered into any agreement, either written or oral, express or implied, with the Debtor or any party in interest, or any attorney of such person, for the purpose of fixing the amount of any fees or other compensation to be allowed out of, or paid from the assets of the Debtor or its estate.

4. In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, on the one hand, and any other person, on the other hand, for a division of such compensation as this firm may receive from the Court herein. No division of fees, as prohibited by Section 504 of the Bankruptcy Code, will be made by me or anyone else affiliated with this firm.

/s/ Steven D. Pertuz
Steven D. Pertuz

Subscribed and Sworn to
Before Me on This 1st Day
Of September, 2023

Catherine S. Foy
Notary Public
State of New Jersey