| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> THE LAW OFFICES OF STEVEN D. PERTUZ, LLC <br> 111 Northfield Avenue, Suite 304 <br> West Orange, NJ 07052 <br> Tele: (973) 669-8600 / Fax:  (973) 669-8700 <br> Counsel to Debtor-in-Possession <br> By: Steven D. Pertuz, Esq. **(SDP-5632)** <br>     **spertuz@pertuzlaw.com** <br>     John O'Boyle, Esq. <br>     **joboyle@norgaardfirm.com** **(JO-6337)** |

| | |
|---|---|
| In Re: | Chapter 11 <br> (Subchapter V Small Business) |
| **BAV AUTO, L.L.C.** | Hon. John K. Sherwood |
| Debtor-in-Possession. | Case No. 22-17933 JKS |
| **ALEXANDRE DACOSTA and** <br> **VIVIANNE ANTUNES** | |
| Debtors-in-Possession. | Case No. 22-18303 JKS |

# ORDER GRANTING INTERIM ALLOWANCE OF FEES AND REIMBURSEMENTS OF EXPENSES TO COUNSEL TO DEBTOR

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**Debtor: BAV AUTO, L.L.C. Jointly Administered Case**
**Case No. 22-18303/22-17933 JKS**
Re:     ORDER GRANTING INTERIM ALLOWANCE OF FEES TO COUNSEL TO DEBTOR

---

**THIS MATTER**, came to the attention of the Court upon the application of The Law Offices of Steven D. Pertuz, LLC, counsel to the Debtor, BAV Auto, L.L.C., and it appearing that due notice of said fee application was sent to all known creditors and parties in interest herein; and no objections of the interim allowance of such fees and expenses having been filed with the Clerk of this Court; and the Court having considered the Application as filed; and good cause appearing therefrom for the making of this Order, it is therefore

ORDERED, that The Law Offices of Steven D. Pertuz, LLC be and the same hereby awarded an interim allowance of fees in the amount of $43,420.50, together with reimbursement of actual out of pocket disbursements in the sum of $2,263.00., for a total of $45,683.50, of which there remains a balance due of $30,683.50.