**United States Bankruptcy Court**
**District of New Jersey, Newark Division**

**IN RE:** Case No. _____

**BAV AUTO, L.L.C.**_____ Chapter **11** _____

Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that on **September 1, 2023**, a copy of **Application For Compensation of Steven D. Pertuz, LLC as Counsel** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

    Respectfully submitted,
    **BAV AUTO, L.L.C.**

    */s/ Steven D. Pertuz*
    **Steven D. Pertuz 008542001**
    **The Law Office of Steven D. Pertuz, LLC**
    **111 Northfield Ave Ste 304**
    **West Orange, NJ  07052-4703**
    **(973) 669-8600  Fax: (973) 669-8700**
    **pertuzlaw@verizon.net**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| | | |
|---|---|---|
| BAV AUTO, L.L.C.<br>80 Columbia Ave<br>Kearny, NJ  07032-2948 | 131 Union Street LLC<br>131 Union St<br>Newark, NJ  07105-1346 | Alexandre DeCosta<br>80 Columbia Ave<br>Kearny, NJ  07032-2948 |
| American Express<br>PO Box 981535<br>El Paso, TX  79998-1535 | Arsenal Funding Corp.<br>8 W 36th St Fl 7<br>New York, NY  10018-9774 | Auction Credit Enterprises, LLC<br>14951 Dallas Pkwy Ste 200<br>Dallas, TX  75254-6883 |
| Automotive Finance Corp. of NJ<br>200 N Main St<br>Manville, NJ  08835-1357 | Capital One Bank<br>PO Box 30281<br>Salt Lake City, UT  84130-0281 | Chase Card<br>PO Box 15298<br>Wilmington, DE  19850-5298 |
| Cloudfund LLC<br>400 Rella Blvd Ste 165-101<br>Suffern, NY  10901-4241 | Dealer Capital Group, Inc.<br>67 Crystal St<br>Avenel, NJ  07001-1125 | Donna M. Thompson, Esq.<br>PO Box 679<br>Allenwood, NJ  08720-0679 |
| Drew S. McGehrin, Esq.<br>Duane Morris, LLP<br>30 S 17th St<br>Philadelphia, PA  19103-4001 | Ernesto Gonzalez<br>361 S Broad St<br>Elizabeth, NJ  07202-3515 | Fox Business Funding<br>1920 E Hallandale Beach Blvd Ste 503<br>Hallandale Beach, FL  33009-4723 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA  19114-0326 | Jaclyn Sage<br>Manager of Collections<br>10333 N Meridian St Ste 400<br>Indianapolis, IN  46290-1112 | Jeremy M Dunn, Esq.<br>Automotive Finance Corporation<br>11299 N Illiniois St<br>Carmel, IN  46032 |
| Jersey Express, LLC<br>23 Lake Dr<br>North Brunswick, NJ  08902-4828 | Kinetic Advantage Inc.<br>10333 N Meridian St<br>Indianapolis, IN  46290-1150 | Lever Auto Financing<br>287 Park Ave S Ste 700<br>New York, NY  10010-5413 |
| Manheim NY Metro Skyline, Inc.<br>100 US Highway 46<br>Fairfield, NJ  07004-3217 | Mark Politan, Esq.<br>Politan Law, LLC<br>88 E Main St # 502<br>Mendham, NJ  07945-1832 | Nextgear Capital, Inc.<br>11799 N College Ave<br>Carmel, IN  46032-5605 |
| NJ Division of Motor Vehicles<br>Business Licensing Services Bureau PO<br>PO Box 170<br>Trenton, NJ  08666-0170 | NJ Division Of Taxation<br>PO Box 283<br>Trenton, NJ  08646-0283 | Olympic Payroll Services<br>64 US Highway 46<br>Pine Brook, NJ  07058-9629 |
| Peter J. D'Auria, Esq.<br>Office Of The United States Trustee<br>1 Newark Ctr # 2100<br>Newark, NJ  07102-5235 | Proventure Capital<br>99 Wall St # 576<br>New York, NY  10005-4301 | River Capital Partners, LLC<br>1 River Rd Ste 200<br>Cos Cob, CT  06807-2755 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| | | |
|---|---|---|
| **Santander Bank**<br>**Mail Code 10-421-CN2**<br>**PO Box 12646**<br>**Reading, PA  19612-2646** | **Santander Collections**<br>**450 Penn St**<br>**Reading, PA  19602-1011** | **Shanna Kaminski, Esq.**<br>**Kaminski Law PLLC**<br>**160 W Fort St Fl 5**<br>**Detroit, MI  48226-3700** |
| **Vivianne C. Antunes**<br>**80 Columbia Ave**<br>**Kearny, NJ  07032-2948** | **Westlake Flooring Services, Inc.**<br>**4751 Wilshire Blvd Ste 100**<br>**Los Angeles, CA  90010-3847** | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com