UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Attorneys for Debtor-in-Possession
By: John O'Boyle (JO      6337)
    joboyle@norgaardfirm.com

In Re:

Alexandre Dacosta & Vivianne Antunes

Case No.: _____22-18303_____

Adv. Pro. No.: _____

Chapter: _____11_____

Subchapter V:   ☒ Yes  ☐ No

Hearing Date: _____9/12/2023_____

Judge: _____Sherwood_____

AMENDED   **ADJOURNMENT REQUEST**

1.    I, _____John O'Boyle, Esq._____,

   ☒  am the attorney for: _____Debtors, Alexandre Dacosta & Vivianne Antunes_____,

   ☐  am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: _Status Conference & Confirmation Hearing for Joint Plan of Reorganization._

   Current hearing date and time: September 12, 2023 at 10 AM

   New date requested: September 23, 2023

   Reason for adjournment request: To permit parties and court to address confirmation and

   the US Trustee's motion to convert the jointly adminsitered case simultaneously.

2.    Consent to adjournment:

   ☒  I have the consent of all parties.   ☐  I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.


Date: ___September 7, 2023_____          /s/ John O'Boyle_____
                                                                    Signature




**COURT USE ONLY:** _____


The request for adjournment is:

☒  Granted               New hearing date: _September 26, 2023 @ 10_          ❑  Peremptory

❑  Granted over objection(s)   New hearing date: _____          ❑  Peremptory

❑  Denied


   **IMPORTANT: If your request is granted, you must notify interested parties**

   **who are not electronic filers of the new hearing date.**

*rev.10/2021*