| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 AND 9<br>Peter J. D'Auria, Esq. (PD 3709)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>E-Mail: Peter.J.D'Auria@usdoj.gov |
| In Re:<br><br>Alexandre Dacosta and Viviane Antunes, *et al.*[1],<br><br><br>Debtors. |

Chapter 11

Case No. 22-18303(JKS)
(Jointly Administered)

Hearing Date:  Sept. 26, 2023 at 10:00 a.m.

Judge: John K. Sherwood   Chapter 11

## CERTIFICATION OF SERVICE

1.  I, Angeliza Ortiz-Ng:

    ■ am the paralegal specialist for Peter J. D'Auria, Esq. who represents the United States Trustee in the above captioned matter.

2.  On September 22, 2023, a copy of the following pleading was served by e-mail (as indicated below) by Peter J. D'Auria, Esq., and I caused a copy to be served by mail (as indicated below) via BMC, Inc. an Approved Bankruptcy Notice Provider, of the following pleadings and/or documents to the parties listed in the chart below.

    - Reply of the United States Trustee to the Verified Application of Debtor in Opposition to the U.S. Trustee's Motion to Convert the Case of BAV Auto, L.L.C. to Chapter 7, or in the Alternative, to Dismiss the Bankruptcy Case and Granting Related Relief.

---

[1] The jointly administered Debtors are Alexandre Dacosta and Vivianne Antunes, having SSNs with the last four digits of 2325 and 0411, respectively, and BAV Auto, L.L.C., having a TIN with the last four digits 7479.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 22, 2023                    */s/ Angeliza Ortiz-Ng*
                                             Angeliza Ortiz-Ng
                                             Paralegal Specialist

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Alexandre J. Dacosta and Vivianne C. Antunes**<br>80 Columbia Avenue<br>Kearny, NJ  07032 | Individual Debtors | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |
| **BAV Auto, LLC**<br>80 Columbia Avenue<br>Kearny, NJ  07032 | Corporate Debtor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |
| **John O'Boyle, Esq.**<br>Norgaard O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ  07631 | Counsel to Individual Debtors | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |
| **Steven D. Pertuz, Esq.**<br>Law Offices of Steven D. Pertuz, Esq.<br>111 Northfield, Avenue, Suite 304<br>West Orange, NJ  07052 | Counsel to Corporate Debtor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |
| **Mark Politan, Esq.**<br>Politan Law, LLC<br>88 East Main Street, # 502<br>Mendham, NJ  07945 | Subchapter V Trustee | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |

| | | |
|---|---|---|
| **Joseph H. Lemkin, Esq.**<br>Stark & Stark<br>P.O. Box 5315<br>Princeton, NJ  08543 | Counsel to Auction Credit Enterprises | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |
| **Drew S. McGehrin, Esq.**<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA  19103 | Counsel to Vero Finance Technologies, Inc. | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |
| **Regina Cohen, Esq.**<br>Lavin, Cedrone, Graver, Boyd & DiSipio<br>190 North Independence Mall West<br>Suite 500<br>6th and Race Streets<br>Philadelphia, PA  19106 | Counsel to Westlake Flooring Services | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |
| **John R. Morton, Jr., Esq.**<br>Morton & Craig, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ  08057 | Counsel to Thrift Investment Corporation | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |
| **Douglas McDonough, Esq.**<br>Frenkel Lambert Weiss<br>Weisman & Gordon, LLP<br>80 West Main Street, Suite 460<br>West Orange, NJ  07052 | Counsel to Bank of America, NA | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |
| **Synchrony Bank**<br>c/o PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA  23541 | Creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |

| | | |
|---|---|---|
| **Philip Raymond, Esq.**<br>McCalla Raymer Leibert Pierce, LLC<br>485F US Highway 1 S, Suite 300<br>Iselin, NJ  08830 | Counsel to JPMorgan Chase Bank, NA | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |
| **Donna L. Thompson, Esq.**<br>P.O. Box 679<br>Allenwood, NJ  08720 | Counsel to Automotive Finance Corp | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other:  facsimile |