# <u>EXHIBIT A</u>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| Alexandre J. Dacosta and | : | |
| Vivianne C. Antunes, | : | Case No.: 22-18303 (JKS) |
| | : | |
| Debtors. | : | Honorable John K. Sherwood |
| | : | |

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

Mark J. Politan, Esquire
Politan Law, LLC
88 East Main Street #502
Mendham, NJ 07945
(973) 768-6072 - cell
mpolitan@politanlaw.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation

is attached to this notice.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9

By:   _/s/ Martha R. Hildebrandt_
        Martha R. Hildebrandt
        Assistant United States Trustee

Dated: December 21, 2022

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                        :

Alexandre J. Dacosta and                      :        Chapter 11
Vivianne C. Antunes,                          :
                                              :        Case No.: 22-18303 (JKS)
                                              :
Debtors.                                      :        Honorable John K. Sherwood
                                              :

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment as Subchapter V trustee in

this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in

that I:

(a)    am not a creditor, equity security holder or insider of the debtor;

(b)    am not, and was not, within two years before the date of filing of the petition, a
       director, officer, or employee of the debtor;

(c)    do not have an interest materially adverse to the interest of the estate or of any
       class of creditors or equity security holders, by reason of any direct or indirect
       relationship to, connection with, or interest in, the debtor, or for any other reason;
       and,

(d)    have no connections with the debtor, creditors, any other parties in interest, their
       respective attorneys and accountants, the United States Trustee, or any person
       employed in the Office of the United States Trustee, except as follows:  **(If you
       have no connections, write "none".)**

— NONE, except for serving as Sub V trustee in the BAV Auto, LLC case which is
owned & managed by the Debtors. —

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my

service in this case at a ___hourly___ rate of $__400.00__, in addition to seeking reimbursement for any actual and

necessary expenses I incur.

I hereby accept my appointment as Subchapter V trustee in this case pursuant to FRBP 2008.

Dated:   12/20/22

_____
Mark J. Politan, Esq.