# **<u>EXHIBIT B</u>**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>POLITAN LAW, LLC<br>88 East Main Street, #502<br>Mendham, New Jersey 07945<br>Mark J. Politan, Esq.<br><br>Subchapter V Trustee | Order Filed on June 12, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ALEXANDRE J. DACOSTA and<br>VIVIANNE C. ANTUNES<br><br>                      Debtors. | Case No.:    22-18303<br><br>Hearing Date:    6/1/2023<br><br>Judge:    Sherwood<br><br>Chapter:    11 (Sub V) |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 12, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person named below filed an application for allowances [ECF No. 111]; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and no objection(s) were filed to the application; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Mark J. Politan, Esq. | $8,120.00 | $100.60 |

*rev.8/1/15*