# **EXHIBIT C**

Politan Law, LLC
88 East Main Street, #502
Mendham, NJ 07945
Phone: 973.768.6072

# INVOICE

**Date:** 10/05/2023
**Invoice #:** 10458
**Matter:** Sub V Trustee
**File #:** 55645-1

**Bill To:**
Antunes & Dacosta

**Due Date:** Due Upon Receipt

**Payments received after 10/05/2023 are not reflected in this statement.**

### Professional Services

| Date | | Details | Hours | Rate | Amount |
|------|---|---------|-------|------|--------|
| 05/01/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan) Telephone call with counsel to Vero Finance re: treatment of non-dischargeability claims | 0.20 | $400.00 | $80.00 |
| 05/01/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan) Telephone call with J. Lemkin re: relief from stay order and plan treatments, support for same | 0.30 | $400.00 | $120.00 |
| 05/02/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan) Telephone call with D. Thompson re: creditor objection to plan addressing non-dischargeability claims | 0.20 | $400.00 | $80.00 |
| 05/05/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan) Call to Debtor's counsel re: plan provisions | 0.10 | $400.00 | $40.00 |
| 05/08/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan) Telephone call to J. O'Boyle re: discharge claimants and support for plan | 0.10 | $400.00 | $40.00 |
| 05/08/2023 | MP | B160-Fee/Employment Applications Review amended retention application for accountant for debtors | 0.20 | $400.00 | $80.00 |
| 05/13/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan) Review UST objection to joint plan | 0.20 | $400.00 | $80.00 |

Politan Law, LLC
88 East Main Street, #502
Mendham, NJ 07945
Phone: 973.768.6072

| 05/15/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Address adjournment request from J. O'Boyle re: confirmation hearing | 0.10 | $400.00 | $40.00 |
|---|---|---|---|---|---|
| 05/15/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Review objection to plan from AFC and declination of opt-in mechanism | 0.20 | $400.00 | $80.00 |
| 05/17/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Review plan objections from State of New Jersey and floor plan lenders | 0.20 | $400.00 | $80.00 |
| 05/18/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Review summary email from UST re: confirmation and impacts of consensual and nonconsensual plans under 1191 | 0.20 | $400.00 | $80.00 |
| 05/18/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Confer with P. D'Auria re: plan objections, non-dischargeability claimants and issues re: substantive consolidation | 0.30 | $400.00 | $120.00 |
| 05/24/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Discussion with J. O' Boyle re: plan revisions and strategy to move forward on confirmation | 0.40 | $400.00 | $160.00 |
| 05/30/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Call with J. O'Boyle re: plan ballots and revisions | 0.10 | $400.00 | $40.00 |
| 05/31/2023 | MP | B160-Fee/Employment Applications<br>Review fee application and supporting documents for debtor's counsel | 0.20 | $400.00 | $80.00 |
| 06/06/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Review plan objection | 0.10 | $400.00 | $40.00 |
| 06/08/2023 | MP | B110-Case Administration<br>Review MOR for March and April 2023 | 0.20 | $400.00 | $80.00 |
| 06/30/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Draft inquiry re: status of creditor negotiations | 0.10 | $400.00 | $40.00 |
| 08/03/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Discuss plan issues and car inventory with P. D'Auria | 0.20 | $400.00 | $80.00 |
| 08/04/2023 | MP | B110-Case Administration<br>Address and respond to multiple adjournment | 0.20 | $400.00 | $80.00 |

**Politan Law, LLC**
88 East Main Street, #502
Mendham, NJ 07945
Phone: 973.768.6072

requests

| | | | | | |
|---|---|---|---|---|---|
| 08/08/2023 | MP | B110-Case Administration<br>Review email inquiries re: outstanding insurance documents | 0.10 | $400.00 | $40.00 |
| 08/10/2023 | MP | B110-Case Administration<br>Review MOR for May and June 2023 | 0.20 | $400.00 | $80.00 |
| 08/12/2023 | MP | B140-Relief from Stay/Adequate Protection Proceedings<br>Review consent order lifting stay re: AFC vehicles in possession | 0.20 | $400.00 | $80.00 |
| 08/17/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Draft email for update on plan considerations to debtor's counsel | 0.10 | $400.00 | $40.00 |
| 08/17/2023 | MP | B110-Case Administration<br>Review monthly operating report for July 2023 | 0.10 | $400.00 | $40.00 |
| 08/21/2023 | MP | B140-Relief from Stay/Adequate Protection Proceedings<br>Review and address multiple emails re: consent order for lift stay as to vehicles | 0.20 | $400.00 | $80.00 |
| 08/28/2023 | MP | B110-Case Administration<br>Review and analyze motion to convert or dismiss corporate debtor case | 0.20 | $400.00 | $80.00 |
| 08/29/2023 | MP | B140-Relief from Stay/Adequate Protection Proceedings<br>Review further revised consent order re: stay relief to recover vehicles | 0.10 | $400.00 | $40.00 |
| 09/05/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Draft email re: status update on confirmation and plan revisions in light of the motion to dismiss the corporate entity; review current plan documents | 0.40 | $400.00 | $160.00 |
| 09/05/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Discussion with debtor's counsel re:revisions and amendments to plan, dismissal/conversion of corporate entity and effect on confirmation | 0.30 | $400.00 | $120.00 |
| 09/08/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Address adjournment of confirmation hearing and impact of tax obligations under the plan | 0.40 | $400.00 | $160.00 |
| 09/08/2023 | MP | B140-Relief from Stay/Adequate Protection Proceedings<br>Review and address stay relief for remaining inventory and impact on individuals' liability under the plan and | 0.30 | $400.00 | $120.00 |

**Politan Law, LLC**
88 East Main Street, #302
Mendham, NJ 07945
Phone: 973.768.6072

| | | | | | |
|---|---|---|---|---|---|
| | | nondischargeability judgments | | | |
| 09/20/2023 | MP | B110-Case Administration<br>Review opposition to motion to convert corporate case | 0.20 | $400.00 | $80.00 |
| 09/20/2023 | MP | B110-Case Administration<br>Review email response re: insurance for garage and vehicles for corporate entity | 0.10 | $400.00 | $40.00 |
| 09/20/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Call with counsel and UST re: plan and motion to convert or dismiss | 1.00 | $400.00 | $400.00 |
| 09/22/2023 | MP | B110-Case Administration<br>Review response of UST re: lack of insurance for corporate debtor | 0.20 | $400.00 | $80.00 |
| 09/26/2023 | MP | B110-Case Administration<br>Address status conference issues and review correspondence re: consent to lift stay, plan updates and motion to convert and/or dismiss | 0.40 | $400.00 | $160.00 |
| 09/26/2023 | MP | B320-Plan and Disclosure Statement (including Business Plan)<br>Attend status conference on plan, confirmation and dismissal of joint plan proponent | 1.40 | $400.00 | $560.00 |

| | | | |
|---|---|---|---|
| **For professional services rendered** | **9.70** | | **$3,880.00** |

**Additional Charges**

| Date | | Details | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 09/26/2023 | MP | E112-Court fees<br>Court Solutions appearance at status conference | 1 | $50.00 | $50.00 |

| | |
|---|---|
| **Total additional charges** | **$50.00** |

| | |
|---|---|
| **Invoice Amount** | **$3,930.00** |

| | |
|---|---|
| **Balance Due** | **$3,930.00** |

| | |
|---|---|
| **Retainer Balance (as of 10/05/2023)** | **$0.00** |